---

**Page 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

HEARTS WITH HAITI, INC.,  )
and MICHAEL GEILENFELD,   )  Civil No 2:13-CV-00039
              Plaintiffs  )
                          )
v.                        )
                          )
PAUL KENDRICK,            )
              Defendant   )

CONFIDENTIAL TRANSCRIPT

VIDEOTAPED DEPOSITION of JEAN (SON) RONY ST. VICTOR, taken pursuant to notice dated January 24, 2014, at the Best Western Premier Petion-Ville, 50 Angle Rue Louverture & Geffrard, Petion-Ville, Port-au-Prince, Haiti, on February 3, 2014, commencing at 2:59 P.M., before Laurel A. Long, a Notary Public in and for the State of Maine, pursuant to Commission to Administer Oath and Take Testimony in a Foreign Country issued by John H. Rich, III, U.S. Magistrate Judge, dated January 29, 2014.

DON THOMPSON & ASSOCIATES

---

**Page 2**

APPEARANCES:
For the Plaintiffs:   KELLY M. HOFFMAN, ESQ.
                      DEVIN W. DEANE, ESQ.

For the Defendant:    F. DAVID WALKER, IV, ESQ.
                      COLIN E. HOWARD, ESQ.

Videographer:         Danielle Dreis
                      Roberny Rosier

Interpreter:          Carole Wilson

ALSO PRESENT:         Robert Oberkoetter, Esq.
                      Guibert Cesar, Interpreter
                      Paul D'Oliveira
                      Michael Geilenfeld

DON THOMPSON & ASSOCIATES

---

**Page 3**

INDEX
Deponent: JEAN (SON) RONY ST. VICTOR
Examination by:                    Page
Mr. Howard                          4

EXHIBITS
Number   Description                    Page
1        Commission to Administer Oath   13
         and Take Testimony in a Foreign
         Country

EXHIBIT 1

DON THOMPSON & ASSOCIATES

---

**Page 4**

1           PROCEEDINGS
2           * * * * * *
3       (Answers were given in **CREOLE by the DEPONENT**
4    **and translated into ENGLISH by the INTERPRETER** in
5    the following deposition transcript unless
6    otherwise noted by the DEPONENT designation.)
7           * * * * * *
8       CAROLE WILSON, CERTIFIED COURT INTERPRETER,
9    having been duly sworn by the Notary Public,
10   commissioned by the State of Maine to administer
11   oath and take testimony in a foreign country,
12   interpreted the following testimony from Creole to
13   English and English to Creole as follows.
14       JEAN (SON) RONY ST. VICTOR, having been duly
15   sworn by the Notary Public, commissioned by the
16   State of Maine to administer oath and take
17   testimony in a foreign country, was examined and
18   deposed as follows:
19           * * * * * *
20       MR. HOWARD: We're on the record here, Hearts
21   with Haiti versus Paul Kendrick; and the time is
22   2:59.
23           EXAMINATION
24   BY MR. HOWARD:
25   Q. Sir, would you please state your name for the

DON THOMPSON & ASSOCIATES

**Page 5**

1  record?
2  A. Jean Rony St. Victor.
3      THE INTERPRETER: Jean. Capital R, O-N-Y;
4      capital S, T, capital V, I-C-T-O-R.
5  Q. What would you like me to call you during this
6      deposition, what name?
7  A. But -- everybody there calls me Son, but the name
8      that the Department of Social Welfare, when they
9      turned me over to Michael Geilenfeld, was Jean
10     Rony St. Victor. That's the name they gave me,
11     but everybody knows me as Son.
12 Q. Son, what is your birthday, please?
13 A. July 19, 1979.
14 Q. Where were you born, please?
15 A. Carrefour.
16     THE INTERPRETER: C-A-R-R-E-F-O-U-R.
17 Q. Is that far from here?
18 A. No. That's -- it's the same place where the
19     orphanage -- the government orphanage is.
20 Q. Who did you live with for the first few years of
21     your life?
22 A. My mother and father.
23 Q. How long did you live with those two people?
24 A. They died, but I was very small. And then they
25     put me in the orphanage, my family did.
        DON THOMPSON & ASSOCIATES

**Page 6**

1  Q. What orphanage did they put you in?
2  A. Carrefour. At the Centre D'Acceuil.
3      THE INTERPRETER: Capital C, E-N-T-R-E;
4      capital D, apostrophe, capital A, C-C-E-U-I-L. In
5      Carrefour.
6  Q. Did you have brothers or sisters?
7  A. I have two sisters and two brothers. One of my
8      brothers passed away, and I'm the youngest.
9  Q. Did any of them go to the Carrefour orphanage with
10     you?
11 A. No. A stranger took me there.
12 Q. How long were you there? How long did you live
13     there?
14 A. I don't remember.
15 Q. When did you move out of the Carrefour orphanage?
16     ████████████████████████████
17 A. In 1994 it was destroyed. The Department of
18     Social Welfare sent me to Michael Geilenfeld's.
19 Q. Where exactly did they send you?
20 A. In St. Joseph where Geilenfeld lives.
21 Q. Did you know the address of that location?
22 A. What do you mean by address?
23 Q. Was there a name of the place besides
24     St. Joseph's?
25 A. Delmas 91.
        DON THOMPSON & ASSOCIATES

