UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

HEARTS WITH HAITI, INC.,           )
and MICHAEL GEILENFELD,            )      Civil No 2:13-CV-00039
                                   )
          Plaintiffs               )
                                   )      **ORIGINAL**
V.                                 )
                                   )
PAUL KENDRICK,                     )
                                   )
          Defendant                )

## CONFIDENTIAL TRANSCRIPT

VIDEOTAPED DEPOSITION of DESTIN JEAN-BAPTISTE, taken pursuant to notice dated January 24, 2014, at the Hotel Montana, Rue Frank Cardozo, Port-Au-Prince, Haiti, on February 4, 2014, commencing at 12:01 P.M., before Laurel A. Long, a Notary Public in and for the State of Maine, pursuant to Commission to Administer Oath and Take Testimony in a Foreign Country issued by John H. Rich, III, U.S. Magistrate Judge, dated January 29, 2014.

DON THOMPSON & ASSOCIATES

PROCEEDINGS

\* \* \* \* \* \*

(Answers were given in **CREOLE by the DEPONENT**
**and translated into ENGLISH by the INTERPRETER** in
the following deposition transcript unless
otherwise noted by the DEPONENT designation.)

\* \* \* \* \* \*

CAROLE WILSON, CERTIFIED COURT INTERPRETER,
having been duly sworn by the Notary Public,
commissioned by the State of Maine to administer
oath and take testimony in a foreign country,
interpreted the following testimony from Creole to
English and English to Creole as follows.

DESTIN JEAN-BAPTISTE, having been duly sworn
by the Notary Public, commissioned by the State of
Maine to administer oath and take testimony in a
foreign country, was examined and deposed as
follows:

\* \* \* \* \* \*

MR. WALKER:  We are on the record in the
matter of Hearts with Haiti, Incorporated and
Michael Geilenfeld versus Paul Kendrick.  I would
like to begin by going around the room and asking
the parties to introduce themselves.

I'll start with myself.  David Walker, Rudman

```
 1    Winchell, on behalf of the defendant, Paul

 2    Kendrick.  And to my left --

 3         MR. HOWARD:  Colin Howard from Rudman

 4    Winchell on behalf of Paul Kendrick.

 5         MR. GEILENFELD:  Michael Geilenfeld from

 6    St. Joseph's.

 7         MR. DEANE:  Devin Deane, attorney for Michael

 8    Geilenfeld and Hearts with Haiti, Incorporated.

 9         MR. CESAR:  Guibert Cesar, interpreter for

10    plaintiff.

11         MS. HOFFMAN:  Kelly Hoffman, attorney from

12    Norman, Hanson & DeTroy, for Michael Geilenfeld

13    and Hearts with Haiti.

14         THE REPORTER:  Laurel Long, court reporter.

15         MR. D'OLIVEIRA:  Paul D'Oliveira, Hearts with

16    Haiti.

17         THE DEPONENT:  Destin from Haiti, abusing by

18    Michael Geilenfeld at St. Joseph Home for Boys.

19    ████████████████████████████████████

20    █████████████████████████████████████████

21    ███████████████████████

22    ████████████████████████████████████████████████

23    ██████████████████████████

24    ███████████████████████████████████████████████

25    ██████████████████████████████████████████████
```

DON THOMPSON & ASSOCIATES



5        * * * * * *

13   A.   My full name is Destin Jean-Baptiste.

14   Q.   Where do you presently live, Destin?

15   A.   I don't know if it's going to be a problem.   For

16        now, in this fight that I'm in, I can't tell you

17        where I live with these enemies that are here and

18        they've already attacked me.

19   Q.   Okay.  Do you live in the city of Port-au-Prince?

20   A.   Yes, in the city.

9

1 ████████████████████████████████████████

2 ████████████████████████████████████████

3 ████████████████████████████████████████

4 ████████

5      ████████████████████

6 ████████████████████████████████████████

7 ████████████████████████████████████████

8 ████████████████████████████████████████

9 ████████████████████████████████████████

10 ████████████████████████████████████████

11 ████████████████████████████████████████

12 ████████████████████████████████

13    ████████████████████████

14 ██████████

15 ████████████████████████████████████████

16 ████████████████████████████████████████

17    ████████████████████████████████████

18    ████████████████████████████████████

19          Destin, can you tell me what year you were

20      born?

21 A.   I was born August 6th, 1976.

22 Q.   And how old are you today?

23 A.   I'm -- today I'm 38, going on 39.

24 Q.   And where were you born?

25 A.   A place called Bainet.

10

```
 1            THE INTERPRETER:   B-A-I-N-E-T.
 2    Q.   And where is that?
 3    A.   The west of Jacmel.
 4    ████████████████████████████████████
 5    Q.   And do you recall during your -- after you were
 6         born where you lived?  Did you live with your
 7         mother and father?
 8    A.   Yes.
 9    Q.   Can you tell me a little bit about your early
10         years that you remember?
11    A.   Like when I was with my mom or what?
12    Q.   Yes, your --
13    A.   When I was living with my mother -- well, with my
14         family, but my mother passed away early so I
15         didn't really know her.
16    Q.   How old were you when your mother passed away?
17    A.   Maybe 6.
18    Q.   And what happened next?
19    A.   I was living with my father.  We were living
20         together.  And then I had an aunt.  She was my
21         mother's sister.  And then my aunt came and she
22         found -- she went -- she moved us down to the
23         city.  You know, there was work in the city; so
24         she rented a house and she moved us to the city.
25    Q.   What city?
```

DON THOMPSON & ASSOCIATES

```
1    A.   Downtown.   Downtown.

2    Q.   Port-au-Prince?

3    A.   Port-au-Prince.

4    Q.   How old were you when you moved to Port-au-Prince

5         with your aunt?

6    A.   Maybe 8.

7    Q.   And can you tell me, about how long did you live

8         with your aunt in Port-au-Prince?

9    A.   Okay.  I lived -- I lived -- I could say I lived

10        three to four years.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



13    Q.    And how old were you when you were taken from your

14          aunt's house to Social Services?

15    A.    8.  8.   I was 8 years old.

16    Q.    And what happened -- where did Social Services

17          place you?

18    A.    They put us in the Centre D'Acceuil.

19

20

21    Q.    And what is that?

22    A.    That's the center where they keep children, but

23          that's where Mr. Michael came to get us.

24    Q.    Is that a government orphanage?

25          THE DEPONENT:  Yes, it's a government --

DON THOMPSON & ASSOCIATES

14