**Page 7**

1  Q. Did you stay at Delmas 91?
2  A. The same day Michael Geilenfeld sent me to
3      Fermathe.
4      THE INTERPRETER: F-E-R-M-A-T-H-E.
5  Q. What's in Fermathe?
6  A. Wings of Hope, the orphanage.
7  Q. Do you remember what year that was?
8  A. '94.
9  Q. Did you sleep at Wings of Hope?
10 A. What do you mean, the day I came? I don't
11     understand.
12 Q. I guess I'm asking, did you move into Wings of
13     Hope? Did you live there?
14 A. In Fermathe. That's where they sent me. They
15     sent me there the same day.
16 Q. Did you ever see Michael Geilenfeld when you were
17     at Fermathe?
18 A. Yes, he came there.
19 Q. Did he live there?
20 A. No, he didn't live there. He used to come and see
21     the kids.
22 Q. Do you remember how often he would come see the
23     kids?
24 A. He came there a lot of times. I don't remember.
25 Q. Who was in charge of Wings of Hope?
        DON THOMPSON & ASSOCIATES

**Page 8**

1  A. When I first got there -- well, when I first got
2      there Maya was there, but then -- also when I
3      first got there there was Walke, Sedanao, Mirano.
4      All these people were there. And then after
5      that -- while I was there they went through, and
6      after that it was Maya and Benoit.
7      THE INTERPRETER: B-E-N-O-I-T.
8  Q. Were they older boys than you?
9  A. Yes, they were older.
10 Q. How old were you?
11 A. I don't remember. Michael might remember. It's
12     his boarding house.
13 Q. Did you ever stay -- did you ever sleep in any
14     other locations except Fermathe?
15 A. I slept in Fermathe. That's where I lived.
16 Q. Did you ever go to Delmas 91?
17 A. Yes, Michael had me come down to St. Joseph's in
18     2000 and I was a cook.
19 Q. What other things did you do there?
20 A. Cook. I know how to cook.
21 Q. Were there any other jobs or tasks that you did
22     for Michael Geilenfeld?
23 A. Sometimes I was in the kitchen and he would send
24     me to mop his room.
25 Q. How often do you think he would ask you to do
        DON THOMPSON & ASSOCIATES

### Page 9

```
 1     that?
 2  A. He asked me to do that. I don't remember how many
 3     times, but he asked me to do that. One day he
 4     asked me to do that. I went up to his room and
 5     then he closed the door while I was in there.
 6  Q. What happened after that?
 7  A. I was standing there and then he came towards me.
 8     He started to -- he put his lips on mine and he
 9     started to suck my mouth. And then he was
10     touching me. He was touching my private parts,
11     and then I pushed him away. After that he told me
12     I had to do the sacrifice -- make the sacrifice
13     for the house and I would find money, not to tell
14     anyone where I got the money. I would live like a
15     little prince and I would travel. But the people
16     that don't make the sacrifice, they're going to
17     kick them out -- kick them out of the house. And
18     if you want to be a director, an assistant
19     director, you have to make the sacrifice.
20  Q. Is the person you're talking about in this room
21     here today?
22  A. Yes, right there (Indicated.) He's the one that
23     did that to me.
```

### Page 10

```
 5  Q. Did he touch you on other occasions?

 9  A. No. After that, no. After that he spoke to me
10     and he noticed that I was not going to agree with
11     him and -- and then after that he kicked me out.
12     After -- after a while he kicked me out.
13  Q. Were there occasions before that that he touched
14     you?
16  A. Yes, in the hallway. Yes, in the hallway when
17     you're -- if you pass him in the hallway or if
18     you're hugging him, he'll touch you and touch your
19     private parts and touch your behind.
20  Q. Do you remember what time, when, what year the
21     incident in the bedroom happened?
23  A. In the bedroom, it happened in 2003. And then he
24     kicked me out in the same 2003.
25  Q. Let me just make the question a little more
```

### Page 11

```
 1     clearer. When you were in his bedroom mopping the
 2     floor and he walked in and kissed you, what year
 3     was that?
 4  A. He didn't kiss me. He sucked my lips. There's
 5     kissing and sucking lips.
 6  Q. What year was that, please?
 7  A. 2003.
 8  Q. How long -- do you live at -- do you live there
 9     anymore?
10  A. No. He kicked -- no, he kicked me out that same
11     year; but I don't remember what day, what date.
12  Q. Why did he kick you out; do you know?
13  A. Because -- because I didn't do the sacrifice. He
14     told me what I was supposed to do to live in the
15     house, what I would have to do to travel and have
16     money. I didn't want to do it.
17  Q. What did he tell you?
18  A. He told me I had to make a sacrifice for the
19     house, not to tell the people -- not to tell
20     anyone where I would get the money. I would live
21     like a little prince. I would travel. If you
22     don't -- if someone that lives there does not want
23     to make the sacrifice for the house, they cannot
24     live in the house. And to become a director, an
25     assistant director, or just an assistant, you have
```

### Page 12

```
 1     to make the sacrifice.

13  Q. In his bedroom you said that he touched your
14     genitals, your private parts?
15  A. Yes, he did touch my private parts and sucked my
16     lips.
17  Q. I just want to clarify where -- how did he touch
18     you, where -- what do you mean by private parts?
19  A. I have my clothes on, he's touching my posterior,
20     he's touching my balls, and he's kiss -- sucking
21     my lips.
22  Q. If you remember, in 2003 how old were you?
23  A. I don't remember. He might know. He was
24     responsible for me. He might know.
25         MR. HOWARD: Okay. I don't have any further
```