```
 1   A.   Yes.
 2   Q.   How long were you at the government orphanage?
 3   A.   I spent two years.
 4   Q.   And can you talk about what the conditions were
 5        like in the government orphanage?
 6   A.   That means they took care of everyone.  They fed
 7        you, they clothed you, but there are conditions.
 8        That means you have to pray.  Sometimes if you
 9        don't go to prayer, they beat you, you don't get
10        fed.
11   Q.   How old were you when you first met Michael
12        Geilenfeld?
13   A.   Between 8 or 9.
14   Q.   And were you at the -- were you living at the
15        government orphanage when you met him?
16   A.   Yes.
17   Q.   And how did you come to meet him?
18   A.   I don't know.  I was in the government orphanage
19        and he came.  I don't know how, but he must have
20        had some kind of a relationship with the people
21        from -- with the government -- from the
22        government, with Madam Thybulle.
23        ████████████████████████████████████
24   Q.   Do you remember when you met Mr. Geilenfeld?
25   A.   What year?
```

15

```
 1   Q.   Do you just -- do you remember meeting him?
 2   A.   What do you mean if I remember meeting him?   I
 3        don't understand.
 4   Q.   You met Michael Geilenfeld while you were living
 5        at the State orphanage?
 6             THE DEPONENT:   Yeah.
 7   A.   Yes.
 8   Q.   Do you remember being introduced to him?   Do you
 9        remember him coming?   Did he invite you to come
10        with him?   Do you remember any of that?
11        ████████████████████████████
12   A.   When he came -- when he came, it could be just
13        like in a room like this.   And then the children
14        were there and he said you, you, you.   Now you go
15        and stand next to him and then -- and then he says
16        we're taking you to a new house where we're going
17        to help you, you know.
18   Q.   How many people did he take with him when he got
19        you?
20   A.   It might have been six or five.
21   Q.   And where did he take you?
22   A.   He took us to 91.
23   Q.   Did you ever live at 66 Delmas?
24   A.   No.  56.
25   Q.   56.
```

```
1    A.   Yes.

2    Q.   And you indicated -- you testified a minute ago

3         that when Michael took you from the State

4         orphanage, he took you to 91 Delmas?

5    A.   Yes.  That's where -- that means that that's where

6         he had his house.

7    Q.   At 91 Delmas?

8    A.   Yes.  Yes, 91; but the house didn't belong to him.

9         He rented it, but we all believed it was his.

10   Q.   Okay.  What was at 56 Delmas?

11   A.   He had two or three people there, like Emile,

12        Jean -- Jean, but they were in Pele with him.

13        They're the ones that started when the orphanage

14        started in the beginning of the orphanage.  That's

15        where -- they were there.

16   Q.   That was before 91 Delmas?

17   A.   Yes, before.  Yes.  That means that they didn't

18        have Delmas 91.  They were all in Pele.
```



```
23   Q.   So did you ever live in 56 Delmas or did you just

24        live in 91?

25   A.   No, I spent a little time in Delmas 56.
```

DON THOMPSON & ASSOCIATES

17

1  Q.  So when Michael got you from the orphanage, did he

2      take you to Delmas 56 or Delmas 91?

3  A.  He had the orphanage at 56.  He started there.  He

4      said it was an orphanage, but there was nothing

5      there.  They used to eat on a door.  But the

6      orphanage, the one he really had, was in Delmas 91

7      and Delmas 83.

8  Q.  Do you know what year it was that Michael took you

9      from the State orphanage, the government

10     orphanage?

11 A.  In '86.

12 Q.  And how long did you live at Delmas 56?

13 

14 A.  Maybe two, three months.

15 Q.  Okay.  And you testified a little bit about this a

16     minute ago, but how many people lived with Michael

17     when he first picked you up?

18 A.  How many people were already in the house?

19 Q.  Oui.

20 A.  When I got there, I believe there were 23.  23 or

21     22.

22

23

24

25

DON THOMPSON & ASSOCIATES

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17          My question was simply who do you remember
18     lived with Michael when you first went to live
19     with Michael?
20  A.   Robert, Emile.
21  Q.   Is that Robert Belvue?
22  A.   Yes.
23          Eric.
24  Q.   Do you know Eric's last name?
25          THE DEPONENT:  No.
```

21

1   A.   No.

2          Maxo.    Dieudonne.

3   Q.   Maxo.

4          THE DEPONENT:   But there's two Maxos.

5   ████████████████████████████████████████

6   ██████████████████

7   Q.   Do you recall anyone else?

8   A.   Yes.

9   Q.   Who else do you remember?

10         THE DEPONENT:   I said Eric.

11  A.   I said Eric.

12         THE DEPONENT:   Like, there was some guys --

13  A.   But some of the guys, they give them like false

14       names.   They would come and they would give them

15       another name.

16         THE DEPONENT:   So there is one guy they

17       called Arnold, but his name was not Arnold.   His

18       name is Jean Joél, I think.

19         THE INTERPRETER:   His name is Jean Joél.

20         THE DEPONENT:   But they used to call him

21       Arnold.

22         THE INTERPRETER:   Arnold.

23         THE DEPONENT:   But there was two Arnolds,

24  ████████████████████████████████████████

25  ████████████████████████████████████████

22

1  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

2  ▬▬▬▬▬▬▬▬▬▬▬▬

3  Q.  And we'll get to that in a minute, but can you

4      tell me about Delmas 91?  What was Delmas 91 like

5      when you were there?

6  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

7  A.  Well, when you get there, as if -- when I first

8      got there, as if, you don't really know how things

9      are going to be.  But the first time that I got

10     there and they were receiving me -- because,

11     remember, I told you, they took four -- five or

12     six of us.  So when we got there, they pretended

13     like they were giving us little toys, little

14     planes, little cars, or they would give you a few

15     T-shirts, short pants.  And then you see that

16     there are other guests in the house.  And then --

17     and then you notice that the way you're eating is

18     not the way that the guests are eating, the way

19     you're drinking is not the way that the guests are

20     drinking.

21 Q.  How big is Delmas 91?

22 A.  When I was there, I think they started that

23     house -- it was two stories.  And when I was

24     there, it's growing.  It became five stories.

25 Q.  Did you have your own bedroom?

DON THOMPSON & ASSOCIATES

23

```
1    A.   No.  I had a room with the other brothers.

2    Q.   How many people did you share a room with?

3    A.   I had four people in my room.

4    Q.   How long -- how many years did you live at Delmas

5         91?

6    A.   Well, to really -- tell you really -- you mean how

7         long I stayed there without leaving or how long

8         I've been in and out of St. Joseph's?

9    Q.   How long did you actually live there; in other

10        words, have your own place to sleep and --

11             THE DEPONENT:  Five or four years.

12   A.   Five or four years.

13   Q.   So you were a resident for four or five years?

14             THE DEPONENT:  Yeah, at St. Joseph.

15   A.   Yeah.

16   ████████████████████████████████████████████████

17   ██████████

18   ████████████████████████████████████████████████

19   ████████████████████████████████████████████████

20   ████████████████████████████████████████████████

21   ██████████

22   ████████████████████████████████████████████████

23   ████████████████████████████

24       ███████████████████████████████████████████

25   ████████████████████████
```

DON THOMPSON & ASSOCIATES

24

1  ████████████████████████████████████████

2  ████████████████████████████████████████

3  ██████████████████

4  ████████████████████████████████████████

5  ███████████████████████████████████████

6  ████████████████████████████████████████

7  ██████████████

8  Q.   Did Michael live in 91 Delmas when you lived

9       there?

10 A.   Yes.

11 Q.   How often would you see him during the time you

12      lived there?

13 A.   Every day.

14 Q.   And when you first moved in with Michael, how was

15      your relationship with him?

16 A.   I don't know how -- what kind of greeting it was,

17      but he showed me.  He told me he loved me.

18 Q.   Was he friendly towards you in the beginning?

19 A.   Yes.

20 Q.   Okay.  Did he ever give you candy or toys?

21      ████████████████████████████████████████

22      ████████████████████████████████████████

23      ████████████████

24      ████████████████████████████████████████

25      ████████████████████████████████████████

DON THOMPSON & ASSOCIATES

25



A.   Yes.   Yes.

Q.   Did Michael Geilenfeld ever invite you to his
bedroom?

A.   Yes.

DON THOMPSON & ASSOCIATES

1   Q.   Can you tell me about that?

2   A.   Yes.  That means that as long as you're a child,

3        you're in the house, he has the -- he has the

4        right to need you.  If he sees what kind of person

5        you are, he could need to see you.  He would say,

6        ah, Mr. Destin, I need you in my room, or,

7        Mr. Gilbert, I need you in my room.  So when you

8        go, that means you don't know why you go and you

9        don't know why you don't go.

10  Q.   Did you ever go to Michael Geilenfeld's room when

11       you lived with him at 91 Delmas?

12  A.   I went every day.  I went every day; but when I

13       saw how things were, when he would tell me to come

14       to his room or knock on his door, I pulled back.

15       It's kind -- it's a kind of temptation because

16       when you go into the room, he shows you that he

17       has everything.  He has money, he has candy, he

18       has all kinds of things.  So when you go, he's

19       showing you everything he has.  And then he says

20       to you, what do you want?

21  Q.   Okay.  Tell me about one specific time when he

22       invited you to his room.  Was anyone else in the

23       room?

24  A.   Just yourself and him alone.

25  Q.   And what did Michael say to you when he invited

27

1      you into the room, that you recall?

2  A.  He always says, sir, I love you, you don't want to

3      make a sacrifice?  You'll never travel.  Why don't

4      you take an example on Mr. Emile and Mr. Robert?

5      If you don't make a sacrifice for this house, this

6      house can't help you.

7  Q.  Did he explain what he meant by a sacrifice?

8  A.  The sacrifice is to spend -- the sacrifice is to

9      spend time with him in his bed and then you get

10     everything.

11 Q.  Is that what he told you?

12 A.  Yes, that's what he told everyone, everyone.

13 Q.  When you went to his room, did he offer you candy?

14 A.  He will offer you all kinds of things.  He will

15     ask you do you want candy, do you want Coke, do

16     you want water, anything you want.

17 Q.  Are these things that he would not offer you when

18     you weren't in his room?

19 A.  No.

20 Q.  No --

21 A.  Only when you're in the room you're going to find

22     those things or if you've already made the

23     sacrifice, you might be able to go to the

24     refrigerator and take them.

25 Q.  At any time when you were in Michael Geilenfeld's

28

1    room alone with him, did he touch you?

2  A.  He's touching me, he's touching me, touching my --

3      pressing my chest and touching me -- my private

4      parts.

5  Q.  Was he touching you with his hands?

6  A.  Yes.

7  Q.  And you indicated he touched your private part.

8      When you say private part, are you referring to

9      your penis?

10 A.  Yes.

11 Q.  Did he touch you on your penis over your pants or

12     under your pants?

13 A.  What you said was did it happen, was it when I was

14     in my bed or when I was going inside the room?

15 Q.  Right now I'm just asking when you were in his

16     room.

17 A.  No.

18         THE DEPONENT:  I don't let that happen.

19 A.  I don't let that happen.

20 Q.  So my question was when you were in his room, did

21     he touch you on your penis?

22         THE DEPONENT:  Yeah, he touch you -- he touch

23     me and say, oh, you know, if you need money,

24     you've got to do the sacrifice.  If you not,

25     you're not going to get nothing.

29

1   Q.   And I have to be very specific.  You said, yes, he

2        touched you.  Do you mean he touched your penis in

3        the bedroom; and if so, was it under your pants or

4        over your pants?

5             THE DEPONENT:  In my bedroom.

6   Q.   No, in his bedroom.

7             THE DEPONENT:  No.

8   A.   Over the pants.

9   Q.   Okay.

10  A.   He would squeeze.

11  Q.   How many times did that happen in Michael

12       Geilenfeld's bedroom?

13  A.   That I went in there?

14  Q.   Yes, that you went in there and that he tried to

15       touch you.

16  A.   It happened twice.  And when I started to

17       understand what was happening, I wouldn't go to

18       the room anymore.

19  Q.   Was there an incident when Michael Geilenfeld came

20       to your bedroom and tried to touch you?

21       ████████████████████████████████████████████

22  A.   Yes.

23  Q.   Can you tell me in as much detail as possible

24       everything that you remember from that incident?

25  A.   I'm lying in bed asleep, and one night I -- that

1    means I don't know, but I felt somebody next to

2    me.  And I was lying down.  When I -- when I

3    looked, I saw Mr. Michael; and then it's as if he

4    was caressing my leg.  And then he pulled my pants

5    down.  And, you know, I'm a child so I didn't say

6    anything.  I was lying on my back and he's

7    touching me.

8         THE INTERPRETER:  Excuse me, I need to

9    clarify.

10  A.  He unzipped my pants.  He took my --

11        THE INTERPRETER:  I'm sorry.  I'm sorry.  I

12   don't understand.

13  A.  He unzipped my pants and rubbed his penis on me,

14   telling me, turn around, turn around.  I said, no,

15   I can't turn, my stomach hurts, my stomach hurts.

16   He said turn, turn.  And then he said, but, sir,

17   what's the matter, it's not going to -- it's

18   nothing.  I didn't say anything.  And the whole

19   time he's telling me to turn I'm saying, my

20   stomach hurts, my stomach hurts.

21  Q.  How old were you when this happened?

22  A.  10.

23

24   

25

DON THOMPSON & ASSOCIATES

32

5  Q.  And I can ask you about that in a minute.  I want

6      to go back to, you were testifying a moment ago

7      about this incident that occurred in your bedroom.

8      And you testified that Michael Geilenfeld was

9      asking you to turn over?

10 A.  Yes.  Yes.

11 Q.  And he had unzipped your pants?

12 A.  And I was making noise when he said turn around,

13     turn around.  I said, ah, my stomach hurts.

14 Q.  Were you laying on your stomach or on your back?

15 A.  On my back and he wanted me to turn around.

16 Q.  Did he touch your penis on that incident?

17 A.  I told you that.  He's telling me it's nothing, to

18     let it happen.  That means -- and he's saying it's

19     nothing, as if to let me -- if I would let him

20     penetrate me.

21 Q.  Did he touch your penis with his hand on that

22     occasion?

23 A.  With his hands.

24 Q.  Was that over your pants or under your pants?

25 A.  I told you my pants were -- he lowered my pants.

33

1      I don't know where they were.

2  Q.  So is it your testimony that Michael Geilenfeld

3      touched your penis with his bare hand on that

4      occasion when you were approximately 10 years old?

5  A.  He came to try and have sex with me when I was 10.

6      That means I didn't agree, I didn't know, I didn't

7      agree.   That means if you say that I should have

8      agreed or what else should I have done?

9  Q.  I'm sorry to ask this again, but I just have to be

10     perfectly clear.   Is it your testimony that

11     Michael Geilenfeld touched your penis with his

12     hand, with his bare hand, on that occasion?

13 A.  Yes.

14 Q.  How did it end?   What happened next?

15 A.  And he's insisting, insisting.   I said no.   I must

16     tell you that after that when I said I can't, I

17     can't, my stomach hurts, and then he said, but

18     it's nothing, you can, you can do the sacrifice.

19     And he's telling me, turn around, turn around.

20     And I'm saying, no.   Now I decided I'm going to

21     make some noise, and then he left.

22 Q.  Did that ever happen again?

23 A.  That never happened, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

24     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

25     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

DON THOMPSON & ASSOCIATES

34



8    Q.    How old was -- how old was Robert?

9    A.    At that time I could say 18 -- he could be 18.

13                    * * * * * *

16                    * * * * * *

21            Did you ever travel to the United States with

22    Mr. Geilenfeld?

23    A.    Yes.

24    Q.    On how many occasions?

25    A.    Two or three times.

—DON THOMPSON & ASSOCIATES

35

```
 1   Q.   Okay.  Where in the U.S. did you go?
 2   A.   I went a lot of places.  St. Louis, St. Paul,
 3        San Francisco, Iowa, Algona, Minnesota.
 4             THE DEPONENT:  A bunch of places.
 5   A.   A bunch of places.
 6   Q.   Were you traveling in the United States with
 7        Mr. Geilenfeld around 1990?
 8   A.   I apologize, but in the back of this I can show
 9        you.  I think -- this is when we started I think.
10   Q.   When you started traveling?
11   A.   Yes.
12   Q.   Do you know if you were in the United States with
13        Michael around 1990?
14   A.   Yes.
15   Q.   Do you recall an incident that people refer to as
16        the coup?
17   A.   Yes.  Yes.
18   Q.   What is the coup?
19   A.   They had gotten information that Michael was
20        abusing the children.  And then I don't know if
21        it's in Detroit or someplace else, but somebody
22        overseas -- but the story that I remember well is
23        I think maybe a day while I was over there and --
24        I don't know.  I was a child.  I was -- I didn't
25        know those things.  I saw Michael, like he was
```

36

```
 1       fighting with other people.  So I don't know if it
 2       was that discussion or that altercation that
 3       caused the police to come.  When the police came,
 4       it seems like they went after Mr. Michael and the
 5       ones that were dancing that were part of the
 6       troupe.  And he ran away.  He left us.
 7   Q.  Were you with Michael during this incident that
 8       you're describing where the police came?
 9   A.  Yes, I was there also.
10   Q.  And this is an incident that happened in the
11       United States?
12   A.  Yes.
13   Q.  Do you recall the year?
14   A.  I don't remember the year, but I remember the name
15       of the gentleman that was in the thing with
16       Michael.  His name is Jean Charles.
17
18
19
20
21
22
23
24
25
```

37

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3 Q.  Was there a time when Michael was not permitted to

4      return to Delmas 91?

5 A.  Yes.

6 Q.  Do you recall when that was?

7 A.  Maybe '90 or '91.  That's what he called a coup

8      d'état.

9 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15 Q.  Okay.  So when you said that Michael left you when

16      you were in the United States, how did you get

17      back to Haiti?

18 A.  There was a gentleman that was the head of the

19      house.  He used to work for Habitat, and his name

20      was John Nearcos (Phonetically spelled.) ▓▓▓▓▓▓

21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓▓▓▓▓▓▓▓

22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

24 ▓▓▓▓▓▓▓▓▓▓▓▓▓e went over there to pick us

25      up.

38



1  Q.  Where did you go when you went back to Haiti?

2  A.  He took me directly to 91.

22  Q.  Did you -- you testified a moment ago about people

23      going to the radio station and the television

24      station.  Did you go to the radio station or

25      television station?

DON THOMPSON & ASSOCIATES

39

1    A.    I didn't have time to go myself because I wasn't

2          here.

3    Q.    So this was while you were in the United States?

4    A.    Yes.

5    Q.    Did the rules of the house change after the coup

6          ended and Michael moved back into the house?

7          ████████████████████████████████████

8    A.    Totally.

9    Q.    Were you living at the house at that time?

10   A.    No.

11   Q.    How do you know that the rules of the house

12         changed?

13   A.    I go in and out, back and forth.  When they see me

14         going in and out, back and forth, they think that

15         I'm coming -- I'm coming -- I'm doing that so I

16         can come back, but they don't really know what I'm

17         looking for.

18   Q.    When did you stop being a permanent resident at 91

19         Delmas?

20   A.    Ever since 91 when I came back, I just -- I

21         didn't -- I pulled away, but I kept going back and

22         forth.  I didn't sleep there, but I went there to

23         help out my brothers so they wouldn't fall for the

24         situation -- or in the situation.

25   Q.    Why did you stop sleeping at Delmas 91?

40

```
 1   A.   Because it wouldn't be a good place.  I wouldn't
 2        feel free, totally free.
 3   Q.   Were you kicked out of Delmas 91?
 4   A.   Never.  No.
 5             THE DEPONENT:  I kicked myself out.
 6   Q.   Okay.  Why did you feel it wouldn't be a good
 7        situation for you to remain?
 8   A.   The first time, somebody that's helping me, even
 9        after three, five, six years, the person is a --
10        this person is abusing you.  Do you -- so now it's
11        do you want to live like that or do you want to
12        live in peace with your soul in peace.
13   Q.   Why would you from time to time go back to Delmas
14        91 after you moved out?
15   A.   If I tell you that, you won't believe me.  Maybe
16        nobody will believe this, what I'm going to
17        answer.  That means because I, myself, I really
18        think -- and I'm going to say that in front of the
19        camera.  The reason I went back and forth is
20        because I'm thinking and I wanted this man to stop
21        abusing these children.  I wanted that to happen,
22        even if everybody else can't do it.  But, me, I
23        have faith and I have trust and I know I can do
24        it.
25   Q.   I would like to ask you if you ever observed
```

DON THOMPSON & ASSOCIATES

```
 1        Michael Geilenfeld being physically violent

 2        towards boys who lived in the house?

 3   A.   That means does he hit them or what?

 4   Q.   Right.  Did you ever see Michael Geilenfeld punch

 5        or kick or hit anyone?

 6   A.   When I was there, those are -- it was nothing.

 7   Q.   You're saying --

 8             THE DEPONENT:  Like that's like a game for

 9        him to do.

10             (The reporter asked for clarification.)

11             THE INTERPRETER:  It's a game for him to do.

12             THE DEPONENT:  Like to beat people.  That's

13        how he take fun, to treat us.

14   Q.   So are you saying you did observe Michael

15        Geilenfeld beat or hit people in the house?

16             THE DEPONENT (THROUGH THE INTERPRETER):  What

17        did you say?  Can you tell me again what he said?

18   Q.   Did you see with your own eyes Michael Geilenfeld

19        beat orphans who lived in 91 Delmas?

20   A.   He beats them.  And even me, I got beaten.

21   Q.   Tell me about how he beat you.  What happened?

22   A.   You can be unruly and do something.  Sometimes

23        he'll tell you, for example, go wash the dishes.

24        Maybe you didn't get to it yet.  As soon -- and

25        then when he finds you or he sees that the dishes
```

1    are dirty or the area is dirty, he grabs the back

2    of your neck and then he puts you between his legs

3    and then he's hitting you with his fists.

4    Sometimes he pulls your ear.  That means pull as

5    if to pull it off.  Not me, but other children, he

6    lifts them with their -- through their nostrils.

7  Q.  Are you saying that Michael -- that there was a

8    time when Michael Geilenfeld took you and put your

9    head between his legs and beat you on the back?

10  A.  He did it to me.  He did it to me.

11  Q.  Did you ever see him do it to anyone else?

12  A.  Oh, the smaller ones was even worse, my friend.

13  Q.  Do you know Paul Kendrick?

14  A.  Yes.

15  Q.  When did you first -- when were you first

16    introduced to Paul Kendrick?

17  A.  When was the first time I spoke to him or I heard

18    of him or I met him?

19  Q.  When was the first time you spoke with him?

20  A.  Well, that was a long time ago.  I don't remember.

21  Q.  Was it 2011?

22  A.  Maybe.  Or 2010.  But I've spoken to him since

23    then, the first time I remember getting in contact

24    with him.

25  Q.  When you spoke to him in 2010 or 2011, was that

43

```
 1        over the telephone or in person?
 2   A.   Over the phone.
 3   Q.   Did you tell Mr. Kendrick the things that you've
 4        told us here today?
 5   A.   Like those stories?
 6   Q.   Yes.
 7   A.   Yes.
 8   Q.   And you told him those things in 2010 or 2011?
 9   A.   Yes.  He called -- I spoke to him and I told him
10        that, but I didn't think he could help me because
11        several people already said they were going to
12        help us.
13   ████████████████████████████████████████████████████
14   ████████████████████████████
15   ████████████████████████████████████████████████████
16   ████████████████████████████████████████████
17   ████████████████████████████████████████
18   ████████████████████████████████████
19   ████████████████████
20      ████████████████████████████████████████████████
21   ██████████████████████████████████████████████████
22   ███████
23   ██████████████████████████████████████████████
24      ██████████████████████████
25         ██████████████████████████████████████████████
```

DON THOMPSON & ASSOCIATES

74



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Now, when you had this interview with

DON THOMPSON & ASSOCIATES

1        Mr. Walker and Mr. Howard, they asked you to tell

2        them the truth; isn't that correct?

3            THE DEPONENT:  Yeah.

4  Q.  And did you tell them the truth?

5            THE DEPONENT:  Yes.

6  Q.  I've listened to your audio and I've also reviewed

7        the transcript.  Can you explain to me why there

8        are no allegations of sexual abuse by Michael

9        Geilenfeld against you in this interview?

10  ████████████████████████████████████████████████

11  ████████████████████████████████

12  ██████████████████████████████████████████████████

13  ████████████████████████████████

14      ████████████████████████████████

15  A.  He abused me, but I didn't let him stick his balls

16        inside me.  Maybe if I did, then that would be

17        sexual abuse; but he did abuse me.

18  Q.  Sir, I would like you to look through that

19        transcript and circle for me where in that

20        transcript it says that Michael Geilenfeld

21        sexually abused you.

22  A.  When am I going to have the time to look at this?

23  ████████████████████████████████████████████████

24  ████████████████████

25  A.  If you're going to give me the time to do it.

76

1    Because I want to look for it.  I can't ask

2    anybody to help me look for it.  I have to sit

3    here and find it myself.



DON THOMPSON & ASSOCIATES



14    A.    Okay.  What about here it says abuse -- this one
15          says abuse.  That means that he took my clothes
16          off to abuse me.  That's what I repeated, how many
17          times, in this interview -- in my interview.  I
18          didn't say he penetrated me.  I didn't let him.
19    Q.    Okay.  If we look at abuse, like you would like,
20          sir -- if you would turn to Page 4, Line 23.
21              Lines 21 through 23 say, Robert -- and it
22          should read -- is a Haitian guy.  He is the first
23          guy that had a relationship with -- it says
24          Michelle, but that's Michael -- abusing and the
25          abuse, but then he's an older person now.

1          Did I read that correctly?

2    A.    That means that I said that Michael abused the

3          others.  That means that he pushed Robert to abuse

4          other children.

5    Q.    That's what that means?

6    A.    That's what I wanted to say, yes.  That's what I

7          meant.

8    Q.    Okay.  Then it says abuse at 8, 25.  So if you

9          turn to Page 8, then it says 24, 25, No, Michael

10         do like -- Michael used Robert like to do that,

11         like use him, so the abuse -- then it continues

12         onto Page 9 -- Robert would do the young ones,

13         abuse the young ones, you know.

14              What does that mean?

15              THE DEPONENT:  Like Michael abused -- like

16         Michael abused Bill.  Bill abused, like, Fignole

17         or, like, someone else.



83

1 ▓▓▓▓▓

2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4 ▓▓▓▓▓

5 ▓▓▓▓▓▓▓▓▓▓▓▓

6 ▓▓▓▓▓▓▓▓▓▓▓▓

7 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

8 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

9 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

10 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

16 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

17 ▓▓▓▓▓▓

18    Q.   I'm going to show you what was marked as Exhibit

19         No. 9 in Sean Roubens' deposition.  Have you seen

20         this document before?

21              THE DEPONENT:   No.

22    A.   Not yet.

23    Q.   Let me represent to you, sir, that this is a

24         transcript of an interview that you gave to Cyrus

25         Sibert.  Would you agree with that?

DON THOMPSON & ASSOCIATES

```
1   A.   Yes.  But I don't remember what year or how long

2        ago.

3   Q.   Do you think it might have been in 2011?

4   A.   I don't remember.

5   Q.   I'm going to play for you right now a little bit

6        of that audio so that you can listen to it and

7        identify yourself.

8             (Whereupon the audio recording was played.)

9   Q.   Is that --

10            THE DEPONENT:  Yeah.

11  Q.   Do you recognize your voice?

12            THE DEPONENT:  Of course.

13  Q.   Okay.  And did you recognize Mr. Sibert's voice?

14            THE DEPONENT:  Yeah.

15  Q.   Did you hear on -- did you hear Serge's voice?

16            THE DEPONENT:  Yeah.

17  Q.   And would you agree with me that that is the audio

18       interview that you gave to Mr. Sibert?

19  A.   I think that's the first interview Serge and I

20       gave Cyrus.

21

22

23

24

25
```



9   Q.   Sir, I think maybe it makes sense for you to take

10       some time now -- we'll take a quick break.  What I

11       would ask you to do is read Exhibit No. 9.   Take

12       as much time as you need.  If you need the

13       interviewer -- excuse me.

14  A.   You mean this No. 9?

15  Q.   Yes.

16  A.   Okay.

DON THOMPSON & ASSOCIATES

86

```
 1  ████████████████████████████████████████████
 2  ████████████████████████████████████████████
 3  ██████████████████████████████████
 4  ████████████████████████████████████████████
 5  ████████████████████████████████████████
 6  ██████████████
 7  ████████████████████████████████████████
 8  ████████████████████████████
 9  █████████████████████████████████████████████
10                  *  *  *  *  *  *
11  ████████████████████████████████████
12  █████████████
13                  *  *  *  *  *  *
```

14   Q.   Destin, we took a break and you had some time to
15        review the transcript.  Before we discuss the
16        transcript I wanted to ask you two questions.
17        Have you ever met Mr. Kendrick before?
18            THE DEPONENT:  Before he came in Haiti?
19   A.   Before --
20   Q.   Have you ever met Mr. Kendrick?
21   A.   Yes.
22   Q.   When have you met him?
23   A.   I think when I did the deposition, I think I saw
24        him.
25   Q.   Do you mean the recorded interview?

DON THOMPSON & ASSOCIATES

```
 1   A.   He was here.   I did the interview and he was here.
 2        I met him then.
 3   Q.   Okay.   So is that when you spoke with Mr. Kendrick
 4        and Mr. Walker, last year?
 5             THE DEPONENT:   Yes.
 6   Q.   Have you met him any other time?
 7   A.   Never.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

DON THOMPSON & ASSOCIATES

88

```
 1  ████████████████████████████████████████
 2  ████████████████████████████████████████
 3  ████████████████████████████████████████
 4  ████████████████████████████████████████
 5  ████████████████████████████████████████
 6  ████████████████████████████████████████
 7  ████████████████████████████████████████
 8  ████████████████████████████████████████
 9  ████████████
10  ████████████████████████████████████████
11  ████████████████████████████████
12  █████████████████████
13  ████████████████████████████████████████
14  ██████████████████████████████
15  ████████████████████████████████████████
16  ████████████████████████████████████████
17  ████████
```

18   Q.   Now, you said that you had a meeting with

19        Mr. Kendrick on Sunday with other people.  Who

20        else was at this meeting?

21   A.   My other brothers.

22   Q.   Can you please name your other brothers?

23             THE DEPONENT:  Jean Dumé, Sacra,

24        St. Victor --

25             THE INTERPRETER:  Jean Dumé is Jean.  Dumé is

89

| | |
|---|---|
| 1 | D-U-M-E.  St. Victor is S-T, capital V, I-C-T-O-R. |
| 2 | Sacra is S-A-K-R-A.  And myself. |
| 3 | THE INTERPRETER:  What's that? |
| 4 | THE DEPONENT:  And there was other, but I |
| 5 | give you the most important for me. |
| 6 | A.  There are others, but I give you the most |
| 7 | important for me. |
| 8 | Q.  Who else were the others? |
| 9 | A.  A lot.  A lot.  The names on the list, but if they |
| 10 | want -- some of them may not be able to come. ▬▬ |
| 11 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 12 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 13 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 14 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 15 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 16 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 17 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 18 | ▬▬▬▬▬▬▬ |
| 19 | Q.  Was Cyrus Sibert at the meeting? |
| 20 | A.  He is not -- he wasn't at the meeting. ▬▬▬▬ |
| 21 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 22 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 23 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 24 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 25 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |

DON THOMPSON & ASSOCIATES

91



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Q.   I'm going to ask you a series of questions.  I

```
 1        just would like it if you limited your answer to

 2        yes or no.

 3   A.   Mm-hm.

 4   Q.   At the meeting on Sunday was Serge there?

 5   A.   Yes.

 6   Q.   On the meeting on Sunday was Jean present?

 7   A.   Yes.

 8   Q.   At the meeting on Sunday was Jean Rony

 9        St. Victor, also known as Son there?

10   A.   Yes.
```

DON THOMPSON & ASSOCIATES

105



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Do you have any knowledge of Michael

DON THOMPSON & ASSOCIATES

106

1      Geilenfeld turning his dog loose on you or other
2      children?
3  A.  Have the dog bite us.
4  Q.  What was the name of the dog?
5  A.  Mickey.
6  Q.  How often would he have him bite you?
7  A.  I can't say how many times.  If the -- if I -- if
8      it's my dog and I hold you, the dog sees that, me
9      as his mistress -- as his master holding someone,
10     he's going to come and bite you no matter what
11     because he sees that you're giving problems to the
12     owner -- his owner.
13 Q.  Do you have any scars from the dog biting you?
14 A.  That's something that happened a long time ago.
15     If I show you the scar, you might think it's
16     something that happened before and I'm not showing
17     it to you now.
18 Q.  I'm going to show you what was marked as Exhibit 6
19     from Serge's deposition.
20 A.  Mm-hm.
21 Q.  In that photo do you see the animal in the left-
22     hand corner?
23 A.  I see Mickey.
24 Q.  So that's Mickey?
25 A.  Yes.

DON THOMPSON & ASSOCIATES



13   Q.   I'm going to show you what's been marked as

14       Exhibit 11.

15          MR. WALKER:  Do we have a copy of -- do you

16       have a copy for us?

17          MS. HOFFMAN:  I don't know.  You can take

18       this one with you.

19   Q.   Are you familiar with that document, sir?

20   A.   What do you mean am I -- if I had seen it, yes.

21   Q.   Did you put posters up like that around

22       St. Joseph's School?

23   A.   It was a time like this -- you see this one that

24       has -- there, that one.

25          THE DEPONENT:  Okay.

```
 1              MS. HOFFMAN:  Let the record reflect that I'm
 2        showing him Exhibit No. 1 as well from Serge's
 3        deposition.
 4              THE DEPONENT:  Okay.
 5    A.   This one I know is, but this one -- I'm the one
 6        that paid to -- a partner, a friend of mine, to
 7        glue it on the -- stick it.  This one, they glued
 8        it and they said it was me but nobody saw me.
 9        ████████████████████████████  But that's me.
10        I'm the one that wrote all of this.  If you want
11        to translate it so everybody can understand it,
12        that's me.  But I didn't -- I wasn't the one who
13        glued them.
14              MS. HOFFMAN:  Okay.  I would ask the
15        translator to translate the bottom of Exhibit 1,
16        please, for the record.  It's written in Creole
17        and he's saying that he wrote it.
18              THE INTERPRETER:  We are a group of people
19        that are fighting against this old white --
20              (Whereupon there was dialogue between the
21        interpreter and the deponent.)
22              THE INTERPRETER:  -- this old white man that
23        are coming here to take advantage of a situation
24        in our country.  We told Fox that has to stop.
25        Fox -- that it has to stop.  It has to stop -- it
```

DON THOMPSON & ASSOCIATES

1    has to stop with all these old white homosexuals.

2    They have to kick them out of the country or we're

3    going to start walking around to burn them one by

4    one.  Down with homosexuals.  Down with

5    homosexuals.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DON THOMPSON & ASSOCIATES

130

1     ▇▇▇▇▇▇▇

2    Q.   Did Michael ever ask you to pour vodka on his body

3         and lick it off?

4    A.   He didn't tell me that.   There are other guys that

5         he told that to and there are other guys he did

6         that to, just like Bill, for example.   He dipped

7         his balls in something and had Bill suck it.   And

8         then another guy, another partner by the name of

9         Mark that passed away, passed on.

10   Q.   Okay.   Who did Michael Geilenfeld ask or make pour

11        vodka on his body and lick it off?

12   A.   I don't know.   I can't answer that.

13   Q.   You just told me a moment ago he made guys do

14        that.

15   A.   I just told you he did that to Marc and he did

16        that with Bill, that he dipped his balls in

17        glasses that they were drinking with alcohol and

18        asked him to suck it off.

19   Q.   Okay.   So your testimony here today is that

20        Michael Geilenfeld dipped his balls in vodka and

21        made people lick it off?

22   A.   That's one of my testimonies.

23   Q.   Okay.   Did Michael Geilenfeld ever make you watch

24        a Playboy video?

25   A.   Me or other people?

1   Q.   You.

2   A.   Not yet.  I haven't played that movie yet.

3   Q.   Did Michael Geilenfeld ever make you act out a

4        Playboy video?

5   A.   You mean with other guys?

6   Q.   With you.

7   A.   You mean like Michael would ask me to go and watch

8        movies with me?

9   Q.   I mean did Michael make you act out a Playboy

10       video with him?

11  A.   I didn't participate, not me.

12  Q.   Did he ever ask you to do that?

13  A.   He's not going to ask me that.  He will ask the

14       other -- he would ask other guys and they would

15       come and tell me, to tell -- so then I should tell

16       them if they should agree or not and what they

17       should do.

18  Q.   What other guys did he ask to act out a Playboy

19       video?

20  A.   I can't -- the other guys that do it with him,

21       they're not here.  Those are -- some of them

22       passed, some of them are in the United States.

23  Q.   What are their names?

24  A.   Jean Joél and Jeff Bazile.

25

132



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Q.    Did Michael have a video player in his room?

1   A.   Like a Nintendo?

2   Q.   No, like something to play the Playboys on.

3   A.   DVD.  It would be in his room before it's outside

4       for the kids to watch, mommy.  And then on

5       Saturdays they would go -- and then on

6       Saturdays -- and then on Saturdays they would go

7       and rent out videos, DVD's, from a place in

8       Pétion-Ville, and then they would come and watch.

9       And some of them would eat popcorn, some of them

10      would be outside playing.

11         MS. HOFFMAN:  Did he say DVD's?

12  A.   I'm sorry, at that time there was videos.

13  Q.   Okay.  So what you're saying is that Michael would

14      take the VCR from the TV room to watch the Playboy

15      movies in his room?

16  A.   He has his own VCR and then there's a VCR for the

17      kids.

18  Q.   Okay.  So in his bedroom he has a VCR and a TV?

19  A.   Yes.

20  Q.   Where does he keep the Playboy movies?

21  A.   In his room, who's the owner of the room.

22  Q.   Did he hide them?

23  A.   How could he not hide them, mommy?  What he

24      wouldn't hide was money and candy so you can see

25      things that would tempt you.

134

```
 1   Q.   That's my question, sir.  I want to know where he
 2        hid the Playboy videos.
 3   A.   I didn't go into the room to look for them.  If
 4        I'm looking -- if I go in there and look around,
 5        if I spend time in the room, I would be able to
 6        look and see where things are.
 7   Q.   Now, do you believe that Michael Geilenfeld is a
 8        homosexual?
 9   A.   Think or what?
10   Q.   Yeah, what's your opinion?  Just yes or no.
11   A.   He's a homosexual.
12   Q.   Okay.  Why would Michael Geilenfeld have Playboy
13        videos then which depict a man and a woman having
14        sex?
15   A.   So now he's going to teach the others how to do it
16        male on male.  He gave them false -- fake penises
17        so they could practice.  Even me, they gave me one
18        to practice.
19   Q.   He gave you a fake penis to practice?
20   A.   I didn't practice.
21   Q.   You didn't practice.  What did you do with your
22        fake penis?
23   A.   To show the others.  To help me and tell me what
24        that is.
25   Q.   When did Michael Geilenfeld give you a fake penis?
```

135

```
1    A.   Around '89.

2    Q.   What did you do with it?

3    A.   I'm looking at it, I'm showing it to my friends,

4         because I did not quite -- I wasn't old enough to

5         understand exactly.

6    Q.   Did you throw it away?

7    A.   It got lost.

8    Q.   Where did you lose it?

9    A.   When I moved out of the house.  Because when I

10        leave, I can only take a little suitcase.

11        Everything else stays in the house for them.

12   Q.   Okay.  Earlier you testified, sir, that you left

13        St. Joseph's in -- when you were 15 or 16 years

14        old.  Is that correct?

15   A.   I was 16, yes.

16   Q.   Okay.  In 1989 that would have made you 13.

17   A.   13 going on 14.

18   Q.   So -- I'm sorry.  What did you do with the fake

19        penis between 1989 and 1992, for those three

20        years?

21            MR. WALKER:  Object to the form of the

22        question.

23   A.   Didn't I tell you I went to show it to the kids?

24        I left it at the house.  But if I had known I was

25        going to need to have a battle to -- for all this,
```

136

```
1        I would have taken it with me.
2   Q.   So when you moved out, you just left it there?
3             MR. WALKER:  Object to the form of the
4        question.
5   A.   I left the house and I took only my clothes.  My
6        bicycle and things I left.  What was I going to do
7        with them?
8   Q.   You left your bicycle there, too?
9   A.   I left.  I took my little suitcase, but I knew I
10       could go back anytime I wanted.
11   ████████████████████████████████████████████████
12   ████████████████████████████████████████
13   █████████████████████████████████████████████
14   ████████████████████████████████████████████████
15   ████████████████████████████
16        ██████████████████████████████████████████
17             *  *  *  *  *  *
18        █████████████████████████████████████████
19   ██████████████
20             *  *  *  *  *  *
21   ███████████████████████████████████████████████
22   ███████████████████████████████████████████████
23   ██████████████████████████████████████████████
24   ███████████████████████████████████████████████
25   ███████████████████████████████████████
```

DON THOMPSON & ASSOCIATES

[redacted]

Q. If you turn to Page 13 of Exhibit No. 9, at the

[redacted]

142

1 ████████████████████████████████████

2 ████████████████████████████████████

3 ████████████████████████████████████████

4 ████████████████████████████████████████

5 ████████████████████████████████████████

6 ████████████████████████

7    Q.   If you turn to Page 17 -- actually, turn to Page

8         2.

9              May I have it real quick?  I'm just going to

10        highlight it real quick to move this along.

11             Now, on Page 2 after your name it says, While

12        I was sleeping Robert came to my room and asked me

13        to take my pants down.  If it weren't for the

14        grace of God and prayer, he would have penetrated

15        me.  I told him I was sick with a stomachache so I

16        cannot do this.

17             Was it Robert who asked you to take your

18        pants down?

19   A.   Michael asked me to.

20             THE DEPONENT:  Robert asked Maya to do that.

21   A.   Robert asked Maya --

22             THE INTERPRETER:  M-A-Y-A.

23   A.   -- to do that.

24   Q.   Why does it say here in the interview that you

25        gave with Cyrus Sibert, While I was sleeping

1    Robert came to my room and asked me to take my

2    pants down?

3    A.    I didn't say Robert.  I said Michael.  The reason

4    I said Robert tried to do that to Maya's brother

5    is because Michael did that to Robert.  So when

6    Michael did that to me and Maya is saying, oh,

7    this is what Robert did to me.

8    Q.    So do you think Cyrus or someone that works for

9    Mr. Sibert translated the interview incorrectly?

10   A.    Yes, the person put the wrong name.  They put it

11   in the wrong spot.

12

13

14

15

16

17

18

19

20

21

22

23

24

25





```
14   Q.  At some point were you evicted from St. Joseph's?
15   A.  You mean kick me out?
16           THE DEPONENT:  I kick myself.
17   Q.  So you weren't living on the property and you
18       didn't go through the eviction process?
19   A.  When they kicked me out of the room -- of the
20       house and then I didn't have a place to stay,
21       there was a piece of property that they purchased
22       while I was in the United States for $52,000.  And
23       when I came -- when they kicked me out, some of
24       the guys were staying there; so I would stay there
25       once in a while.  And then after years -- I even
```

147

```
1        went to jail from that property.  When he sold the

2        property, he kicked us all out.  He paid the

3        police to kick us out, and we left.

4   Q.   How much did he pay the police?

5   A.   I had the paper.  I don't remember.  But I have

6        the paper, how much money he gave at the police

7        station in Pétion-Ville.

8   Q.   How did you get the paper?

9   A.   When they're evicting you, the police officer

10       comes with a paper to tell you to leave.

11  Q.   Okay.  So the paper was for the eviction, not for

12       paying off the police?

13  A.   Well, it was written on the paper how much each --

14       every person got paid, because they came with the

15       police and they came with about 10 to 18 guys to

16       put our stuff out in the streets.
```



```
 1    ████████████████████████████████████████
 2    ████████████████████████████████████████
 3    ███████████████
 4    ████████████████████████████████████████
 5    ████████████████████████████████████████
 6    ████████████████████████████████████████
 7    ████████████████████████████████████████
 8    ████████████████████████████████████████
```

 9    Q.   So did -- tell me about his bedroom.  Describe it

10         for me, please.

11    A.   When I was next to him?

12    Q.   No, just describe it.  So far you've told me

13         there's a refrigerator, there's a TV, a VCR.  What

14         does his bed look like, for example?

15    A.   His bed -- his bed is not a big bed like the

16         wealthy people.  His bed is just a small bed, but

17         he has his desk to put his money and he has his

18         dresser -- he has an armoire that opens up.

19         You're going to see where the money is.  Oh,

20         this is the American money, this is the Haitian

21         money.  When you walk in, if you're looking for

22         something or if you come to get something, you'll

23         see the money.

24    Q.   Okay.  Now, I'm just going to follow up on this

25         one thing and I'll move on from it.  You said that

DON THOMPSON & ASSOCIATES

1    his bed isn't a big bed like rich people.

2    Describe his bed to me.  I mean --

3         MR. WALKER:  Object to form.

4  A.  A little bed for two people, but sometimes they're

5      like sofas.  You know the little things that can

6      rock?  That's what's the bed.  He has rocking

7      chairs, that sofa.  I see them overseas.  It's not

8      the rich people's bed.  It's a sofa where you can

9      sit or you can pull it out and it becomes a bed.

10 Q.  Okay.  So he has a futon, correct?

11 A.  I don't know the name; but as I'm saying, it's a

12     sofa.  It could be a bed when you need it to be a

13     bed.

14 ████████████████████████████████████████████████

15 ████████████████████████████████████████

16 █████████████████████████████████████

17 ████████████████████████████

18 █████████████

19 ██████████████████████

20 ███████████████████████████████████

21 ████████████████████████

22 ██████████

23 ████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ██████████████████████████████████████████████

DON THOMPSON & ASSOCIATES



1

2

3

4

5

6

7

8

9   Q.   Are you friends with someone named Volcy?

10  A.   He's my brother.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DON THOMPSON & ASSOCIATES

159



```
12    Q.   Okay.  At some point you met with officers from
13         ICE, correct?  Just say yes or no.
14    A.   Do you mean Homeland Security?
15    Q.   Yes.
16              THE DEPONENT:  Yes.
17    A.   Yes.  Yes.
18    Q.   And did you tell them the truth?
19              THE DEPONENT:  Always say the truth.
20    A.   Always say the truth.
21    Q.   So you told them that you were sexually and
22         physically abused by Michael Geilenfeld?
23    A.   No.  I didn't trust them yet.  I had not -- I was
24         not -- I did not trust the people from Homeland
25         Security, but I told them the truth.
```

DON THOMPSON & ASSOCIATES