1

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


HEARTS WITH HAITI, INC., )
and MICHAEL GEILENFELD,  )
                          )   Civil No 2:13-CV-00039
        Plaintiffs        )
                          )
V.                        )
                          )
PAUL KENDRICK,            )
                          )
        Defendant         )


**CONFIDENTIAL TRANSCRIPT**


VIDEOTAPED DEPOSITION of DESTIN JEAN-
BAPTISTE, taken pursuant to notice dated January
24, 2014, at the Hotel Montana, Rue Frank Cardozo,
Port-Au-Prince, Haiti, on February 4, 2014,
commencing at 12:01 P.M., before Laurel A. Long, a
Notary Public in and for the State of Maine,
pursuant to Commission to Administer Oath and Take
Testimony in a Foreign Country issued by John H.
Rich, III, U.S. Magistrate Judge, dated January
29, 2014.


DON THOMPSON & ASSOCIATES

---

2

APPEARANCES:
For the Plaintiffs:    KELLY M. HOFFMAN, ESQ.
                       DEVIN W. DEANE, ESQ.

For the Defendant:    F. DAVID WALKER, IV, ESQ.
                      COLIN E. HOWARD, ESQ.


Videographer:    Danielle Dreis
                 Roberny Rosier

Interpreter:    Carole Wilson

ALSO PRESENT:    Guibert Cesar, Interpreter
                 Paul D'Oliveira
                 Michael Geilenfeld


DON THOMPSON & ASSOCIATES

---

3

INDEX

Deponent: DESTIN JEAN-BAPTISTE
    Examination by:                        Page
    Mr. Walker                           7, 165
    Ms. Hoffman                              56

EXHIBITS

| Number | Description | Page |
|---|---|---|
| 1 | Handwritten document provided By the deponent | 19 |
| 2 | Copy of photograph | 31 |
| 3 | Typewritten letter from Emile Millien to Michael dated 12/2/04 | 44 |
| 4 | Copy of Passport | 45 |
| 5 | Typewritten document to Bryan Dated 11/20/90 | 45 |
| 6 | Copy of photograph | 45 |
| 7 | Copy of photograph | 45 |
| 8 | Plaintiffs' Cross-Notice to take Deposition of Destin Jean-Baptiste and Request for Production of Documents | 67 |
| 9 | Transcription of Recorded Interview of Destin Jean-Baptiste | 71 |
| 10 | Handwritten and typed document (PK-001517 and 1507-1508) | 109 |
| 11 | Photocopy of photograph with Writing below dated 5/12/12 | 115 |

DON THOMPSON & ASSOCIATES

---

4

| 12 | Typewritten documents (SJF 1-9) | 150 |
| 13 | Handwritten names by the Deponent | 166 |

(Exhibit Nos. 1, 6, 7 and 9 marked in Sean
(Serge) Roubens Jean Sacra's deposition were
referred to.)


(Original Exhibit Nos. 1-7 were retained by
Attorney Howard after the deposition and were
returned to Destin Jean-Baptiste by Attorney
Howard.)


DON THOMPSON & ASSOCIATES

5

1 PROCEEDINGS
2 * * * * * *
3 (Answers were given in **CREOLE by the DEPONENT**
4 **and translated into ENGLISH by the INTERPRETER** in
5 the following deposition transcript unless
6 otherwise noted by the DEPONENT designation.)
7 * * * * * *
8 CAROLE WILSON, CERTIFIED COURT INTERPRETER,
9 having been duly sworn by the Notary Public,
10 commissioned by the State of Maine to administer
11 oath and take testimony in a foreign country,
12 interpreted the following testimony from Creole to
13 English and English to Creole as follows.
14 DESTIN JEAN-BAPTISTE, having been duly sworn
15 by the Notary Public, commissioned by the State of
16 Maine to administer oath and take testimony in a
17 foreign country, was examined and deposed as
18 follows:
19 * * * * * *
20 MR. WALKER: We are on the record in the
21 matter of Hearts with Haiti, Incorporated and
22 Michael Geilenfeld versus Paul Kendrick. I would
23 like to begin by going around the room and asking
24 the parties to introduce themselves.
25 I'll start with myself. David Walker, Rudman
DON THOMPSON & ASSOCIATES

6

1 Winchell, on behalf of the defendant, Paul
2 Kendrick. And to my left --
3 MR. HOWARD: Colin Howard from Rudman
4 Winchell on behalf of Paul Kendrick.
5 MR. GEILENFELD: Michael Geilenfeld from
6 St. Joseph's.
7 MR. DEANE: Devin Deane, attorney for Michael
8 Geilenfeld and Hearts with Haiti, Incorporated.
9 MR. CESAR: Guibert Cesar, interpreter for
10 plaintiff.
11 MS. HOFFMAN: Kelly Hoffman, attorney from
12 Norman, Hanson & DeTroy, for Michael Geilenfeld
13 and Hearts with Haiti.
14 THE REPORTER: Laurel Long, court reporter.
15 MR. D'OLIVEIRA: Paul D'Oliveira, Hearts with
16 Haiti.
17 THE DEPONENT: Destin from Haiti, abusing by
18 Michael Geilenfeld at St. Joseph Home for Boys.
19 MR. WALKER: Okay. The --
20 THE INTERPRETER: Carole Wilson, Court
21 Certified Interpreter.
22 MR. WALKER: I think I forgot to indicate the
23 docket number is 2:13-CV-39-JAW.
24 Before we begin I would ask if plaintiffs' --
25 I would ask if plaintiffs' counsel are satisfied
DON THOMPSON & ASSOCIATES

7

1 with the oath that was administered by the court
2 reporter.
3 MS. HOFFMAN: We are. No objection.
4 MR. WALKER: Okay.
5 * * * * * *
6 EXAMINATION
7 BY MR. WALKER:
8 Q. Destin, how should I refer to you today during the
9 deposition? Do you prefer to be referred to as
10 Destin?
11 A. **My name is Destin. You have to call me Destin.**
12 Q. Can you state your full name for the record?
13 A. **My full name is Destin Jean-Baptiste.**
14 Q. Where do you presently live, Destin?
15 A. **I don't know if it's going to be a problem. For**
16 **now, in this fight that I'm in, I can't tell you**
17 **where I live with these enemies that are here and**
18 **they've already attacked me.**
19 Q. Okay. Do you live in the city of Port-au-Prince?
20 A. **Yes, in the city.**
21 Q. I'm assuming you've never had your deposition
22 taken before?
23 A. **Like with whom?**
24 Q. Let me explain. We're here today in connection
25 with a lawsuit that's pending in the United
DON THOMPSON & ASSOCIATES

8

1 States. And in the lawsuit Michael Geilenfeld and
2 Hearts with Haiti have sued our client, Paul
3 Kendrick; and they have claimed that he has
4 defamed Michael Geilenfeld and Hearts with Haiti.
5 And what we're doing here today is we're taking
6 your testimony under oath just as if we were in
7 court.
8 A. **Okay. I would wish that this -- that I raise my**
9 **right hand and I swore. I'm hoping it's really,**
10 **as you said, for justice because I can't come here**
11 **and sit here and offer myself up to the enemy like**
12 **that.**
13 Q. Okay.
14 MS. HOFFMAN: For the record, David, we're
15 going to deal with all motions to strike after
16 this, correct? They're preserved?
17 MR. WALKER: Yes.
18 MS. HOFFMAN: Okay. I just wanted to put
19 that on the record because I know --
20 MR. WALKER: Right.
21 MS. HOFFMAN: -- we had discussions about
22 that before.
23 MR. WALKER: My understanding is that with
24 the exception of form and foundation objections,
25 that all parties will have the opportunity to
DON THOMPSON & ASSOCIATES

9

1  raise objections, file motions to strike any
2  speeches or nonresponsive questions, all of those
3  things are fair game without having them put on
4  the record.
5      MS. HOFFMAN:  Thank you.
6  Q.  So the way this works is that Ms. Long is typing
7  what everybody says.  So the most important thing
8  is that only one person can talk at a time because
9  she can't type what two people say at the same
10  time.  And we want to make sure that when we leave
11  here the testimony is clear.  So I will ask that
12  you wait to answer my questions until I'm
13  completely finished asking.
14  A.  Okay.
15  Q.  And that goes for questions asked by the other
16  attorneys as well.  And I will do my best to wait
17  until you're finished -- completely finished
18  answering before I begin to speak again.
19      Destin, can you tell me what year you were
20  born?
21  A.  I was born August 6th, 1976.
22  Q.  And how old are you today?
23  A.  I'm -- today I'm 38, going on 39.
24  Q.  And where were you born?
25  A.  A place called Bainet.

DON THOMPSON & ASSOCIATES

10

1      THE INTERPRETER:  B-A-I-N-E-T.
2  Q.  And where is that?
3  A.  The west of Jacmel.
4      THE INTERPRETER:  Jacmel is J-A-C-M-E-L.
5  Q.  And do you recall during your -- after you were
6  born where you lived?  Did you live with your
7  mother and father?
8  A.  Yes.
9  Q.  Can you tell me a little bit about your early
10  years that you remember?
11  A.  Like when I was with my mom or what?
12  Q.  Yes, your --
13  A.  When I was living with my mother -- well, with my
14  family, but my mother passed away early so I
15  didn't really know her.
16  Q.  How old were you when your mother passed away?
17  A.  Maybe 6.
18  Q.  And what happened next?
19  A.  I was living with my father.  We were living
20  together.  And then I had an aunt.  She was my
21  mother's sister.  And then my aunt came and she
22  found -- she went -- she moved us down to the
23  city.  You know, there was work in the city; so
24  she rented a house and she moved us to the city.
25  Q.  What city?

DON THOMPSON & ASSOCIATES

11

1  A.  Downtown.  Downtown.
2  Q.  Port-au-Prince?
3  A.  Port-au-Prince.
4  Q.  How old were you when you moved to Port-au-Prince
5  with your aunt?
6  A.  Maybe 8.
7  Q.  And can you tell me, about how long did you live
8  with your aunt in Port-au-Prince?
9  A.  Okay.  I lived -- I lived -- I could say I lived
10  three to four years.  The reason was because my
11  parents were very strict when I was growing up.
12  If you went to school and did not do well in
13  school, they would beat you.  They would beat you
14  with sticks that had little -- that had little
15  pricks on it or they would beat you with an
16  electrical -- wire for the electrical.
17  Q.  Who was it who would beat you?
18  A.  My aunt -- my aunt, but my aunt didn't beat me.
19  She paid somebody else.  Because if I was unruly,
20  she would pay somebody else -- she would pay
21  somebody else to beat me.
22  Q.  Did you have any brothers or sisters?
23  A.  Yes.
24  Q.  And did they live with you in Port-au-Prince?
25  A.  Myself and another brother called Yvon, we lived

DON THOMPSON & ASSOCIATES

12

1  together.  But what happened, why we left my
2  aunt's house -- you didn't ask for these details,
3  but what happened, why we left my aunt's house,
4  because once while they were beating us -- back
5  then, at that time, there were laws in Haiti.
6  While they were beating me, the people that they
7  paid to beat me -- back then my brother -- they
8  didn't beat us often, but they would let the
9  unruliness stack up and then they would get us
10  good.  But one day they were beating us and they
11  smashed peppers --
12      THE DEPONENT:  Hot peppers.
13  A.  -- hot peppers and rubbed it in our eyes and they
14  beat us.
15  Q.  Who was it who smashed hot peppers in your eyes?
16  A.  The people that they paid -- the people that they
17  paid to beat us.  They said this is what you have
18  to do.
19  Q.  Okay.  At some point did you leave your aunt's
20  house?
21  A.  Well, that's why we're leaving, thank God.
22  This is how it happened.  Once -- once while they
23  were beating us -- like I said, there were laws in
24  Haiti.  They were beating us and they were putting
25  the pepper in our eyes.  Somebody went by and saw.

DON THOMPSON & ASSOCIATES

13

1    And the people were from Social Welfare. They
2    went by and they took both of us, but we don't
3    know where we were going.
4  Q.  So are you testifying that Social Welfare --
5    somebody from Social Welfare came by and took you?
6  A.  No, the people that were going by on the street,
7    they took us and took us -- they took us and took
8    us to Social Welfare.
9  Q.  Who is "us"?
10 A.  Myself and my brother.
11 Q.  What's your brother's name?
12 A.  Yvon.
13 Q.  And how old were you when you were taken from your
14   aunt's house to Social Services?
15 A.  8.  8.  I was 8 years old.
16 Q.  And what happened -- where did Social Services
17   place you?
18 A.  They put us in the Centre D'Acceuil.
19       THE INTERPRETER:  C-E-N-T-R-E, D apostrophe,
20   capital A, C-C-E-U-I-L.
21 Q.  And what is that?
22 A.  That's the center where they keep children, but
23   that's where Mr. Michael came to get us.
24 Q.  Is that a government orphanage?
25       THE DEPONENT:  Yes, it's a government --

DON THOMPSON & ASSOCIATES

14

1  A.  Yes.
2  Q.  How long were you at the government orphanage?
3  A.  I spent two years.
4  Q.  And can you talk about what the conditions were
5    like in the government orphanage?
6  A.  That means they took care of everyone.  They fed
7    you, they clothed you, but there are conditions.
8    That means you have to pray.  Sometimes if you
9    don't go to prayer, they beat you, you don't get
10   fed.
11 Q.  How old were you when you first met Michael
12   Geilenfeld?
13 A.  Between 8 or 9.
14 Q.  And were you at the -- were you living at the
15   government orphanage when you met him?
16 A.  Yes.
17 Q.  And how did you come to meet him?
18 A.  I don't know.  I was in the government orphanage
19   and he came.  I don't know how, but he must have
20   had some kind of a relationship with the people
21   from -- with the government -- from the
22   government, with Madam Thybulle.
23       THE INTERPRETER:  T-H-Y-B-U-L-L-E.
24 Q.  Do you remember when you met Mr. Geilenfeld?
25 A.  What year?

DON THOMPSON & ASSOCIATES

15

1  Q.  Do you just -- do you remember meeting him?
2  A.  What do you mean if I remember meeting him?  I
3    don't understand.
4  Q.  You met Michael Geilenfeld while you were living
5    at the State orphanage?
6        THE DEPONENT:  Yeah.
7  A.  Yes.
8  Q.  Do you remember being introduced to him?  Do you
9    remember him coming?  Did he invite you to come
10   with him?  Do you remember any of that?
11       MS. HOFFMAN:  Objection to form.
12 A.  When he came -- when he came, it could be just
13   like in a room like this.  And then the children
14   were there and he said you, you, you.  Now you go
15   and stand next to him and then -- and then he says
16   we're taking you to a new house where we're going
17   to help you, you know.
18 Q.  How many people did he take with him when he got
19   you?
20 A.  It might have been six or five.
21 Q.  And where did he take you?
22 A.  He took us to 91.
23 Q.  Did you ever live at 66 Delmas?
24 A.  No.  56.
25 Q.  56.

DON THOMPSON & ASSOCIATES

16

1  A.  Yes.
2  Q.  And you indicated -- you testified a minute ago
3    that when Michael took you from the State
4    orphanage, he took you to 91 Delmas?
5  A.  Yes.  That's where -- that means that that's where
6    he had his house.
7  Q.  At 91 Delmas?
8  A.  Yes.  Yes, 91; but the house didn't belong to him.
9    He rented it, but we all believed it was his.
10 Q.  Okay.  What was at 56 Delmas?
11 A.  He had two or three people there, like Emile,
12   Jean -- Jean, but they were in Pele with him.
13   They're the ones that started when the orphanage
14   started in the beginning of the orphanage.  That's
15   where -- they were there.
16 Q.  That was before 91 Delmas?
17 A.  Yes, before.  Yes.  That means that they didn't
18   have Delmas 91.  They were all in Pele.
19       THE INTERPRETER:  P-E-L-E.
20 A.  Then he was -- Michael was a priest, and maybe
21   they found out that he was doing homosexual things
22   so they kicked him out.
23 Q.  So did you ever live in 56 Delmas or did you just
24   live in 91?
25 A.  No, I spent a little time in Delmas 56.

DON THOMPSON & ASSOCIATES

17

1  Q. So when Michael got you from the orphanage, did he
2     take you to Delmas 56 or Delmas 91?
3  A. **He had the orphanage at 56. He started there. He**
4     **said it was an orphanage, but there was nothing**
5     **there. They used to eat on a door. But the**
6     **orphanage, the one he really had, was in Delmas 91**
7     **and Delmas 83.**
8  Q. Do you know what year it was that Michael took you
9     from the State orphanage, the government
10    orphanage?
11 A. **In '86.**
12 Q. And how long did you live at Delmas 56?
13    MS. HOFFMAN: Objection. Foundation.
14 A. **Maybe two, three months.**
15 Q. Okay. And you testified a little bit about this a
16    minute ago, but how many people lived with Michael
17    when he first picked you up?
18 A. **How many people were already in the house?**
19 Q. Oui.
20 A. **When I got there, I believe there were 23. 23 or**
21    **22.**
22 Q. And how many of their names do you remember?
23 A. **I remember the names of a lot of them because I**
24    **have a list here where I wrote the names. Would**
25    **you like to hear two or three names?**

DON THOMPSON & ASSOCIATES

18

1  Q. Sure. I was going to go over your documents
2     later, but --
3  A. **That means I could give you the names I know. I**
4     **remember Eric.**
5  Q. May I see that?
6     THE DEPONENT: Okay. So that's my writing,
7     but I don't write it to people to understand.
8     Maybe if you can understand, you want this
9     yourself; but I understand it myself. You know?
10 Q. Are these -- did you write these?
11    THE DEPONENT: Those are -- yeah. Those are
12    some of the victims, some of the -- you know?
13 Q. Is this a document that we can keep?
14    THE DEPONENT: That's not a document, so I --
15    it's -- so once you maybe print it to some
16    internet or something else, but I might think it's
17    a document, so now it's my handwriting, you know?
18    So that's my experience, story.
19 Q. Can we keep this or do you want --
20    THE DEPONENT: So if you have to keep it, so
21    I might have a copy of it.
22 Q. Right. We can make a copy and get this back to
23    you.
24    THE DEPONENT: Okay.
25 Q. Is that okay?

DON THOMPSON & ASSOCIATES

19

1     THE DEPONENT: No problem.
2     MR. WALKER: So let's mark this as Deposition
3  Exhibit 1.
4     MS. HOFFMAN: May I see Deposition Exhibit 1,
5  David?
6     MR. HOWARD: Can we not put a sticker on it?
7  I'm sorry. It's his document. Can we take a
8  photo -- can we do the same thing as we did
9  yesterday? I just don't want to --
10    MS. HOFFMAN: Can we make a copy of it?
11    MR. HOWARD: Yeah, that's what I was
12 thinking. Or ask him -- I just didn't want to --
13    MS. HOFFMAN: Do you want to take a break and
14 make a copy of it or what do you want to do?
15 Because I want to mark it.
16    MR. WALKER: Well, I would like to keep
17 going. And I think we can -- when we take the
18 next break, we can mark it.
19    MS. HOFFMAN: Okay.
20    (Deposition Exhibit No. 1 was marked.)
21    MR. WALKER: We'll just have to try to
22 remember that this is No. 1, if that's okay with
23 you.
24    MS. HOFFMAN: Are you going to ask him
25 questions about it now? Because otherwise I would

DON THOMPSON & ASSOCIATES

20

1  like to just hand it to Devin so he can look at
2  it, too.
3     MR. WALKER: Do you want to look at this,
4  Devin?
5     MS. HOFFMAN: I meant if you weren't going to
6  ask questions about it. I'm sorry. I'm not
7  trying to delay the depo.
8     MR. WALKER: I'm just asking him about who he
9  remembers was in the house. To the extent he may
10 refer to the paper, you guys can look at it and
11 I'll wait until you're done looking at it.
12 May I proceed?
13    MS. HOFFMAN: Of course.
14 Q. So we'll take a copy of this when we take a break.
15 A. **Okay.**
16 Q. So you can keep it.
17    My question was simply who do you remember
18 lived with Michael when you first went to live
19 with Michael?
20 A. **Robert, Emile.**
21 Q. Is that Robert Belvue?
22 A. **Yes.**
23    **Eric.**
24 Q. Do you know Eric's last name?
25    THE DEPONENT: No.

DON THOMPSON & ASSOCIATES

21

1  A. No.
2        Maxo.  Dieudonne.
3  Q. Maxo.
4        THE DEPONENT:  But there's two Maxos.
5        THE INTERPRETER:  Maxo is M-A-X-O.  Dieudonne
6  is D-I-E-U-D-O-N-N-E.
7  Q. Do you recall anyone else?
8  A. Yes.
9  Q. Who else do you remember?
10       THE DEPONENT:  I said Eric.
11 A. I said Eric.
12       THE DEPONENT:  Like, there was some guys --
13 A. But some of the guys, they give them like false
14 names.  They would come and they would give them
15 another name.
16       THE DEPONENT:  So there is one guy they
17 called Arnold, but his name was not Arnold.  His
18 name is Jean Joël, I think.
19       THE INTERPRETER:  His name is Jean Joël.
20       THE DEPONENT:  But they used to call him
21 Arnold.
22       THE INTERPRETER:  Arnold.
23       THE DEPONENT:  But there was two Arnolds,
24 little Arnold and big Arnold.  So one of the
25 Arnolds went to England with Geilenfeld.  You

22

1  know, he abused this guy and have sex with him so
2  now that guy passed away.
3  Q. And we'll get to that in a minute, but can you
4  tell me about Delmas 91?  What was Delmas 91 like
5  when you were there?
6        MS. HOFFMAN:  Objection.  Foundation.
7  A. Well, when you get there, as if -- when I first
8  got there, as if, you don't really know how things
9  are going to be.  But the first time that I got
10 there and they were receiving me -- because,
11 remember, I told you, they took four -- five or
12 six of us.  So when we got there, they pretended
13 like they were giving us little toys, little
14 planes, little cars, or they would give you a few
15 T-shirts, short pants.  And then you see that
16 there are other guests in the house.  And then --
17 and then you notice that the way you're eating is
18 not the way that the guests are eating, the way
19 you're drinking is not the way that the guests are
20 drinking.
21 Q. How big is Delmas 91?
22 A. When I was there, I think they started that
23 house -- it was two stories.  And when I was
24 there, it's growing.  It became five stories.
25 Q. Did you have your own bedroom?

23

1  A. No.  I had a room with the other brothers.
2  Q. How many people did you share a room with?
3  A. I had four people in my room.
4  Q. How long -- how many years did you live at Delmas
5  91?
6  A. Well, to really -- tell you really -- you mean how
7  long I stayed there without leaving or how long
8  I've been in and out of St. Joseph's?
9  Q. How long did you actually live there; in other
10 words, have your own place to sleep and --
11       THE DEPONENT:  Five or four years.
12 A. Five or four years.
13 Q. So you were a resident for four or five years?
14       THE DEPONENT:  Yeah, at St. Joseph.
15 A. Yeah.
16 Q. And after that you would continue to visit the
17 home?
18 A. When I heard rumors, like when I saw what was
19 going on, at that time I said I'm going to protect
20 myself, I'm not going to bring myself to him like
21 that.
22 Q. When you lived in Delmas 91, how often would you
23 see Michael Geilenfeld?
24       MS. HOFFMAN:  Objection.  Form, foundation.
25 A. Every day.  Every day.

24

1        MR. WALKER:  Before you answer, I'll just ask
2  for clarification on the objection so that I can
3  correct the question.
4        MS. HOFFMAN:  I'm objecting because you're
5  asking -- you haven't even established that
6  Michael is there yet and you're asking him how
7  long he's seen him.
8  Q. Did Michael live in 91 Delmas when you lived
9  there?
10 A. Yes.
11 Q. How often would you see him during the time he
12 lived there?
13 A. Every day.
14 Q. And when you first moved in with Michael, how was
15 your relationship with him?
16 A. I don't know how -- what kind of greeting it was,
17 but he showed me.  He told me he loved me.
18 Q. Was he friendly towards you in the beginning?
19 A. Yes.
20 Q. Okay.  Did he ever give you candy or toys?
21       MS. HOFFMAN:  Objection.  Foundation.
22       MR. WALKER:  Can you explain the foundational
23 objection?
24       MS. HOFFMAN:  I think you're -- here it's a
25 leading question.  You haven't established that

25

1    he's given him anything and you're saying did he
2    give you and you're asking him to give specific
3    things.
4            MR. WALKER:  It's my understanding of a
5    foundational objection is that he would not have
6    been in a position to have the knowledge to answer
7    the question; but it seems to me that if he was
8    given something by Michael Geilenfeld, that he
9    would be qualified to answer the question, he
10   would have the proper foundation to know whether
11   or not he was given something.
12           MS. HOFFMAN:  Right.  My objection is is that
13   I think the question should just be asked did he
14   give you something instead of saying did he give
15   you and there are things that you think that he
16   gave him.  I know he gave an interview here, so if
17   you want to refer to his testimony in that
18   interview --
19           MR. WALKER:  I'll ask the court reporter to
20   read back my last question.
21           (The pending question was read.)
22   A.  Yes.  Yes.
23   Q.  Did Michael Geilenfeld ever invite you to his
24   bedroom?
25   A.  Yes.

DON THOMPSON & ASSOCIATES

26

1    Q.  Can you tell me about that?
2    A.  Yes.  That means that as long as you're a child,
3    you're in the house, he has the -- he has the
4    right to need you.  If he sees what kind of person
5    you are, he could need to see you.  He would say,
6    ah, Mr. Destin, I need you in my room, or,
7    Mr. Gilbert, I need you in my room.  So when you
8    go, that means you don't know why you go and you
9    don't know why you don't go.
10   Q.  Did you ever go to Michael Geilenfeld's room when
11   you lived with him at 91 Delmas?
12   A.  I went every day.  I went every day; but when I
13   saw how things were, when he would tell me to come
14   to his room or knock on his door, I pulled back.
15   It's kind -- it's a kind of temptation because
16   when you go into the room, he shows you that he
17   has everything.  He has money, he has candy, he
18   has all kinds of things.  So when you go, he's
19   showing you everything he has.  And then he says
20   to you, what do you want?
21   Q.  Okay.  Tell me about one specific time when he
22   invited you to his room.  Was anyone else in the
23   room?
24   A.  Just yourself and him alone.
25   Q.  And what did Michael say to you when he invited

DON THOMPSON & ASSOCIATES

27

1    you into the room, that you recall?
2    A.  He always says, sir, I love you, you don't want to
3    make a sacrifice?  You'll never travel.  Why don't
4    you take an example on Mr. Emile and Mr. Robert?
5    If you don't make a sacrifice for this house, this
6    house can't help you.
7    Q.  Did he explain what he meant by a sacrifice?
8    A.  The sacrifice is to spend -- the sacrifice is to
9    spend time with him in his bed and then you get
10   everything.
11   Q.  Is that what he told you?
12   A.  Yes, that's what he told everyone, everyone.
13   Q.  When you went to his room, did he offer you candy?
14   A.  He will offer you all kinds of things.  He will
15   ask you do you want candy, do you want Coke, do
16   you want water, anything you want.
17   Q.  Are these things that he would not offer you when
18   you weren't in his room?
19   A.  No.
20   Q.  No --
21   A.  Only when you're in the room you're going to find
22   those things or if you've already made the
23   sacrifice, you might be able to go to the
24   refrigerator and take them.
25   Q.  At any time when you were in Michael Geilenfeld's

DON THOMPSON & ASSOCIATES

28

1    room alone with him, did he touch you?
2    A.  He's touching me, he's touching me, touching my --
3    pressing my chest and touching me -- my private
4    parts.
5    Q.  Was he touching you with his hands?
6    A.  Yes.
7    Q.  And you indicated he touched your private part.
8    When you say private part, are you referring to
9    your penis?
10   A.  Yes.
11   Q.  Did he touch you on your penis over your pants or
12   under your pants?
13   A.  What you said was did it happen, was it when I was
14   in my bed or when I was going inside the room?
15   Q.  Right now I'm just asking when you were in his
16   room.
17   A.  No.
18           THE DEPONENT:  I don't let that happen.
19   A.  I don't let that happen.
20   Q.  So my question was when you were in his room, did
21   he touch you on your penis?
22           THE DEPONENT:  Yeah, he touch you -- he touch
23   me and say, oh, you know, if you need money,
24   you've got to do the sacrifice.  If you not,
25   you're not going to get nothing.

DON THOMPSON & ASSOCIATES

29

1   Q.  And I have to be very specific.  You said, yes, he
2      touched you.  Do you mean he touched your penis in
3      the bedroom; and if so, was it under your pants or
4      over your pants?
5           THE DEPONENT:  In my bedroom.
6   Q.  No, in his bedroom.
7           THE DEPONENT:  No.
8   A.  Over the pants.
9   Q.  Okay.
10  A.  He would squeeze.
11  Q.  How many times did that happen in Michael
12     Geilenfeld's bedroom?
13  A.  That I went in there?
14  Q.  Yes, that you went in there and that he tried to
15     touch you.
16  A.  It happened twice.  And when I started to
17     understand what was happening, I wouldn't go to
18     the room anymore.
19  Q.  Was there an incident when Michael Geilenfeld came
20     to your bedroom and tried to touch you?
21         MS. HOFFMAN:  Objection.  Foundation.
22  A.  Yes.
23  Q.  Can you tell me in as much detail as possible
24     everything that you remember from that incident?
25  A.  I'm lying in bed asleep, and one night I -- that

30

1     means I don't know, but I felt somebody next to
2     me.  And I was lying down.  When I -- when I
3     looked, I saw Mr. Michael; and then it's as if he
4     was caressing my leg.  And then he pulled my pants
5     down.  And, you know, I'm a child so I didn't say
6     anything.  I was lying on my back and he's
7     touching me.
8        THE INTERPRETER:  Excuse me, I need to
9     clarify.
10  A.  He unzipped my pants.  He took my --
11       THE INTERPRETER:  I'm sorry.  I'm sorry.  I
12     don't understand.
13  A.  He unzipped my pants and rubbed his penis on me,
14     telling me, turn around, turn around.  I said, no,
15     I can't turn, my stomach hurts, my stomach hurts.
16     He said turn, turn.  And then he said, but, sir,
17     what's the matter, it's not going to -- it's
18     nothing.  I didn't say anything.  And the whole
19     time he's telling me to turn I'm saying, my
20     stomach hurts, my stomach hurts.
21  Q.  How old were you when this happened?
22  A.  10.
23  Q.  May I see your folder for a moment?
24       THE INTERPRETER:  You want the whole folder?
25       MR. WALKER:  Oui.  Just one second.

31

1       (Deposition Exhibit No. 2 was marked.)
2   Q.  We'll mark this as Deposition Exhibit 2.  This is
3     a photograph.  Can you tell me who is in that
4     photograph?
5   A.  That's me and Michael.  And I can't see whose face
6     that is to tell you who it is.
7   Q.  How old are you -- are you around 10 in that
8     photograph?
9   A.  I think 10.
10  Q.  Will you please hold this photograph that's going
11     to be marked as Deposition Exhibit 2 -- will you
12     please hold it up for the camera?
13       (Whereupon the deponent displayed Exhibit 2
14     for the camera.)
15       MR. WALKER:  I'll take this back, and I'll
16     take a photograph of this.  And we'll take a break
17     in a minute and we can talk about how we're going
18     to mark these.
19       Okay.  Let's keep these aside just for now.
20       MS. HOFFMAN:  Let the record reflect that on
21     the back on the photograph it says February 9th,
22     1988, St. Louis, Iowa.
23  Q.  That is you in that photograph that we just
24     showed?
25  A.  Yes.  I was in Iowa where his -- where his mother

32

1     and father are.  I went to those two places, Iowa
2     and Algona.
3       THE DEPONENT:  Algona.  Yeah.  I don't know
4     if you read about this.
5   Q.  And I can ask you about that in a minute.  I want
6     to go back to, you were testifying a moment ago
7     about this incident that occurred in your bedroom.
8     And you testified that Michael Geilenfeld was
9     asking you to turn over?
10  A.  Yes.  Yes.
11  Q.  And he had unzipped your pants?
12  A.  And I was making noise when he said turn around,
13     turn around.  I said, ah, my stomach hurts.
14  Q.  Were you laying on your stomach or on your back?
15  A.  On my back and he wanted me to turn around.
16  Q.  Did he touch your penis on that incident?
17  A.  I told you that.  He's telling me it's nothing, to
18     let it happen.  That means -- and he's saying it's
19     nothing, as if to let me -- if I would let him
20     penetrate me.
21  Q.  Did he touch your penis with his hand on that
22     occasion?
23  A.  With his hands.
24  Q.  Was that over your pants or under your pants?
25  A.  I told you my pants were -- he lowered my pants.

33

1 I don't know where they were.

2 Q. So is it your testimony that Michael Geilenfeld

3 touched your penis with his bare hand on that

4 occasion when you were approximately 10 years old?

5 A. He came to try and have sex with me when I was 10.

6 That means I didn't agree, I didn't know, I didn't

7 agree. That means if you say that I should have

8 agreed or what else should I have done?

9 Q. I'm sorry to ask this again, but I just have to be

10 perfectly clear. Is it your testimony that

11 Michael Geilenfeld touched your penis with his

12 hand, with his bare hand, on that occasion?

13 A. Yes.

14 Q. How did it end? What happened next?

15 A. And he's insisting, insisting. I said no. I must

16 tell you that after that when I said I can't, I

17 can't, my stomach hurts, and then he said, but

18 it's nothing, you can, you can do the sacrifice.

19 And he's telling me, turn around, turn around.

20 And I'm saying, no. Now I decided I'm going to

21 make some noise, and then he left.

22 Q. Did that ever happen again?

23 A. That never happened, but in the room where I was,

24 in the room where he did that to me, in that room

25 there were -- there were four of us, four

DON THOMPSON & ASSOCIATES

34

1 brothers. And then -- and then he did -- I must

2 tell you that after it happened to me, it must

3 have been two or three weeks after, and then

4 Robert came to a guy -- his name is Maya, his name

5 is Lucner. He was director at Wings. He went

6 towards Maya because he know that Michael abused

7 Robert.

8 Q. How old was -- how old was Robert?

9 A. At that time I could say 18 -- he could be 18.

10 MR. WALKER: I would like to take a five

11 minute break if that's okay.

12 (Whereupon a break was taken at 12:54 p.m.)

13 * * * * * *

14 (Whereupon the deposition continued at

15 1:16 p.m.)

16 * * * * * *

17 MR. WALKER: We're back on the record. The

18 time by my watch is 1:25.

19 Q. Destin, you are still under oath; and I have some

20 more questions for you.

21 Did you ever travel to the United States with

22 Mr. Geilenfeld?

23 A. Yes.

24 Q. On how many occasions?

25 A. Two or three times.

DON THOMPSON & ASSOCIATES

35

1 Q. Okay. Where in the U.S. did you go?

2 A. I went a lot of places. St. Louis, St. Paul,

3 San Francisco, Iowa, Algona, Minnesota.

4 THE DEPONENT: A bunch of places.

5 A. A bunch of places.

6 Q. Were you traveling in the United States with

7 Mr. Geilenfeld around 1990?

8 A. I apologize, but in the back of this I can show

9 you. I think -- this is when we started I think.

10 Q. When you started traveling?

11 A. Yes.

12 Q. Do you know if you were in the United States with

13 Michael around 1990?

14 A. Yes.

15 Q. Do you recall an incident that people refer to as

16 the coup?

17 A. Yes. Yes.

18 Q. What is the coup?

19 A. They had gotten information that Michael was

20 abusing the children. And then I don't know if

21 it's in Detroit or someplace else, but somebody

22 overseas -- but the story that I remember well is

23 I think maybe a day while I was over there and --

24 I don't know. I was a child. I was -- I didn't

25 know those things. I saw Michael, like he was

DON THOMPSON & ASSOCIATES

36

1 fighting with other people. So I don't know if it

2 was that discussion or that altercation that

3 caused the police to come. When the police came,

4 it seems like they went after Mr. Michael and the

5 ones that were dancing that were part of the

6 troupe. And he ran away. He left us.

7 Q. Were you with Michael during this incident that

8 you're describing where the police came?

9 A. Yes, I was there also.

10 Q. And this is an incident that happened in the

11 United States?

12 A. Yes.

13 Q. Do you recall the year?

14 A. I don't remember the year, but I remember the name

15 of the gentleman that was in the thing with

16 Michael. His name is Jean Charles.

17 Q. What do you mean by he was in the thing with

18 Michael?

19 A. Michael abused him. So now discussion -- they

20 started to fight. Because it seems like they

21 heard that there were other children in Haiti that

22 Michael was abusing. Because Michael had already

23 fled and left us.

24 Q. Do you know why Michael fled?

25 A. Because they said -- I don't know if it's the

DON THOMPSON & ASSOCIATES

37

1    right expression, but they said he was having
2    homosexual relations with the children.
3    Q.    Was there a time when Michael was not permitted to
4          return to Delmas 91?
5    A.    Yes.
6    Q.    Do you recall when that was?
7    A.    Maybe '90 or '91.  That's what he called a coup
8          d'état.
9    Q.    And did Michael move to Delmas 83 at that time?
10             MS. HOFFMAN:  Objection.  Foundation.
11   A.    Well, he couldn't come here; but it seems like the
12         Department of Social Welfare gave him a paper and
13         then he went through the Dominican Republic
14         because he couldn't come back here.
15   Q.    Okay.  So when you said that Michael left you when
16         you were in the United States, how did you get
17         back to Haiti?
18   A.    There was a gentleman that was the head of the
19         house.  He used to work for Habitat, and his name
20         was John Nearcos (Phonetically spelled.)  He was
21         the one responsible for Michael.  And then when he
22         found out that Michael knew he was having
23         homosexual relations with us, he didn't want us to
24         have any problems so he went over there to pick us
25         up.

38

1    Q.    Where did you go when you went back to Haiti?
2    A.    He took me directly to 91.  But at that time they
3          said it was the coup because everybody went to the
4          radio, they went to the television station.  And
5          then they worked behind the scenes until they
6          managed to have Michael Geilenfeld come back.
7          And, also, what I remember is that when I was at
8          his house, he didn't want anybody to put
9          anything -- like curls or have long hair.  When
10         the coup happened, so that he could do what he
11         needed to do -- I'm telling you, he didn't want
12         anybody to put curls and things like that.  So now
13         that he wanted to buy the guys, he told everybody
14         they could put curls.  And when I noticed how
15         things were happening, I made a group with other
16         guys.  Some of them said they were going to 83.
17         Some of them said they are going to Mary's.  But I
18         didn't go.  You know, I had just come back from
19         over there so I didn't go.  I knew what was
20         happening.  And then I went with the people that
21         were going to Mary's.
22   Q.    Did you -- you testified a moment ago about people
23         going to the radio station and the television
24         station.  Did you go to the radio station or
25         television station?

39

1    A.    I didn't have time to go myself because I wasn't
2          here.
3    Q.    So this was while you were in the United States?
4    A.    Yes.
5    Q.    Did the rules of the house change after the coup
6          ended and Michael moved back into the house?
7              MS. HOFFMAN:  Objection.  Foundation.
8    A.    Totally.
9    Q.    Were you living at the house at that time?
10   A.    No.
11   Q.    How do you know that the rules of the house
12         changed?
13   A.    I go in and out, back and forth.  When they see me
14         going in and out, back and forth, they think that
15         I'm coming -- I'm coming -- I'm doing that so I
16         can come back, but they don't really know what I'm
17         looking for.
18   Q.    When did you stop being a permanent resident at 91
19         Delmas?
20   A.    Ever since 91 when I came back, I just -- I
21         didn't -- I pulled away, but I kept going back and
22         forth.  I didn't sleep there, but I went there to
23         help out my brothers so they wouldn't fall for the
24         situation -- or in the situation.
25   Q.    Why did you stop sleeping at Delmas 91?

40

1    A.    Because it wouldn't be a good place.  I wouldn't
2          feel free, totally free.
3    Q.    Were you kicked out of Delmas 91?
4    A.    Never.  No.
5              THE DEPONENT:  I kicked myself out.
6    Q.    Okay.  Why did you feel it wouldn't be a good
7          situation for you to remain?
8    A.    The first time, somebody that's helping me, even
9          after three, five, six years, the person is a --
10         this person is abusing you.  Do you -- so now it's
11         do you want to live like that or do you want to
12         live in peace with your soul in peace.
13   Q.    Why would you from time to time go back to Delmas
14         91 after you moved out?
15   A.    If I tell you that, you won't believe me.  Maybe
16         nobody will believe this, what I'm going to
17         answer.  That means because I, myself, I really
18         think -- and I'm going to say that in front of the
19         camera.  The reason I went back and forth is
20         because I'm thinking and I wanted this man to stop
21         abusing these children.  I wanted that to happen,
22         even if everybody else can't do it.  But, me, I
23         have faith and I have trust and I know I can do
24         it.
25   Q.    I would like to ask you if you ever observed

41

1   Michael Geilenfeld being physically violent
2   towards boys who lived in the house?
3 **A. That means does he hit them or what?**
4   Q. Right. Did you ever see Michael Geilenfeld punch
5   or kick or hit anyone?
6 **A. When I was there, those are -- it was nothing.**
7   Q. You're saying --
8       THE DEPONENT: Like that's like a game for
9   him to do.
10      (The reporter asked for clarification.)
11      THE INTERPRETER: It's a game for him to do.
12      THE DEPONENT: Like to beat people. That's
13  how he take fun, to treat us.
14  Q. So are you saying you did observe Michael
15  Geilenfeld beat or hit people in the house?
16      THE DEPONENT (THROUGH THE INTERPRETER): What
17  did you say? Can you tell me again what he said?
18  Q. Did you see with your own eyes Michael Geilenfeld
19  beat orphans who lived in 91 Delmas?
20 **A. He beats them. And even me, I got beaten.**
21  Q. Tell me about how he beat you. What happened?
22 **A. You can be unruly and do something. Sometimes**
23 **he'll tell you, for example, go wash the dishes.**
24 **Maybe you didn't get to it yet. As soon -- and**
25 **then when he finds you or he sees that the dishes**

42

1 **are dirty or the area is dirty, he grabs the back**
2 **of your neck and then he puts you between his legs**
3 **and then he's hitting you with his fists.**
4 **Sometimes he pulls your ear. That means pull as**
5 **if to pull it off. Not me, but other children, he**
6 **lifts them with their -- through their nostrils.**
7   Q. Are you saying that Michael -- that there was a
8   time when Michael Geilenfeld took you and put your
9   head between his legs and beat you on the back?
10 **A. He did it to me. He did it to me.**
11  Q. Did you ever see him do it to anyone else?
12 **A. Oh, the smaller ones was even worse, my friend.**
13  Q. Do you know Paul Kendrick?
14 **A. Yes.**
15  Q. When did you first -- when were you first
16  introduced to Paul Kendrick?
17 **A. When was the first time I spoke to him or I heard**
18 **of him or I met him?**
19  Q. When was the first time you spoke with him?
20 **A. Well, that was a long time ago. I don't remember.**
21  Q. Was it 2011?
22 **A. Maybe. Or 2010. But I've spoken to him since**
23 **then, the first time I remember getting in contact**
24 **with him.**
25  Q. When you spoke to him in 2010 or 2011, was that

43

1   over the telephone or in person?
2 **A. Over the phone.**
3   Q. Did you tell Mr. Kendrick the things that you've
4   told us here today?
5 **A. Like those stories?**
6   Q. Yes.
7 **A. Yes.**
8   Q. And you told him those things in 2010 or 2011?
9 **A. Yes. He called -- I spoke to him and I told him**
10 **that, but I didn't think he could help me because**
11 **several people already said they were going to**
12 **help us.**
13  Q. Do you have money of your own to fly to the United
14  States to testify in a trial?
15 **A. If really and truly this is going to happen, if**
16 **really and truly this is what you need to get**
17 **justice, I will make the sacrifice and fly**
18 **wherever in the world if I knew I can go and talk**
19 **to someone and get justice.**
20      THE DEPONENT: Not -- not like in front of
21  the CNN or anyone that wants this case to be, you
22  know --
23  Q. May I look at the documents that are in your
24  folder once again?
25      MR. WALKER: I'm going to ask him about this.

44

1   Do you want to --
2       (Deposition Exhibit No. 3 was marked.)
3       MS. HOFFMAN: You know what might be better
4   is if you ask him about 1. It's the same
5   document.
6       MR. WALKER: This one is cleaner.
7   Q. Just so you know, we're putting stickers on these.
8   These stickers will come off, but we'll make
9   copies of these documents so you can have your
10  documents back.
11 **A. Okay.**
12  Q. As you know, you're here voluntarily and you're
13  allowing us to look at your documents voluntarily.
14      THE DEPONENT: Respect for your
15  understanding.
16 **A. Respect for your understanding.**
17  Q. And we'll make sure you get these originals back,
18  and I'll just make copies.
19      THE DEPONENT: Of course, yes. Of course.
20  Q. Can you tell me what this document that's been
21  marked as Exhibit 3 is?
22 **A. This is a letter that Mr. Emile wrote to Michael**
23 **to tell him that really this cannot go on, this is**
24 **not a good thing because I heard -- Emile said to**
25 **me, speaking, that at least four or five times**

45

1    that he has to stop.  And he never did that, so
2    Emile had to write him a letter.
3  Q.  How did you get the letter?
4  A.  But I'm the one that wants that, this stops.
5  Q.  Do you know how you got that letter?
6  A.  Emile gave it to me.
7  Q.  Thank you.
8      (Deposition Exhibit No. 4 was marked.)
9  Q.  And I've marked as Exhibit 4, it's got photocopies
10    of a passport that looks fairly old.  But I'm
11    putting in front of you what's been marked as
12    Deposition Exhibit 4.  Is that a photocopy of your
13    passport?
14      THE DEPONENT:  My old passport.
15  A.  My old passport.
16  Q.  Do you have a current passport?
17  A.  Yes.
18      MR. WALKER:  Are we on 5?
19      MS. HOFFMAN:  Yes.
20      (Deposition Exhibit Nos. 5-7 were marked.)
21  Q.  I'll show you what's been marked as --
22      MR. WALKER:  Actually, do you want to see
23    this before I -- I don't have copies of this.
24    Maybe during the break before you guys start we
25    can make copies and then we can have copies.

46

1  Q.  I'll show you what's been marked as Deposition
2    Exhibit 5.  Can you please explain what that is?
3  A.  That?  That?
4  Q.  Yes.  What is that?
5  A.  That's when he got arrested -- or I don't know if
6    he got arrested, but that's when --
7      THE DEPONENT:  That's my thing, you know.
8    That's something else.
9  Q.  Okay.  Well, can you explain what that is?  You
10    were saying it's when he got arrested?
11  A.  That's the letter that he was writing to the
12    people that were taking care -- that were
13    responsible while he was gone.  And in the letter
14    he's saying we didn't -- he didn't have time to
15    see us to say goodbye.  That means he still loves
16    us, he's sending money that he's sending to these
17    people so that they continue doing their work.
18    Really, this is a man, but if I say that -- you
19    might think it's fun, but it's not really.  Do you
20    see what I'm saying?  Because you have seen these
21    and you know them much more than I do.
22      As I was saying, you see this name here?
23    That's one of the people that support him.  But
24    that's -- but after Michael, he's the biggest
25    homosexual.  Both of them do it together.  They

47

1    are the people that work at the house.  Like this
2    guy, his name is Brian Murphy.  I'm sorry about
3    what I'm about to say, but he spreads his cheeks
4    at other people -- for other people that are
5    working there.  And because the person says
6    something bad about them, he fires -- Michael
7    fires them.  Because he's one of Michael's closest
8    allies in doing these things.
9  Q.  Who is that in the photograph marked as Deposition
10    Exhibit 7?
11  A.  That's a little one.  Poor thing.  Now.  So
12    listen.  That's a little one.  As if -- he used to
13    work, but -- if you look for him, you may not find
14    him.  But if I'm looking for him, I'll find him.
15    His name is Fignole.
16      THE INTERPRETER:  F-I-G-N-O-L-E.
17  A.  He's the one they use.  Just like when I was in
18    his -- when I was in his place, they used to use
19    me to dance.  And he -- also, they use him.  And
20    they send him somewhere.  He's out on the street.
21    They threw him out on the streets.  If they ask
22    someone that's related to him or that's
23    responsible to find him, they won't find him.
24    He's out on the streets.  They said they were
25    going to send him to school.  They never did.

48

1  Q.  Can you tell me -- I'll show you a picture that's
2    been marked as Exhibit 6.  Can you tell me who
3    that is?
4  A.  That's me drinking alcohol in St. Joseph -- money.
5    I'm sorry, I'm sorry.  That means that that's me
6    in St. Joseph spending my money.
7      THE DEPONENT:  Drinking my money.
8      THE INTERPRETER:  Drinking my money.
9      THE DEPONENT:  That's me drinking my money.
10    Nice house, you know --
11  A.  Nice house.
12      THE DEPONENT:  We have good life.  That's
13    drinking my money.
14  Q.  How old were you in that picture?
15  A.  If it's not 10, it's 11.
16  Q.  Can you hold that up for the camera?  And I'll ask
17    the camera to zoom in.
18      (Whereupon the deponent displayed the exhibit
19    for the camera.)
20  Q.  You met with Colin Howard and I back in August; do
21    you recall that?
22  A.  You, but I don't remember -- maybe I didn't look,
23    so I don't remember her very well.
24  Q.  Who is Bill Nathan?
25  A.  I heard.  He's a director, St. Joseph.  I don't

49

1      know if -- I don't know if he's an assistant, but
2      sometimes Michael tells you he's not the director,
3      Bill is the one that's responsible.
4 Q.   Was there an incident where you were physically
5      assaulted by Mr. Nathan?
6 A.   Yes.
7 Q.   Can you tell me when that occurred?
8 A.   Either December 10th or December 12th, 2012.
9 Q.   And can you tell what happened, as best as you
10      recall?
11 A.   One morning -- I always -- like I told you, I
12      always go to 91. And then I woke up, but a
13      partner -- one of my partners called me and told
14      me, ah, Destin, you're going down there? But he's
15      a friend, but Bill is his boss I could say in a
16      sense. He called me. He said, ah, man, I would
17      like to see you, are you coming? I said, yes, I'm
18      coming. But I never knew what was going to happen
19      to me. But I never knew -- I didn't even know
20      that I was in some kind of mix and that I would
21      have a problem.
22      And then I go down and there's a lady selling
23      fried plantains and things like that. I'm going
24      down and I bought some potatoes from the lady.
25      And, so, I'm sitting there eating my stuff; but I

50

1      didn't really know -- but I also knew that
2      everybody in that area were friends of mine -- or
3      are friends of mine. But they all knew me, too.
4      So I'm eating what I bought. I finish eating --
5      just as I finish eating -- and there were tents
6      there. Do you see what I mean? It was like a
7      little tent city. And there's a lady that sells
8      things to drink, like Coke and juice; but hers are
9      really cold. And I finish eating. I go towards
10      the lady and I purchase a malta.
11      THE INTERPRETER: M-A-L-T-A.
12 A.   As I'm drinking my malta -- but I must tell you
13      that the lady I purchased the malta from, she's
14      known me since I was small, since I went to
15      Michael's. As I'm drinking my malta, as if I was
16      standing where I am now and where the camera is,
17      and I saw somebody go by where the camera is
18      really quickly. And he looked -- and that person
19      looked and saw me, and I see him coming towards me
20      saying -- I'm going to tell you exactly how it
21      happened. Oh -- oh, I heard you're talking shit
22      about me, putting my picture up on walls, going to
23      TV and talking to me -- talking about me.
24 Q.   Who was saying that?
25 A.   Bill said that. I said, no, man, you're talking

51

1      shit. Have you ever seen me? You're going to
2      find out, you're going to find out. I see he
3      pulls out his phone; but for me he was acting, he
4      was being comical. I drink the malta. I give her
5      back the bottle. And the old lady is saying,
6      Bill, don't do that, calm down, calm down, what's
7      wrong with you. And then I give the lady back the
8      bottle and I said to him, I said, I don't want to
9      have anything to do with you. If you have
10      something to do, let me get out of here. And I
11      started walking.
12      When I got to the street, like I said before,
13      where the camera is, because he was standing next
14      to me talking, and I left. I'm going on the
15      streets because the whole time he's dialing I'm
16      thinking he's calling the police to arrest me or
17      to do something to me because he told me you're
18      going to find out. When I saw that, I left and
19      I'm going down -- thinking of going down. When I
20      saw that, I said, no, I'm not going to go down
21      because if I go down, the guys may gang up on me.
22      So I went the other way as if I'm really leaving.
23      But my decision that I know I don't have a fight
24      with him, I don't have a problem with him, so I'm
25      not just going to run away. And as I'm walking,

52

1      or trying to walk, and then I saw him leave where
2      I left him standing and he walked up to me telling
3      me -- he pulls out his machete and he says, I'm
4      going to cut your head off. But I didn't know he
5      had a machete because -- and when he did that, my
6      hat fell, my glasses fell. And, you know, like I
7      told you before, it was a tent city that was
8      there. But somebody is a chief in the tent city,
9      and that chief -- that chief -- and then he's
10      looking at me the way I'm looking at you now
11      because he saw the guy pull out the machete. And
12      I raised my hand like that and the machete fell,
13      so I ran and picked up a rock and I ran.
14      When I'm running, Bill is running after me.
15      But I'm telling you, I'm running, I'm going up so
16      I can run away. And I see -- and he's trying to
17      prevent me from going by, but I have a rock in my
18      hands to prevent him. Because he doesn't want me
19      to go out on the streets, so he cornered me. And
20      then I looked and I said, mm, my hat is on the
21      ground, my glasses are on the ground. I threw a
22      rock and I run -- I ran down. And then I picked
23      up my hat, my glasses, and then I took the cover
24      for the machete and I ran. And but, remember, I
25      told you the chief of the tents was looking. He

53

1  saw everything.  And Bill said, hold him, hold
2  him -- catch him, catch him.  And he didn't -- he
3  ignored Bill so I had time to run.  But I have a
4  friend of mine that's a partner that's a friend of
5  mine.  His name is Chuco, but I --
6        THE INTERPRETER:  Maybe C-H-U-C-O.  I'm not
7  sure.
8  A.  But I thought he was a friend also.  The whole
9  time I'm running I'm thinking maybe I could go and
10  hide at his house.  But I knew he's a friend of
11  his, so I ran straight.  So now I've decided I
12  have to do something, so I'm going to go to the
13  authorities because I cannot go back and fight
14  with him; so I'm going to go to the authorities.
15  That's where -- I went to the authorities, and
16  then -- and then they went to the orphanage.  But
17  then when the police officers got to the
18  orphanage, they said could they go in and they
19  said, no, these two guys can't go in.  It was
20  myself and Serge -- another brother by the name of
21  Serge.  And Bill said to the police officers, you
22  can come in.  And the police officers said, no, we
23  can't come in without those two guys.  Are you
24  willing -- the police officer said, are you
25  willing to go to the police station to make a

54

1  statement or to answer to these accusations?  He
2  said yes.
3        And, so, now we went to go to the police
4  station.  We talked about it.  And, so, they asked
5  me, can we -- do you agree that we free him?  And
6  I said, well, the State is the one that has to
7  make the decision because the State already knows
8  what he did to me.  And the whole time they're
9  telling me, do you want to drop the charges so we
10  can release him?  I said, no, the State has to
11  make up their minds.  Oh, and Bill's people are
12  saying to me, tell us what you want, you can ask
13  us for anything, we'll get it to you, we'll give
14  it to you, tell us what you want.  I said, the
15  only thing I need is justice.  For the lawyer they
16  said they have $10,000 U.S., they would give it to
17  them.  But I said, I don't know anything about
18  that, all I want is justice.  And they're saying,
19  oh, you shouldn't do that, he's a friend of yours.
20  And then I said, no, if he was a friend of mine, I
21  don't think he would have attacked me that way.
22  And they said, Rasta, what do you want?  I said,
23  justice.
24        So they didn't leave me.  They said, but you
25  should talk to him, negotiate with him, whatever

55

1  you want we'll give it to you.  I said, no, I
2  don't want it.  And they said, well, they're going
3  to take him down to the judge -- in front of the
4  judge for a hearing downtown.  And I said, yes.
5  And then we went -- I also went.  When we got
6  there, they already had a plan.  I didn't know
7  about that.  They have a police officer that I
8  know that usually comes to the orphanage when
9  Michael has a problem with the boys and the police
10  officer pressures the boys.  They give them
11  something.  And then he came to talk to me and he
12  said, Rasta man, how much money do you want?  We
13  know you.  We can fix this.  I said, everything
14  you're saying here, tell the justice system man.
15  But what I heard is that apparently they came with
16  another 15,000.  Rasta, whatever you want, we'll
17  give it to you.  And they came with a lawyer.  I
18  didn't have anyone.  And they're telling me,
19  whatever you want.  I said, justice, justice.
20  They said, oh, that's the way it's going to be?
21  And then I insisted -- they kept asking me, Rasta,
22  what do you want; Destin, what do you want?  I
23  said, justice, justice.  They said, ahh, we're
24  going to release him.  I said, there's no problem.
25  If there's no justice, I had spoke to the United

56

1  Nations about that.  They will give me justice.
2  That's it.
3  Q.  Okay.  Thank you very much.  Those are all of the
4     questions that I have for you right now.  I may
5     have some questions later.
6  A.  Anytime.
7  Q.  Attorney Hoffman is going to ask you some
8     questions.
9              EXAMINATION
10  BY MS. HOFFMAN:
11  Q.  Good afternoon.  My name is Kelly Hoffman.  I
12     represent Michael Geilenfeld and Hearts with
13     Haiti.
14        I guess I would start with a simple question.
15     Have you ever been deposed before?
16  A.  Yes.
17  Q.  When?
18  A.  I don't remember.
19  Q.  Where were you deposed?
20  A.  It's my own private deposition.  I live in this
21     house, Viard and myself, and then we have a group
22     of people come and they do a deposition.
23  Q.  I don't understand.  Can you clarify for me,
24     please?
25  A.  Do you mean in front of the justice system?

57

1  Q. Yes.
2  A. But the lawyers stole my money, two lawyers stole
3     my money. I went to complain at the department.
4     I went to a -- I went to a place and they had a
5     camera that was taping what we were saying. A
6     whole bunch of people were there. I don't know
7     what they did with those.
8  Q. When did this happen?
9  A. 2006, 2007. We've always been fighting, but we've
10    never had satisfaction, no one to back us up.
11 Q. Okay. I'm still a little bit confused. You're
12    saying that you were deposed in 2006 or 2007,
13    correct?
14 A. Yes, with the Haitian government. That means I
15    have a paper from a lawyer that went to Michael,
16    so anytime -- anytime you want me to bring the
17    lawyer's letter I will. That way you'll find the
18    dates of the deposition.
19 Q. I'm still a little bit confused. You've told us
20    that you were deposed in 2006 and 2007, but I
21    thought I understood you to say that two lawyers
22    stole your money?
23 A. The whole time we were doing the deposition we
24    went -- we went to the justice system. We have to
25    have somebody that represents us. That means we

58

1     go to his office. That means that we went to his
2     office, all of us, and we told him all the
3     complaints that we had. He wrote everything down,
4     and then he's the one that has to take this
5     complaint to the justice system and say these
6     individuals came to my office and made a
7     complaint.
8  Q. What was your lawyer's name?
9  A. The lawyer -- he's not my lawyer. If he was my
10    lawyer, he would have gotten justice for me. One
11    of them, his name is Evel Fanfan. And then one of
12    them is called Daneus. I don't know his last
13    name. I'm going to see if I can find the paper --
14    if I find his card so I can give you his name.
15 Q. Thank you.
16    (Whereupon the deponent spoke in Creole.)
17    MS. HOFFMAN: Um, he's reaching in between --
18    THE INTERPRETER: Because that's -- that's
19    what he's saying, that, excuse me, but I have to
20    get it from where it is and I don't want you to
21    think I'm pulling anything out.
22    MS. HOFFMAN: He's just unzipping his pants.
23    THE INTERPRETER: Yeah, that's where he has
24    his stuff --
25    MR. WALKER: He has his wallet --

59

1     THE INTERPRETER: -- so that they don't steal
2     it.
3     MR. WALKER: -- attached to the inside of his
4     pants so that it can't be stolen.
5     MS. HOFFMAN: Okay.
6  A. But I'll find it for you. But you have to write
7     the first name, Evel Fanfan.
8     THE DEPONENT: The first one. Then there's
9     the other one.
10 A. And here is the other one.
11    THE DEPONENT: Give the name for me.
12 A. Give the name for me.
13    MR. WALKER: Can you read the name, please?
14    THE INTERPRETER: Joel G. Deneus -- capital
15    D, E-N-E-U-S -- attorney at law. Did you want his
16    phone number and everything else or just --
17    MS. HOFFMAN: That's fine.
18 Q. So if I understand you, sir, in 2006 and 2007
19    you --
20    THE DEPONENT: I don't remember, but on those
21    days that's where I think I beginning to start
22    in -- you know, even though it's not progressing,
23    but, you know, we will never give up. As I told
24    you guys, even -- it's -- it would be only me to
25    stand, so I want to keep it. But if someone else

60

1     see what happened, want to help, so -- so that's
2     you.
3  Q. Okay. Have you ever been deposed in any other
4     setting?
5  A. My dear, I don't know what you mean. I gave you
6     the name of the lawyer that I did the deposition
7     with.
8  Q. Okay. Let's talk about your preparation for
9     today's deposition. Did you meet with Mr. Walker,
10    who's sitting across the table from me, and
11    Mr. Howard prior to the deposition here today?
12 A. They told me the day that I had the deposition. I
13    told them -- I told them that I would be there
14    that day. They don't have anything else to tell
15    me.
16    MS. HOFFMAN: Okay. Can you tell him for me,
17    please, that what I need him to do moving forward
18    is listen to my question and if he doesn't
19    understand it, he can ask me to rephrase it. But
20    what I just want him to do is listen to the
21    question and answer that very question.
22 A. Yes.
23    MS. HOFFMAN: Otherwise we're going to have
24    to be here all afternoon. So him answering the
25    question that I'm asking will move this along much

61

1    faster.

2    A.    **There's no question that I won't answer.**

3           MS. HOFFMAN:  Can you also thank him for

4    being here today.

5           THE DEPONENT (THROUGH THE INTERPRETER):  Can

6    you tell her thank you, also, because she's

7    standing for justice.

8    Q.    Okay.  So let's start right there.  I am an

9    attorney that represents Michael Geilenfeld.  I am

10   not defending -- I am not defending Paul

11   Kendrick's actions.  In fact, this lawsuit is

12   started by Michael Geilenfeld and Hearts of Haiti

13   and the lawsuit is against Mr. Kendrick.

14   Mr. Kendrick is the defendant in the case.

15   Michael Geilenfeld and Hearts with Haiti is asking

16   the Court in the United States for Mr. Kendrick to

17   stop saying false allegations against him.

18          MR. WALKER:  I'm going to object to the form

19   and the foundation of that question.

20   Q.    And Michael Geilenfeld and Hearts with Haiti is

21   asking the Court --

22          THE INTERPRETER:  Counsel, he said

23   something --

24   A.    **What was the last thing you said?**

25          MS. HOFFMAN:  Will you read it back, before

62

1    his objection?

2           (The pending question was read.)

3    A.    **So that means that everything we said -- so that**

4    **means that everything we said here is a lie, what**

5    **the other brothers are saying are lies?**

6           MS. HOFFMAN:  Also explain to him that,

7    unfortunately, he can't ask me questions that I

8    answer.  I'm the one that has to ask the questions

9    in this forum.

10   A.    **Okay.  There's no problem.**

11   Q.    So Michael Geilenfeld and Hearts with Haiti is

12   asking the court in the United States for an award

13   of money because Michael Geilenfeld and Hearts

14   with Haiti believe that Mr. Kendrick is stating

15   false allegations against them.  Do you understand

16   that?

17          MR. WALKER:  I object to the form and

18   foundation of the question.

19          You can answer.

20   A.    **I understand and I hear you also.**

21   Q.    Okay.  Now, prior to you coming here this morning,

22   did you meet with Mr. Kendrick's attorneys?

23   A.    **Yes.**

24   Q.    How long did you meet with them?

25   A.    **When they came, I don't know.  It's just that I**

63

1    know that the date of -- they told me to be here

2    on the date of my deposition.

3    Q.    Okay.  Did you meet with them this morning?

4    A.    **But they're the ones that brought me here.**

5    Q.    Did you have breakfast with them?

6    A.    **No, I haven't eaten anything yet since this**

7    **morning.  All of the people offered me breakfast**

8    **and coffee -- a lot of people offered me breakfast**

9    **and coffee this morning, but that's their problem.**

10   **My coffee and my breakfast this morning is justice**

11   **that I came to see here.  All I want is water,**

12   **even if we're here until 10:00 tonight.**

13   Q.    Prior to Mr. Walker asking you questions, did you

14   have a meeting with them?

15   A.    **Mr. Walker?  I haven't had a meeting with them**

16   **yet.  They had it with the other brothers, like**

17   **the other -- my other brothers that have their own**

18   **days to come here.**

19   Q.    A few days ago did you meet with Mr. Walker and

20   Mr. Howard?

21   A.    **No.**

22   Q.    So you didn't have a meeting with the other people

23   who are providing testimony in this case?

24   A.    **The only meeting I had was --**

25          **Do you remember when I gave my -- when I**

64

1    testified?  You were there.  Do you remember?

2    **That's the only meeting I had.  And this is my**

3    **second meeting with them.**

4    Q.    So your first meeting was when you provided them a

5    recorded statement?

6    A.    **The thing on the cassette the first time?**

7    Q.    Yes.

8    A.    **Well, that was the first time I met them.**

9    Q.    When else have you met them?

10   A.    **This is the day I'm meeting them again.**

11   Q.    It's my understanding, sir, that a few days ago

12   Mr. Walker and Mr. Howard had a meeting with all

13   of the other deponents, meaning the people that

14   are testifying this week.  Did you attend that

15   meeting?

16   A.    **Maybe they had a meeting.  I don't know about it.**

17   **Because the only meeting I had with all the other**

18   **guys was when they were going to tell us what day**

19   **we were supposed to be here to testify.**

20   Q.    And did you attend that meeting?

21   A.    **But we're the ones who had the meeting.  We're the**

22   **ones who created it.  I've never been to a meeting**

23   **with Paul Kendrick or Walker.  The only person**

24   **I've spoken to is Mr. Cyrus.**

25   Q.    Who is Mr. Cyrus?

65

1  **A.  How could I tell you that?  He's a -- he's a**
2  **reporter, an investigator, doing the investigation**
3  **that's going to help us in this case.**
4  Q.  What do you mean by that's going to help us in
5  this case?
6  **A.  Who?**
7      MS. HOFFMAN:  I'm asking him to explain his
8  statement to me.  He said Mr. Cyrus is going to
9  help us in this case.  What does that mean?
10 **A.  That means that Cyrus is the one -- if today we**
11 **have a chance to talk, he is the one -- the**
12 **Haitian with a heart, that we went to talk to him.**
13 **He said that even though he can't do anything,**
14 **he's going to work with us and stand up next to**
15 **us.  That's the one I know.  Because he's the**
16 **Haitian doing work already in Cap-Haïtien because**
17 **the same people that went -- that are coming from**
18 **Michael's house, his name is John Duarte.  That's**
19 **why I trust him because he said he could help me.**
20 **I told him he's the guy that abused me, this is**
21 **what he did.  That's when he said -- he said**
22 **there's no problem.  He said there's a gentleman**
23 **by the name of -- he gave me several names; but**
24 **when he said John Duarte, I said, good, I know**
25 **him.  And he said, he's a pedophile and they**

66

1  **caught him in Cap-Haïtien.  And I said, oh, I know**
2  **him, it's the same group of homosexuals.  And**
3  **Cyrus says, I have a friend -- I have a friend by**
4  **the name of Paul who's standing with me and he**
5  **will stand -- and I will stand with you guys over**
6  **here.  I don't need money from you, but he's going**
7  **to help us in the battle.**
8  Q.  Sir, did you take any medication this morning?
9  **A.  I will tell you that I'm the only person that**
10 **don't take these horrible drugs that these people**
11 **make.  I don't take pills.**
12     THE DEPONENT:  Never.
13 **A.  Never.  I drink tea.  I will boil leaves to drink;**
14 **but chemical products, I don't put that in my**
15 **body.**
16 Q.  Did you take any drugs this morning?
17 **A.  I don't have any drugs.  This is my drug**
18 **(Indicted.)  Because I haven't eaten.  I haven't**
19 **drank coffee.  This is my drug (Indicated.)**
20 Q.  Are you hungry right now?
21 **A.  I'm not hungry.  Never.**
22     THE DEPONENT:  I never hungry.
23 **A.  I'm never hungry.**
24     THE DEPONENT:  So, like, for example, I give
25 you a break -- I can spend like 22 days without

67

1  nothing once I'm -- no, you know.
2  Q.  Is there any reason that you cannot testify here
3  accurately and honestly?
4      THE INTERPRETER:  Accurately and --
5  truthfully.
6  **A.  But everything I've told you is the truth.  Maybe**
7  **you see because I don't have any money, I don't**
8  **have a big car, that you can say everything you**
9  **want.  You can say whatever you want, but it's not**
10 **going to go anywhere.**
11 Q.  Sir, I'm going to show you what will be marked as
12 Exhibit No --
13     MR. WALKER:  I think we were on --
14     MS. HOFFMAN:  8?
15     MR. WALKER:  I think 7 was the highest one.
16     (Deposition Exhibit No. 8 was marked.)
17 Q.  This is our notice for your deposition today.
18 **A.  How come you're giving it to me today?**
19 Q.  That's a great question.  Have you received a copy
20 of that?
21 **A.  I never got that.  I don't know what this is.**
22 Q.  So Mr. Walker and Mr. Howard never gave you a copy
23 of that?
24 **A.  Maybe they send an e-mail, but I don't know**
25 **anything about that.  But now that you've given it**

68

1  **to me, I can see it and I can look at it.**
2  Q.  What's your e-mail address?
3  **A.  Destin404@hotmail.com.**
4      THE INTERPRETER:  Oh, 804, I'm sorry.
5  Destin804@hotmail.com.
6  Q.  How often do you check your e-mail?
7  **A.  Not often.**
8  Q.  Have you ever e-mailed with Mr. Kendrick?
9  **A.  Never.**
10 Q.  Have you ever e-mailed with Mr. Walker and
11 Mr. Howard?
12 **A.  Never.**
13 Q.  So why do you think that maybe Mr. Howard or
14 Mr. Walker sent you that notice by e-mail?
15 **A.  I see it.  I didn't read it.  I don't have a**
16 **laptop or anything.  I have to go to the internet**
17 **to check it, to the internet café.  If I go and I**
18 **spend 50 gourdes and it gives me an hour, I'm not**
19 **going to spend more money just to spend money.**
20 **But if I had the internet, I would look at it**
21 **every day.**
22 Q.  Is it your testimony here today, sir, that you
23 received a copy of that by e-mail?
24 **A.  But I just told you I've never seen this.  I don't**
25 **know anything about that.**

69

1    MS. HOFFMAN:  David, did you send this to the
2   deponent?
3    MR. WALKER:  Do you want me to respond on the
4   record --
5    MS. HOFFMAN:  Yeah.
6    MR. WALKER:  -- to this issue?
7    MS. HOFFMAN:  I mean, because I want to move
8   on from it; and I think we're going to be here all
9   day otherwise.
10    MR. WALKER:  My response for the record is
11   that I do not recall whether or not we provided
12   that to Mr. Destin.  Our position would be that
13   he -- we don't represent him.  He's a third-party
14   witness.  I don't believe that we have -- that we
15   are obligated to serve notices on behalf of the
16   plaintiffs to third-party witnesses -- or nonparty
17   witnesses that we don't represent.  He did bring
18   documents here today, but I don't recall whether
19   or not he saw that notice.  I don't know if you
20   all made efforts to find and send that to him.  I
21   don't know what we had for contact information for
22   him, period.  My understanding is that these are
23   voluntary depositions, and so the notice would not
24   create a legal obligation for the deponent to
25   bring documents even if he had received it; but I

DON THOMPSON & ASSOCIATES

70

1   don't know whether or not we gave it to him.  He
2   brought documents with him.
3    MS. HOFFMAN:  I'm just asking this so we can
4   move on from it.
5    MR. WALKER:  Yes.
6    MS. HOFFMAN:  As for that meeting, was he at
7   it?  Because I can't seem to get him to answer
8   that clearly for me.  And I'm not -- I'm not
9   trying to put you on the spot.  I just want to
10   move on from it.
11    MR. WALKER:  Well, my response would be
12   certainly I can't testify here today.
13    MS. HOFFMAN:  I understand that.
14    MR. WALKER:  And I wouldn't testify to
15   impeach a witness, but --
16    MS. HOFFMAN:  It's not impeachment testimony.
17    MR. WALKER:  If I can just finish.
18    You asked a question of him that I recall a
19   little while ago about a meeting a few days ago,
20   and I can say that he was not at a meeting a few
21   days ago.  We didn't have time to meet with
22   everyone on that day, so he was not there.
23    MS. HOFFMAN:  Okay.  Good.  I'm just going to
24   move on from it.
25  Q.  Next I'm going to show you what will be marked as

DON THOMPSON & ASSOCIATES

71

1   Exhibit No. 9.
2    (Deposition Exhibit No. 9 was marked.)
3  Q.  Have you ever seen this document before, sir?
4  A.  Yes.
5  Q.  When did you receive a copy of that document?
6  A.  I think this morning.
7  Q.  Have you had time to review the document?
8    THE DEPONENT:  No.  I think yesterday or --
9   they take it from me.  So I don't finish reading
10   it, so I gave it away.
11  Q.  What do you mean by yesterday they took it from
12   you?
13    THE DEPONENT:  Not -- I think today or
14   yesterday I saw that, so I just take a look.  Then
15   they take it from me.
16  Q.  Okay.  So are you saying that you met with --
17    THE DEPONENT:  But I'm not finished -- I
18   don't know exactly what's all in it, but I know
19   that's my deposition I been like doing for six or
20   I don't know months.
21    MR. WALKER:  I can -- since you asked me
22   before, I can clarify and clear up, if it's
23   helpful to you, the sequence --
24    MS. HOFFMAN:  I mean, I don't know.  Maybe it
25   makes sense to take a break and explain to him a

DON THOMPSON & ASSOCIATES

72

1   little bit that he has to answer my questions
2   because otherwise we're not -- I mean, this is
3   going to take hours, you know.
4    MR. WALKER:  I think he's trying to answer.
5   But what I will say, a few days ago we did not
6   meet with him when we met with others.  Yesterday
7   we gave him a copy of his deposition transcript.
8   We didn't really meet with him, but we did speak
9   to him and gave him a copy of his transcript; and
10   then we saw him at the hotel and said hi to him
11   this morning and he rode over with us.  But if you
12   want to take a break, we can take a break.
13    MS. HOFFMAN:  No, it's fine.
14    Can you just reiterate to him again that if
15   he just answers the question that I'm asking him,
16   this will move along much faster.
17  Q.  Is that okay?
18  A.  Yes.
19  Q.  So yesterday you met with Mr. Walker and
20   Mr. Howard and they gave you a copy of Exhibit
21   No. 9, correct?
22    THE DEPONENT:  Yeah.
23  Q.  And am I correct to say that that's a transcript
24   of a recorded interview that you gave in 2012 to
25   Mr. Walker and Mr. Howard?

DON THOMPSON & ASSOCIATES

73

1    THE DEPONENT:  Yeah.

2    MS. HOFFMAN:  And we've already stipulated

3  into the record, but just to have it lay there as

4  well, while I'm not going to play the audio, but

5  we have copies of the audio as well and there's no

6  question as to authenticity, correct, David?

7    MR. WALKER:  That's correct.

8    MS. HOFFMAN:  And one other thing, since

9  we're doing housekeeping things and I just thought

10  of it, I would like to mark this deposition as

11  confidential.  We've learned that Cyrus Sibert has

12  been posting things on blogs and e-mails and

13  websites about cocaine use allegedly at the

14  orphanage in response to the deposition that was

15  taken yesterday of Jean.  So when we get back,

16  we'll have to deal with that with Magistrate Rich.

17  But I want to, again, stress that that should not

18  be something that should be discussed with

19  Mr. Sibert.  There's a confidentiality order in

20  this case.

21    Would you kindly explain to the deponent that

22  there is a confidentiality order in this case,

23  which means that his testimony here today is

24  confidential and that he should not be discussing

25  his testimony with Mr. Sibert, or Mr. Cyrus as he

DON THOMPSON & ASSOCIATES

74

1  says.

2    THE DEPONENT:  No.

3  **A.  No.**

4    MS. HOFFMAN:  And he understands that?

5  **A.  Yes, I understand.**

6  **Q.**  Yesterday you received a copy of your

7  transcript --

8    THE DEPONENT:  Last night I think.

9  **Q.**  And did they give it to you to keep?

10    THE DEPONENT:  I don't know if it was to keep

11  or --

12  **A.  I didn't know if it was to keep, but they gave it**

13  **to me and they told me to look through it this**

14  **morning when I got there.  It was in my folder**

15  **with my other documents, and I glanced through it**

16  **and then --**

17  **Q.**  What folder with your other documents?

18  **A.  Right here.  This one.  I had all these papers.**

19  **And I returned it.  I thought that they had just**

20  **given it to me to glance through, so I came back**

21  **with it as a document.**

22  **Q.**  So you gave it back to them this morning?

23  **A.  Yeah, that's why you don't see it in my folder.**

24  **Q.**  Great.  Thank you.

25    Now, when you had this interview with

DON THOMPSON & ASSOCIATES

75

1  Mr. Walker and Mr. Howard, they asked you to tell

2  them the truth; isn't that correct?

3    THE DEPONENT:  Yeah.

4  **Q.**  And did you tell them the truth?

5    THE DEPONENT:  Yes.

6  **Q.**  I've listened to your audio and I've also reviewed

7  the transcript.  Can you explain to me why there

8  are no allegations of sexual abuse by Michael

9  Geilenfeld against you in this interview?

10    MR. WALKER:  I'm going to object to the form

11  and foundation of that question.

12    THE INTERPRETER:  Could you read that for me,

13  please, again?  I'm sorry.

14    (The pending question was read.)

15  **A.  He abused me, but I didn't let him stick his balls**

16  **inside me.  Maybe if I did, then that would be**

17  **sexual abuse; but he did abuse me.**

18  **Q.**  Sir, I would like you to look through that

19  transcript and circle for me where in that

20  transcript it says that Michael Geilenfeld

21  sexually abused you.

22  **A.  When am I going to have the time to look at this?**

23    MR. WALKER:  Do you want to take a break so

24  he can read it?

25  **A.  If you're going to give me the time to do it.**

DON THOMPSON & ASSOCIATES

76

1  **Because I want to look for it.  I can't ask**

2  **anybody to help me look for it.  I have to sit**

3  **here and find it myself.**

4    MR. WALKER:  Can she read it, translate it,

5  so that we make sure he understands -- I don't

6  know how well he reads English.

7    MS. HOFFMAN:  Actually, that's a great point.

8  Yeah, go ahead.  I mean, what she can do is turn

9  to the back and look for the words, if that's

10  helpful.  And if it's helpful, too, we have the

11  audio here.  We can play the whole thing for him

12  and he can point out right there is when I said

13  that he sexually abused me.

14    MR. WALKER:  I don't think it should be just

15  looking at the index though.  I think he should go

16  through the whole thing.

17  **A.  If you want to play the audio, if it's faster,**

18  **it's up to you, so I can see.**

19    **(Whereupon there was dialogue between the**

20  **interpreter and the deponent.)**

21    MS. HOFFMAN:  Can you also just sort of put

22  into the record in English the dialogue back and

23  forth between the two of you?

24    THE INTERPRETER:  Well, I told him to look at

25  the last page.  He's going to find the words and

DON THOMPSON & ASSOCIATES

77

1  then to look next to the word is where the page
2  is; and he looks at Page 11, line whatever, and
3  that's where he's going to find it.  That's what
4  we're doing.
5      (Whereupon there was dialogue between the
6  interpreter and the deponent.)
7  **A.  You have to help me look for it.**
8  Q.  Sir, you're not going to find it.  It's not in the
9  transcript.  It's not on the audio.
10      MR. WALKER:  I object.  You asked him to look
11  for it.
12      MS. HOFFMAN:  But he's saying he wants me to
13  help him.
14  **A.  Okay.  What about here it says abuse -- this one**
15  **says abuse.  That means that he took my clothes**
16  **off to abuse me.  That's what I repeated, how many**
17  **times, in this interview -- in my interview.  I**
18  **didn't say he penetrated me.  I didn't let him.**
19  Q.  Okay.  If we look at abuse, like you would like,
20  sir -- if you would turn to Page 4, Line 23.
21      Lines 21 through 23 say, Robert -- and it
22  should read -- is a Haitian guy.  He is the first
23  guy that had a relationship with -- it says
24  Michelle, but that's Michael -- abusing and the
25  abuse, but then he's an older person now.

78

1      Did I read that correctly?
2  **A.  That means that I said that Michael abused the**
3  **others.  That means that he pushed Robert to abuse**
4  **other children.**
5  Q.  That's what that means?
6  **A.  That's what I wanted to say, yes.  That's what I**
7  **meant.**
8  Q.  Okay.  Then it says abuse at 8, 25.  So if you
9  turn to Page 8, then it says 24, 25, No, Michael
10  do like -- Michael used Robert like to do that,
11  like use him, so the abuse -- then it continues
12  onto Page 9 -- Robert would do the young ones,
13  abuse the young ones, you know.
14      What does that mean?
15      THE DEPONENT:  Like Michael abused -- like
16  Michael abused Bill.  Bill abused, like, Fignole
17  or, like, someone else.
18  Q.  Okay.  It's interesting you say that because on
19  Page 9, Lines 15 through 17 -- actually, for this
20  I guess we would have to play the audio because
21  it's inaudible.  But around there it says -- you
22  said to them during their interview that Lafelio
23  was not abused.  Is it your --
24      THE DEPONENT:  Lafelio?
25  Q.  Mm-hm, that he was not abused.

79

1  **A.  They didn't abuse Lafelio.  They used Lafelio,**
2  **because I'm the one that helped him so that he**
3  **wouldn't -- they wouldn't miss --**
4  Q.  So is it -- sorry.
5      THE INTERPRETER:  That's all right.  Go
6  ahead.
7  Q.  So is it your testimony now that Lafelio was not
8  abused?
9  **A.  He's one of the guys I was looking out for, and I**
10  **believe -- I don't think they abused him.**
11      MS. HOFFMAN:  Okay.  Can you read back for me
12  in the record please the portion where he says
13  Robert abused -- a series of names and then he
14  says Lafelio was abused.  If you can go up and
15  just find that quickly.
16      (The requested testimony was read.)
17  Q.  Okay.  So --
18      THE DEPONENT:  I just say Fignole, No
19  Lafelio.  Lafelio.
20  Q.  Okay.  It was a different person's name.
21      THE DEPONENT:  Yeah, not Lafelio.  Fignole.
22  Q.  Okay.
23      The other mention of abuse in the transcript
24  is on Page 11 -- Page 7 -- excuse me, Page 11,
25  Line 6 through 7, where it says, Got hurt by --

80

1  abused by one of the guys, like the old guy, like
2  Michelle -- but that's Michael --
3  **A.  Michelet.**
4  Q.  Oh, he's --
5  **A.  Michelet.**
6  Q.  Michelet --
7  **A.  Yeah.**
8  Q.  -- abused, you know?
9  **A.  Yeah.**
10  Q.  So there was -- explain to me what that means,
11  please.
12      MR. WALKER:  I'm going to object to the form
13  of the question on the grounds of form.
14  Q.  Explain to me, please -- I'll clear it up.
15  **A.  Translate for me so I can explain myself clearly.**
16  **I'm listening.  What did you want to explain to**
17  **you?**
18      **That means that the people that were abused**
19  **themselves abused other people.  The older ones**
20  **abused the smaller ones.  That means they abused a**
21  **kid called Michelet.  Michelet, is -- I don't know**
22  **where he is.  I'm going to tell you where he is.**
23  Q.  Destin, will you please tell me why you did not
24  tell Mr. Walker and Mr. Howard last August about
25  sexual abuse allegations that you are now making

81

1  against Mr. Geilenfeld here today?
2      MR. WALKER:  I'm going to object to the form
3  of the question.  I'm going to object to the form
4  of the question.
5      MS. HOFFMAN:  What's the objection?
6      MR. WALKER:  You're mischaracterizing the
7  transcript.  If you look at Page -- since you
8  asked me, if you look at Pages 7, 8 and 9 of the
9  transcript, he talks about sexual abuse.  He may
10  not use the word abuse.  He describes an incident
11  in which Michael was trying to pull his pants
12  down.  He describes --
13      MS. HOFFMAN:  No, he's talking about Robert
14  Belvue, if you read the transcript.
15      MR. WALKER:  I want to finish -- can I finish
16  my objection and then you can respond?
17      Looking at this, So these things happened
18  when you were in your bed but Michael would come
19  into your room?
20      Michael.
21      That's Page 7, Line 26.  Then you go onto --
22      MS. HOFFMAN:  There is no Line 26.
23      MR. WALKER:  Can I finish my response to your
24  invitation to state my objection for the record?
25  25.  Thank you.

DON THOMPSON & ASSOCIATES

82

1      Page 9, But Michael himself came in and tried
2  to get you to turn over and tried to get you to
3  pull your pants down?
4      Yeah, right, in my bed.
5      That's Lines 3 through 6.
6      Did you ever do what he wanted you to do?
7      No.  No way.
8      Did he ever try to get you to touch him?
9      To touch Michael?  No, but he tried and --
10  inaudible -- do whatever he wants -- inaudible --
11  trying to touch you always.
12      And it goes on.  So your question indicating
13  that he never described sexual abuse to us in
14  August I think is a mischaracterization of this
15  transcript.  I think that the portions that I read
16  and that continue on describe what I think most
17  people would consider to be sexual abuse.
18      MS. HOFFMAN:  Okay.  You're entitled to your
19  opinion.  I would just add that at the bottom of
20  Page 8 he's talking about Robert.  At the top of
21  Page 7 he's talking about Robert.  And you say to
22  him, But Michael himself came in and tried to get
23  you to turn over and tried to get you to pull your
24  pants down, to which he says yes.  But he never
25  actually says that Michael does that.  He talks

DON THOMPSON & ASSOCIATES

83

1  about Robert.
2      MR. WALKER:  Well, I think it speaks for
3  itself; but certainly he talks about Michael's
4  sexual abuse.
5  Q. What I'm going to show you next --
6      THE DEPONENT:  So when I'm talking about
7  Robert, so -- I talk about Robert, so when Michael
8  finish -- I say that when Michael finish, like one
9  night when he come to my bed, he want to sleep
10  with me.  Okay?  Then I do -- I don't want.  Then
11  two or three weeks later that's what I explain,
12  Robert come -- it's because Michael used to, you
13  know, abuse Robert so now Robert come in the room,
14  so -- because, like, one day Michael come.  Then I
15  told you the next three or two weeks it's Robert
16  who come in that place to abuse other kids.  So
17  that's what I told you.
18  Q. I'm going to show you what was marked as Exhibit
19  No. 9 in Sean Roubens' deposition.  Have you seen
20  this document before?
21      THE DEPONENT:  No.
22  A. Not yet.
23  Q. Let me represent to you, sir, that this is a
24  transcript of an interview that you gave to Cyrus
25  Sibert.  Would you agree with that?

DON THOMPSON & ASSOCIATES

84

1  A. Yes.  But I don't remember what year or how long
2  ago.
3  Q. Do you think it might have been in 2011?
4  A. I don't remember.
5  Q. I'm going to play for you right now a little bit
6  of that audio so that you can listen to it and
7  identify yourself.
8      (Whereupon the audio recording was played.)
9  Q. Is that --
10      THE DEPONENT:  Yeah.
11  Q. Do you recognize your voice?
12      THE DEPONENT:  Of course.
13  Q. Okay.  And did you recognize Mr. Sibert's voice?
14      THE DEPONENT:  Yeah.
15  Q. Did you hear on -- did you hear Serge's voice?
16      THE DEPONENT:  Yeah.
17  Q. And would you agree with me that that is the audio
18  interview that you gave to Mr. Sibert?
19  A. I think that's the first interview Serge and I
20  gave Cyrus.
21      MS. HOFFMAN:  David, do you have any
22  objections as to authentication?  Do you want me
23  to take it further?
24      MR. WALKER:  No.  I'm not -- I don't have any
25  plan of objecting to the authenticity of that.

DON THOMPSON & ASSOCIATES

85

1   MS. HOFFMAN: Okay.
2      MR. WALKER: I personally don't know who the
3   voices -- I don't know if I ever heard them, but I
4   don't think there's any issue with the
5   authenticity.
6      MS. HOFFMAN: I just wanted to make sure
7   because I don't want to leave it here and then
8   have a fight about it later.
9 Q. Sir, I think maybe it makes sense for you to take
10   some time now -- we'll take a quick break. What I
11   would ask you to do is read Exhibit No. 9. Take
12   as much time as you need. If you need the
13   interviewer -- excuse me.
14 A. You mean this No. 9?
15 Q. Yes.
16 A. Okay.
17 Q. If you need the translator, because it's in
18   English, to translate for you, I'm sure she
19   wouldn't mind doing that. I note that when you
20   speak, your name is printed as Jean-Baptiste.
21      So I would like you to take the time -- we'll
22   take a short break -- and review this since you
23   haven't seen it before. Is that okay?
24 A. Everything I have to look at? Just this or
25   everything?

86

1      MS. HOFFMAN: It's up to him. He can do the
2   whole thing or he can just -- his portion of it.
3 A. No, tell me what you want me to do.
4      MS. HOFFMAN: I would like him to look at the
5   portions where his name is stated.
6 A. Okay.
7      MS. HOFFMAN: Okay. So let's take a short
8   break. Okay, David? Thanks.
9      (Whereupon a break was taken at 2:54 p.m.)
10         * * * * * *
11      (Whereupon the deposition resumed at
12   3:18 p.m.)
13         * * * * * *
14 Q. Destin, we took a break and you had some time to
15   review the transcript. Before we discuss the
16   transcript I wanted to ask you two questions.
17   Have you ever met Mr. Kendrick before?
18      THE DEPONENT: Before he came in Haiti?
19 A. Before --
20 Q. Have you ever met Mr. Kendrick?
21 A. Yes.
22 Q. When have you met him?
23 A. I think when I did the deposition, I think I saw
24   him.
25 Q. Do you mean the recorded interview?

87

1 A. He was here. I did the interview and he was here.
2   I met him then.
3 Q. Okay. So is that when you spoke with Mr. Kendrick
4   and Mr. Walker, last year?
5      THE DEPONENT: Yes.
6 Q. Have you met him any other time?
7 A. Never.
8 Q. Do you know where Mr. Kendrick is right now?
9 A. He's in Haiti now. That means he's in a hotel,
10   but I don't know if he moved or if he didn't. But
11   he told me I had to do my deposition.
12 Q. When did he tell you that?
13 A. When we saw each other. Let me see. When did I
14   see him? I think Sunday. I saw him Sunday. And
15   he spoke -- he told me that -- this time, this is
16   who I'm going to meet, and I have to do my
17   deposition.
18 Q. And he told you that you had to take your
19   deposition?
20      THE INTERPRETER: I'm sorry?
21      MS. HOFFMAN: That you had to take your
22   deposition.
23 A. Yes, he told me -- this is what he told me. He
24   said -- he told me that Michael has his own people
25   coming and they want to depose us, would we be

88

1   afraid to do the deposition or would we do it. We
2   told him, yes, we will. He said -- because I
3   think he said that the American justice system
4   said that some people have in Haiti have to do a
5   deposition and there are other people around the
6   world that are going to do their deposition also.
7   And we said, yes, we're going to do ours.
8 Q. Did he tell you that it was voluntary for you to
9   be here today?
10 A. There is no voluntary. I know I have to be here.
11 Q. So what do you think would happen if you didn't
12   show up here today?
13 A. How could I not be here? They said that the
14   justice system said that we are having a
15   deposition, we have to be here. And we're the
16   ones that are complaining. How could we not be
17   here?
18 Q. Now, you said that you had a meeting with
19   Mr. Kendrick on Sunday with other people. Who
20   else was at this meeting?
21 A. My other brothers.
22 Q. Can you please name your other brothers?
23      THE DEPONENT: Jean Dumé, Sacra,
24   St. Victor --
25      THE INTERPRETER: Jean Dumé is Jean. Dumé is

89

1  D-U-M-E.  St. Victor is S-T, capital V, I-C-T-O-R.
2  Sacra is S-A-K-R-A.  And myself.
3      THE INTERPRETER:  What's that?
4      THE DEPONENT:  And there was other, but I
5  give you the most important for me.
6  A.  There are others, but I give you the most
7     important for me.
8  Q.  Who else were the others?
9  A.  A lot.  A lot.  The names on the list, but if they
10    want -- some of them may not be able to come.  But
11    if they want me to have all the victims that have
12    been abused to come, I will make them come.  Some
13    of the victims -- some of the victims Michael
14    gives them money.  I have their name on the list,
15    but I don't have a problem with them.  They're on
16    the list.  I want this to be a recall.  I want
17    all -- I want them to stop abusing our Haitian --
18    young Haitians.
19 Q.  Was Cyrus Sibert at the meeting?
20 A.  He is not -- he wasn't at the meeting.  He's here
21    taking care of his own things.  If he tells us --
22    if he tells us we have to be here, we know because
23    we're the ones that have -- we're the ones that
24    have to testify.  We're the victims.
25 Q.  Do you know where Mr. Sibert is right now?

90

1  A.  I don't know.
2  Q.  Do you know where he's been in the last hour and a
3     half?
4  A.  He was at the hotel in his room.
5  Q.  What hotel is he staying at?
6  A.  He's at the hotel where we had the first
7     deposition, at the Best Western.  But now I don't
8     know because they took me someplace else.  I
9     wasn't afraid to come.  I wasn't there, but I want
10    to know why all the others were done over there
11    but mine has specially been done here.  But I'm
12    even happier about that because I'm a special
13    person.
14 Q.  Have you been staying at the Best Western?
15 A.  If I'm there?  When?
16     MS. HOFFMAN:  Is he staying at the Best
17    Western?
18 A.  If somebody is paying for me, I'm going to stay
19    there, sure.
20 Q.  Are you staying there now?
21 A.  I don't have the -- can't afford it yet.
22 Q.  Now, you said that Serge was at this meeting on
23    Sunday?
24 A.  They had a meeting.  They had a meeting, but I
25    don't -- I don't know if it's because I don't

91

1  understand English, but I wasn't there.  I got the
2  paper.
3  Q.  What paper?
4  A.  This paper that you just showed to me.
5      MS. HOFFMAN:  Let the record reflect --
6  A.  I thought that --
7      MS. HOFFMAN:  Let the record reflect that he
8  was pointing to Exhibit No. 9.
9  A.  They spoke about the meeting.  I knew I was part
10    of -- I thought I was part of the meeting also.
11    Maybe there wasn't enough time and I didn't have
12    time for anyone to speak to me.  So yesterday I
13    went.  I went to get what -- information about
14    what time my deposition, what was I supposed to
15    do.  When I got there they spent -- I spent a
16    while and they gave me this paper.  I think it's
17    this gentleman that went to get it for me.  And
18    then he went -- maybe he couldn't find it and he
19    went to talk to David.  He told me David had it,
20    and they gave it to me.  And last night when I
21    went home, I glanced through it.  And then I
22    brought my own documents to come here.  That's why
23    I don't have -- I didn't have time to know -- or
24    to read everything that's in there.
25 Q.  I'm going to ask you a series of questions.  I

92

1  just would like it if you limited your answer to
2  yes or no.
3  A.  Mm-hm.
4  Q.  At the meeting on Sunday was Serge there?
5  A.  Yes.
6  Q.  On the meeting on Sunday was Jean present?
7  A.  Yes.
8  Q.  At the meeting on Sunday was Jean Rony
9     St. Victor, also known as Son there?
10 A.  Yes.
11 Q.  At the meeting on Sunday was John Francois Nickson
12    there?
13 A.  I don't think so.
14 Q.  At the meeting on Sunday was Marc Louis there?
15 A.  I don't think so.
16 Q.  At the meeting on Sunday was Paul Kendrick there?
17 A.  He might have been there, but he was not part of
18    the meeting.
19 Q.  At the meeting on Sunday was Mr. Walker present?
20 A.  They're the ones that organized the meeting, I
21    think, so they could plan who's coming to what
22    deposition.
23 Q.  So Mr. Walker was present at the meeting on
24    Sunday?
25 A.  I didn't say he was there, but they're the ones

93

1  **who are giving information as to who should be**
2  **where and when.**
3  Q.  How is it that Mr. Walker would not be present at
4      the meeting but yet be able to provide you
5      information on Sunday about your deposition times
6      and other scheduling issues that you're
7      referencing?
8  A.  **I don't know.  Didn't I tell you I never got to**
9      **the meeting.  Didn't I just tell you that**
10     **yesterday was the day that I could meet with them**
11     **and have my own meeting with them to know if I had**
12     **to come today to do my deposition.**
13 Q.  How did you know about the meeting on Sunday?
14 A.  **I'm a victim.  My brothers are victims.  For us**
15     **not to know -- for all of us not to know.**
16 Q.  Who told you about the meeting on Sunday?
17         THE DEPONENT:  Serge.
18 A.  **Serge.**
19 Q.  What did Serge tell you about the meeting?
20 A.  **That we're coming to do a deposition.**
21 Q.  When was the last time you talked to Cyrus Sibert?
22 A.  **To tell you the truth, this morning when I was**
23     **sitting by the table he came and shook my hand.  I**
24     **didn't even say good morning.  I was talking to**
25     **someone else.**
                DON THOMPSON & ASSOCIATES

94

1  Q.  How does Cyrus Sibert know who you are?
2  A.  **Where I am or who I am?**
3  Q.  Who you are.
4  A.  **Because I explained to him who I was because he's**
5      **one of the people that I give a little credit to**
6      **as a Haitian.**
7  Q.  Are you married?
8  A.  **Not yet.**
9  Q.  Do you have kids?
10 A.  **Yes.**
11 Q.  How many?
12 A.  **Can I ask for why you're asking me all this?**
13 Q.  I'm asking you because it's your deposition.  I
14     want to know the answers to these questions.
15 A.  **Because I have children, how many children -- how**
16     **many children I have or whatever, you don't need**
17     **to know that.  I don't want you to look for my**
18     **kids.**
19 Q.  Are you refusing to answer the question?
20 A.  **You just have to know me.**
21 Q.  Are you refusing to answer the question?
22 A.  **Okay.  Ask me again.  I'll answer.**
23 Q.  How many children do you have?
24 A.  **One.**
25 Q.  Do you have a job?
                DON THOMPSON & ASSOCIATES

95

1  A.  **I'm self-employed.**
2  Q.  What do you do?
3  A.  **Sometimes I'm an interpreter.  I'm an artist.  If**
4      **I see something, I imagine -- I create something.**
5      **And I create it and then I sell it.  I make money.**
6      **But I've never asked anybody for anything.  Even**
7      **if I can't eat, I've never asked anybody for a**
8      **job -- for any favors.**
9  Q.  You said that you're sometimes an interpreter?
10 A.  **Yes.**
11 Q.  Do you mean that as a language interpreter?
12 A.  **Yes.**
13 Q.  What languages do you interpret?
14 A.  **English and Creole.  If you want French even --**
15     **I'm not too good at the French, but I do.  I try**
16     **Spanish, also, because I'm looking, I'm looking.**
17 Q.  I'm sorry to ask you this again.  Where did you --
18     you said you saw Mr. Sibert this morning.  Where
19     did you meet him?
20         THE DEPONENT:  At the hotel.
21 Q.  At the Best Western?
22         THE DEPONENT:  Of course.
23 Q.  I thought you said earlier that Mr. Walker and
24     Mr. Howard came and picked you up?
25         THE DEPONENT:  Yeah, because when I go up and
                DON THOMPSON & ASSOCIATES

96

1      waiting to -- for my deposition --
2  A.  **When I got there, I'm waiting to do the deposition**
3      **and I'm sitting, waiting --**
4  Q.  Oh, okay.
5  A.  **-- to see who was going to come and talk to me.**
6      **And Mr. David came -- and Mr. David came and he**
7      **said, okay, let's go.  I went into a car.  I**
8      **didn't say anything.**
9  Q.  Okay.  Now, you talked about this meeting on
10     Sunday that you didn't attend.
11 A.  **I didn't go, but I knew it was happening.**
12 Q.  Right.
13         Have you had any other meetings with alleged
14     victims in this case?
15 A.  **You mean our victims?**
16 Q.  Yes.
17 A.  **Why shouldn't we call?**
18         (The reporter asked for clarification.)
19         THE INTERPRETER:  Why shouldn't we call.
20     Speak.  Why shouldn't we speak.
21 A.  **I don't have a problem with you speaking.**
22 A.  **Well, thank you very much.**
23 Q.  I just -- I just want to know when was the last
24     time that a group got together.  After all the
25 A.  **We haven't had a meeting yet.  After all the**
                DON THOMPSON & ASSOCIATES

97

1   depositions when everybody is done, that's when
2   we're going to have a meeting.
3  Q.  Do you know when that's going to take place?
4  A.  After I've made my deposition and all my brothers
5   do their depositions, then we're going to get
6   together and find out where we stand.
7  Q.  Okay.  You keep referring to your brothers.  What
8   does that mean?
9  A.  The victims that Michael had -- did pedophilia
10   with, those are my brothers.
11  Q.  Can you tell me who those people are?
12  A.  The victims?
13  Q.  Yes.
14  A.  My victims or Michael's victims, the victims that
15   he abused and he's still abusing?
16  Q.  You just told me, sir, that your brothers -- you
17   keep referring to your brothers.  I want to know
18   who your brothers are.
19       THE DEPONENT:  Yeah.  Okay.  My brothers are
20   like Jean Sacra, St. Victor, Dumé Viard.  Then who
21   else you want?  Like you said Lucson.  So those
22   are my brothers.  Then Emile, Marc, Robert, all of
23   my brothers, because they know the truth.  They
24   must stand for it.
25  Q.  Do you know where Emile is right now?

DON THOMPSON & ASSOCIATES

98

1       THE DEPONENT:  Yeah.
2  Q.  Where is he?
3  A.  I hear he's in the United States.
4  Q.  Do you know where he is in the United States?
5  A.  I heard about where he is.  That doesn't mean
6   anything.  You think that's going to prevent this
7   case from moving forward?
8  Q.  Do you know that Emile is in jail right now?
9  A.  I know, but do you think that because he's in jail
10   we're going to stop this case?
11  Q.  Do you understand that this case is brought by
12   Mr. Geilenfeld and Hearts with Haiti, they're the
13   ones that are starting this case?
14       MR. WALKER:  Object to the form and
15   foundation.
16  A.  Mm-hm.  And, also, the case for the victims also.
17  Q.  What case for the victims are you talking about?
18  A.  The little kids that they abused, that they kicked
19   out in the streets, that they're still abusing,
20   that we've been asking for that to stop.  It just
21   can't stop.  I don't really want anything.  All I
22   want is for that to stop.  There has to be a way
23   for -- Geilenfeld and Hearts with Haiti should
24   stop abusing my children.
25  Q.  So Hearts with Haiti is abusing your children?

DON THOMPSON & ASSOCIATES

99

1       THE DEPONENT:  Yeah.
2  A.  Yes.
3  Q.  You keep saying throughout your deposition that
4   you want Mr. Geilenfeld and Hearts with Haiti to
5   stop abusing your children and that you need to
6   have justice for the children.  Can you please
7   tell me the names of children today that
8   Mr. Geilenfeld and Hearts with Haiti are abusing?
9  A.  Myself, Serge, Son, Michelet.  Let me see who
10   else.  There's a little one called Brunel --
11       THE DEPONENT:  Brunel.
12       THE INTERPRETER:  Brunel, B-R-U-N-E-L.
13  A.  I could give you more names, but I really would
14   like to give the names that I just gave you a
15   chance.
16  Q.  That's fine.
17       Sir, the problem that I have with your
18   answer, though, is that earlier you testified that
19   you were either 38 or 39 years old right now.  And
20   my question to you was you have stated repeatedly
21   throughout this deposition that Michael Geilenfeld
22   and Hearts with Haiti are abusing the children.
23   I'm asking you to provide me the name or names of
24   children that are under the age of 18 that are
25   subject to the Hearts of Haiti abuse or Michael

DON THOMPSON & ASSOCIATES

100

1   Geilenfeld's abuse, in your opinion.
2  A.  Even if I give you the names, you're not going to
3   find them.  This one is under 18.  Brunel might be
4   18 now, but that attacked Bill with a knife.  That
5   means that's a little one that's innocent, poor
6   thing.  There are some little innocent that passed
7   and some of them are over there and they can't
8   come.  But if I could -- because a lot of the
9   victims that you haven't seen yet, you're going to
10   see them.
11  Q.  Please just give me one name of someone under the
12   age of 18.
13  A.  Brunel.
14       THE INTERPRETER:  Brunel, B-R-U-N-E-L.
15  Q.  Is this a boy or a girl?
16  A.  Ask Brother Michael.
17  Q.  Are your --
18  A.  I didn't know he was raising girls.
19  Q.  What's Brunel's last name?
20  A.  I don't know.
21  Q.  Where does Brunel live?
22  A.  That's a job you're giving me.  I don't know.
23  Q.  You've just told me that there's a boy named
24   Brunel --
25  A.  Yes.  For me to tell me where he lives?  Oh --

DON THOMPSON & ASSOCIATES

101

1     THE DEPONENT:  Shit.
2  **A.  Ask Brother Michael.  He'll tell you where he**
3  **lives.  He's the one that's always abusing him.**
4     THE DEPONENT:  Still abusing him, so ask him.
5  **A.  Still abusing him.  Ask him.**
6  **Q.** Sir, are you refusing to answer my questions?
7     THE DEPONENT:  I answered.
8  **A.  I answered.**
9     THE DEPONENT:  I said Brunel.  I don't know
10    his last name or -- I don't know, so what do you
11    want me to say?
12 **Q.** How old is he?
13    THE DEPONENT:  16 or 17.
14 **Q.** How do you know that?
15    THE DEPONENT:  So go ask him.  So now maybe
16    he might turn 18 or 19.
17 **Q.** How am I --
18    THE DEPONENT:  You know?
19 **Q.** How am I supposed to go find him if I only know
20    his first name, I know his approximate age --
21    THE DEPONENT:  So I don't know.  So, me, I
22    don't know, too.  Okay?
23 **Q.** Okay.  Can you give me another name of someone
24    else under the age of 18 that is currently being
25    abused by Hearts with Haiti or Michael Geilenfeld,

DON THOMPSON & ASSOCIATES

102

1     in your opinion?
2     THE DEPONENT:  Let's see.
3     I don't think we're going to find this boy.
4     A boy called Junior.
5  **Q.** May I see the document, sir?
6     Junior?
7     THE DEPONENT:  Yeah.
8  **Q.** Okay.  I'm just going to highlight that.  All
9     right?
10    Who is Junior?
11    THE DEPONENT:  One of the boys.  So he's in
12    the street.  I don't know where maybe to find him.
13    But if -- the case is a serious case, so I think
14    no matter what I would find him.  But now you know
15    he's getting older.  So now he's not 15 or 16 no
16    more or 17, you know?  Then --
17 **Q.** Okay.  Can you write down for me Junior and the
18    other gentleman's name?
19    THE DEPONENT:  Why you want me to write it?
20 **Q.** I just want to have a list of the people that
21    you're writing down.
22    THE DEPONENT:  Can you help me write it,
23    please?
24 **Q.** But I want you to write it because didn't you say
25    that you wrote that list before?

DON THOMPSON & ASSOCIATES

103

1     THE DEPONENT:  So now I don't want to try
2     doing it.
3  **Q.** Did you write that list?
4     THE DEPONENT:  Of course.
5  **Q.** So what's wrong with you writing Junior now for
6     me?
7     MR. WALKER:  This is -- I'm going to object
8     to this.  This is not a deposition on written
9     response.  It's an oral deposition.
10 **Q.** What's the other guy's name?
11    THE DEPONENT:  I don't know how to --
12 **Q.** Are there any other names?
13    THE DEPONENT:  Oh, come on.  No.
14 **Q.** Okay.  Let's turn to the transcript.  That's
15    Exhibit No. 9 from Serge's deposition.
16    Now, you gave this interview to Mr. Cyrus
17    Sibert in 2011; is that correct?
18    THE DEPONENT:  I never wrote nothing, so I
19    don't know.
20 **Q.** Is it your testimony that you didn't know anything
21    about this?
22    THE DEPONENT:  So I don't remember the date
23    when I did the deposition or when I do the
24    interview.
25 **Q.** Okay.  Would you agree with me that it was

DON THOMPSON & ASSOCIATES

104

1     approximately in 2011?
2     THE DEPONENT:  Yeah.
3  **A.  Yeah.**
4  **Q.** And when you were talking with Mr. Sibert, were
5     you being honest with him?
6     THE DEPONENT:  Yes.
7  **Q.** Did you tell him the truth about what happened
8     with Mr. Geilenfeld?
9     THE DEPONENT:  Yes.
10 **Q.** Can you point out to me in this transcript where
11    you say that Mr. Geilenfeld sexually abused you?
12    MR. WALKER:  Object to the form of the
13    question.
14    MS. HOFFMAN:  David, we talked about this off
15    the record.  So what I want to do is lay the basis
16    for an inconsistent statement here.  I don't know
17    how you want to do that otherwise.
18    MR. WALKER:  But he -- I observed him read
19    approximately two pages of -- I think it's -- I
20    don't know how many pages that is.  But I thought
21    what we were going to do is -- I would have no
22    problem stipulating that the document speaks for
23    itself.  And to the extent if there is an
24    inconsistency there, that it's there and it would
25    be in evidence.  If there isn't, there isn't.  But

DON THOMPSON & ASSOCIATES

105

1   if he's going to -- I don't think he finished
2   reading the document. So I think we should take a
3   break and let him take however much time he needs
4   to read the document if we're going to go back to
5   the other way of doing it.
6       MS. HOFFMAN: I mean, it could take him a few
7   hours. Is that what you want to do?
8       MR. WALKER: Well, I think if --
9       MS. HOFFMAN: Why don't I just ask him --
10      MR. WALKER: -- he's going to be asked to do
11  this, we should have given it to him last night
12  and said review it before you come or --
13      MS. HOFFMAN: Well, this isn't new, David.
14  We gave this to Serge. It's a deposition exhibit.
15  I mean, you were on notice that we were going to
16  use it.
17      Let me just ask him questions directly about
18  it. Okay?
19 Q. On the first page of the deposition -- excuse me,
20  on the first page of the interview it says that
21  Michael Geilenfeld used to turn his dog loose on
22  the children. If you hand it to me, I'll
23  highlight the portions that I'm reading to speed
24  up the process.
25      Do you have any knowledge of Michael

106

1   Geilenfeld turning his dog loose on you or other
2   children?
3  A. Have the dog bite us.
4  Q. What was the name of the dog?
5  A. Mickey.
6  Q. How often would he have him bite you?
7  A. I can't say how many times. If the -- if I -- if
8   it's my dog and I hold you, the dog sees that, me
9   as his mistress -- as his master holding someone,
10  he's going to come and bite you no matter what
11  because he sees that you're giving problems to the
12  owner -- his owner.
13 Q. Do you have any scars from the dog biting you?
14 A. That's something that happened a long time ago.
15  If I show you the scar, you might think it's
16  something that happened before and I'm not showing
17  it to you now.
18 Q. I'm going to show you what was marked as Exhibit 6
19  from Serge's deposition.
20 A. Mm-hm.
21 Q. In that photo do you see the animal in the left-
22  hand corner?
23 A. I see Mickey.
24 Q. So that's Mickey?
25 A. Yes.

107

1  Q. When -- around that time do you remember Mickey
2   biting you?
3  A. It's only if I wasn't living in the house or if
4   they never hit me or anything else.
5  Q. I'm next going to show you what was marked as
6   Exhibit No. 7 from Serge's deposition. Do you see
7   the animal in the center?
8       THE DEPONENT: Mm-hm.
9  A. Mm-hm.
10 Q. Do you recognize that animal?
11      THE DEPONENT: Oh, yes.
12 A. Oh, yes.
13      That was in 83. It was a small little dog,
14  not well nourished. He couldn't do anything then.
15 Q. So are you saying that the dog in Exhibit No. 7 is
16  Mickey?
17 A. I can't tell if it's Mickey or not. All I can
18  recognize is the skin there. He was -- his name
19  is Rosemond, our old --
20      THE INTERPRETER: R-O-S-E-M-O-N-D.
21 A. Because even if it's not Mickey, it's another dog.
22  But I know him. I know he was living in 83.
23 Q. Okay. That dog -- whether it's Mickey or another
24  dog, did that dog bite you?
25 A. I don't know if it was that dog, but Mickey bit

108

1   me.
2  Q. Did any other dog bite you?
3  A. There was only one dog in the house.
4  Q. I thought you told me that there might have
5   been another dog?
6  A. I said if this one is another dog. I don't know.
7   The reason I say it might be Mickey, because I
8   know him. If it's another dog that they put
9   there, then okay.
10 Q. Now, earlier you were telling us about an
11  altercation that you had last year outside of
12  St. Joseph's?
13 A. Yes, I explained it to you before.
14 Q. And you claimed that Bill had attacked you with a
15  machete?
16 A. Yes.
17 Q. Did he strike you with a machete?
18 A. This is the scar right there where he hit me.
19 Q. Can you show me where the scar is?
20 A. That's beginning to turn black, but I --
21      MS. HOFFMAN: Danielle, would you be able to
22  zoom in?
23 A. But I didn't bring it, but I could have brought
24  you a picture of the scar.
25      (The reporter asked for clarification.)

109

1    THE INTERPRETER: I didn't bring it, but I
2  could bring you a picture of the scar. You can
3  put it on the laptop and you can see it better.
4  Q.  Would you show the camera so that she can zoom in
5    to see the scar?
6    THE VIDEOGRAPHER: It's on the wrist?
7    THE INTERPRETER: It's here.
8    MR. WALKER: Point to it.
9    THE INTERPRETER: You see it?
10   THE VIDEOGRAPHER: I think I should be able
11   to --
12   THE INTERPRETER: Either he comes up or you
13   come here.
14   (Discussion off the record.)
15   (Whereupon the videographer recorded where
16   the deponent indicated his scar is located.)
17 Q.  Now, Destin, you gave a statement to the police
18   after you claimed that Bill Nathan attacked you
19   with a machete, correct?
20 A.  **Yes, the file is still at the police station, even**
21   **though they paid; but I know it's there.**
22 Q.  I have a copy of it here, sir. I'm going to show
23   it to you just as soon as the court reporter marks
24   it.
25   THE DEPONENT: Okay.

DON THOMPSON & ASSOCIATES

110

1    (Deposition Exhibit No. 10 was marked.)
2  Q.  This has been produced in discovery in our case.
3  A.  **The information the police gave you or you found**
4    **it?**
5  Q.  The information that the police gave us.
6    Is this your signature at the bottom of this
7    document?
8  A.  **Who wrote this? This is a translation?**
9  Q.  Yes.
10   THE DEPONENT: Okay.
11 Q.  And, so, there's one right there. Is that your
12   signature at the bottom of it?
13   THE DEPONENT: Yes, I see I signed it.
14   MS. HOFFMAN: Can I just have that back?
15   THE INTERPRETER: Oh, yes.
16 A.  **Now, the way that it was translated to us, I'll**
17   **just read the whole statement into the record and**
18   **you tell me if you disagree with any of the**
19   **translation. Okay?**
20   **This morning I went down to Delmas 91 to see**
21   **a friend of mine, Patrick Laguerre, which I do**
22   **every day.**
23   MS. HOFFMAN: Do you want to --
24 A.  **I don't think that was every day. Patrick is a**
25   **friend.**

DON THOMPSON & ASSOCIATES

111

1  Q.  Okay. All I'm doing right now is reading your
2    statement that you gave to the police that's been
3    translated for us into English.
4    The house is located next to St. Joseph Home
5    for Boys. I used to live at the house but left
6    because of its bad reputation in 1991. While
7    drinking a malta, a nonalcoholic drink, with the
8    guys, Bill Nathan walked toward me and asked, I
9    heard you say something about me on the radio and
10   you put my photo with a comment on it that said I
11   am gay on the wall. I told him it was a lie.
12   There is no truth to what he was saying. So Bill
13   then pulled out his telephone and spoke to one of
14   his friends. So I moved away, but Bill followed
15   me and then pulled a machete from behind his back
16   and started striking me with the machete, wounding
17   me in two places of my right hand, causing me to
18   fall down and my left hand swelled up from being
19   whacked with the machete. My hat fell off from
20   being whacked with the machete. I reacted by
21   throwing two rocks at Bill, which gave me the
22   chance to run away from the scene.
23   Now, sir, the first question I have for you
24   is did you tell the police that you were wounded
25   in two places on your right hand?

DON THOMPSON & ASSOCIATES

112

1  A.  **Did I get -- did I go to the police station with**
2    **the two wounds or did I take a picture or did I**
3    **just tell the police officer about it?**
4  Q.  Did you tell the police officer that Bill Nathan
5    struck you with a machete, wounding you in two
6    places on your right hand?
7  A.  **I went there with my hands bleeding and I showed**
8    **them and I did my declaration. I made my**
9    **statement.**
10 Q.  Did you tell the police station or the police
11   officers that Bill Nathan struck you with a
12   machete and wounded you in two places on your
13   right hand?
14 A.  **I said I went to the police, I showed the police**
15   **what happened, and the police officer can see**
16   **where I was wounded and where I was not wounded.**
17   **That means I have pictures. That's why I have**
18   **pictures. I would bring them anytime. I just**
19   **didn't come with them today.**
20 Q.  Sir, you said that Bill Nathan took the machete
21   out of its sleeve, correct?
22 A.  **In his back -- on his back.**
23 Q.  So he struck you with the knife's edge portion of
24   the machete, correct?
25 A.  **Maybe it wasn't that sharp because it wasn't a**

DON THOMPSON & ASSOCIATES

113

1     Haitian machete.  If it was a Haitian machete, I
2     would have lost the arm.
3  Q. What type of machete was it?
4  A. It was -- it's an imported machete.  It has all --
5     it has -- dented.
6  Q. Where is it imported from?
7  A. I don't know.  He got it -- he got it from
8     St. Joseph.  Maybe it could be a machete that they
9     used to do theatre or something that he bought.
10    I --
11  Q. So is it a fake machete, like a toy?
12       THE DEPONENT:  Not fake.
13  A. No, it wasn't fake.
14  Q. So it was just -- is it just an extremely dull
15    machete?
16  A. It was sharp, but not as sharp as a Haitian
17    machete.  The Haitian machete is -- doesn't have
18    any little teeth.  As soon as they hit you with
19    it, whatever happens happens.
20  Q. Okay.  So can you show me the two places on your
21    right hand where he struck you with a machete?
22  A. I may not be able to show you because I may need
23    before I have the pictures on a jump -- I have and
24    you can see it on the jump because it's been a
25    while.  And maybe it's healed and you can't see

DON THOMPSON & ASSOCIATES

114

1     it, but I have the pictures.
2  Q. So your testimony here today is that you were
3    struck with a machete twice on your right hand but
4    that the wounds have healed and they're no longer
5    visible?
6  A. There's a scar right there, but I'm saying to tell
7    you -- to show you my proof, to come with the
8    pictures so then you'll see -- because I would
9    like you to see it.  Even if you see it, you're
10    going to pretend you didn't see it; but I would
11    like you to see it.
12  Q. Did your left hand swell up from being whacked
13    with the machete?
14  A. My right hand.  The picture will show you if it
15    was swollen or not.
16  Q. So nothing happened to your left hand then?
17  A. No.
18  Q. Why did you tell the police then that your left
19    hand swelled up from being whacked with the
20    machete?
21  A. Left hand.  Well, the police officer must have
22    been blind.  The police officer must have been
23    blind.  I come to see you and I show you and I
24    tell you this is the hand that's wounded, and I
25    show you.

DON THOMPSON & ASSOCIATES

115

1  Q. So you only told the police officer it was your
2    right hand?
3  A. I showed it to them.  That means that when I got
4    hit, I didn't clean it or anything.  I just went
5    to the police the way it was to show them.
6  Q. Sir, is it your testimony here today that the
7    police officers wrote down incorrect information
8    from your statement?
9  A. They didn't write any false information.  If they
10    had written false information, they would not have
11    arrested Bill.
12      (Deposition Exhibit No. 11 was marked.)
13  Q. I'm going to show you what's been marked as
14    Exhibit 11.
15       MR. WALKER:  Do we have a copy of -- do you
16    have a copy for us?
17       MS. HOFFMAN:  I don't know.  You can take
18    this one with you.
19  Q. Are you familiar with that document, sir?
20  A. What do you mean am I -- if I had seen it, yes.
21  Q. Did you put posters up like that around
22    St. Joseph's School?
23  A. It was a time like this -- you see this one that
24    has -- there, that one.
25       THE DEPONENT:  Okay.

DON THOMPSON & ASSOCIATES

116

1       MS. HOFFMAN:  Let the record reflect that I'm
2    showing him Exhibit No. 1 as well from Serge's
3    deposition.
4       THE DEPONENT:  Okay.
5  A. This one I know is, but this one -- I'm the one
6    that paid to -- a partner, a friend of mine, to
7    glue it on the -- stick it.  This one, they glued
8    it and they said it was me but nobody saw me.
9    That's why they came to attack me.  But that's me.
10    I'm the one that wrote all of this.  If you want
11    to translate it so everybody can understand it,
12    that's me.  But I didn't -- I wasn't the one who
13    glued them.
14       MS. HOFFMAN:  Okay.  I would ask the
15    translator to translate the bottom of Exhibit 1,
16    please, for the record.  It's written in Creole
17    and he's saying that he wrote it.
18       THE INTERPRETER:  We are a group of people
19    that are fighting against this old white --
20      (Whereupon there was dialogue between the
21    interpreter and the deponent.)
22       THE INTERPRETER:  -- this old white man that
23    are coming here to take advantage of a situation
24    in our country.  We told Fox that has to stop.
25    Fox -- that it has to stop.  It has to stop -- it

DON THOMPSON & ASSOCIATES

117

1  has to stop with all these old white homosexuals.
2  They have to kick them out of the country or we're
3  going to start walking around to burn them one by
4  one. Down with homosexuals. Down with
5  homosexuals.
6      THE DEPONENT: And what about up there?
7  Q. So, sir, are you mad at Mr. Geilenfeld because you
8     believe that he's a homosexual?
9  A. **I'm not angry at him.**
10 Q. But didn't you write here, sir -- you said that
11    this is your handwriting, correct?
12 A. **Yes, that's because I drew -- I drew strength from**
13    **what was written in the middle.**
14 Q. And in that writing, sir, didn't you say that we
15    need to start burning homosexuals one by one?
16 A. **Down with Michael, down with homosexuals. These**
17    **homosexuals, kick them out, out of the country --**
18    **out of this country.**
19 Q. So you want to kick them out of Haiti?
20 A. **We're going to burn them one by one.**
21 Q. Right. And that's what I just asked you. So you
22    want to burn homosexuals one by one, correct?
23 A. **If they don't stop abusing my brothers. They**
24    **should go home and do it with their own white**
25    **people. It's not because they're giving them a**

DON THOMPSON & ASSOCIATES

118

1  **little bit of food that my brothers -- my little**
2  **brothers a little bit of food that they have to do**
3  **that to them.**
4  Q. Sir, do you not like white people?
5  A. **If I'm not -- if I do not like white people,**
6     **because if they -- that is the same way. They're**
7     **going to abuse people, that means I'm not going to**
8     **like them. If you're abusing them, I don't like**
9     **you. But if you're not abusing anyone, you're**
10    **God's child. You have the same blood I have.**
11    **It's not because you're white or you're European**
12    **or you're Chinese that you can come and take the**
13    **little ones and do whatever you want to do with**
14    **them.**
15     MS. HOFFMAN: Turning to Exhibit 11, I would
16    ask the interpreter to interpret that as well for
17    the record. It's written in Creole.
18     THE INTERPRETER: Michael Geilenfeld, white
19    person, stop doing homosexual things with the
20    young kids. White Michael, you are a
21    representation of Satan. You're a white vampire
22    that comes here to suck the blood of the little
23    kids without any necessity. That has to stop.
24    Yes, that has to stop. Down with -- down with the
25    white Michael Geilenfeld and all the other niggers

DON THOMPSON & ASSOCIATES

119

1  that are his slaves. Down with white Michael and
2  all -- and with Bill homosexual and St. Joseph
3  Home for Boys. They're Port-au-Prince's
4  homosexuals. Down with sexual abuse, all our
5  little kids. Michael and Bill, please stop.
6  Q. Why did you write, Michael and Bill, please stop?
7  A. **Because Michael is the director, the male**
8     **director, Bill is the female director.**
9  Q. What does that mean, sir?
10 A. **What did you ask me?**
11 Q. What do you mean by Michael is the male director
12    and Bill is the female director?
13 A. **There are two directors. Sometimes I can say who**
14    **is the female, who is the male. Sometimes you go**
15    **and talk to Michael, he tells you to go see Bill,**
16    **that he's not responsible, Bill is the one that's**
17    **responsible.**
18 Q. For the record, who are the individuals depicted
19    on Exhibit No. 11?
20 A. **Husband and wife I guess because -- the way I see**
21    **them there.**
22 Q. Who is the individual -- who is the black man on
23    that exhibit?
24 A. **I told you, Bill Nathan.**
25 Q. And who is the white man on -- in that exhibit?

DON THOMPSON & ASSOCIATES

120

1  A. **Vampire Michael.**
2  Q. Are you referring to Michael Geilenfeld?
3  A. **Everybody that's doing that, that's abusing the**
4     **children. This one is pretending to be a**
5     **director. After they abuse them they make them**
6     **director so that they can abuse other kids.**
7  Q. Is it your testimony here today, sir, that Michael
8     Geilenfeld and Bill Nathan are in a homosexual
9     relationship together?
10 A. **I don't know if they're breaking up now.**
11 Q. Is it your testimony here today, sir, that Michael
12    Geilenfeld and Bill Nathan have been in an adult
13    homosexual relationship together?
14 A. **It's not only my testimony. My other brothers**
15    **also testified.**
16 Q. Now, Exhibit 1, Serge's exhibit with your
17    handwriting on it, and Exhibit 11, did you post
18    these around the area that St. Joseph's is
19    located?
20     MR. WALKER: Objection to form.
21 A. **I already told you that, mommy. I told you this**
22    **one I paid and then -- I paid the guy and Bill**
23    **paid the same guy I paid not to put them up -- not**
24    **to put these up.**
25 Q. So you were going to post Serge's Exhibit No. 1 in

DON THOMPSON & ASSOCIATES

121

1   the area where St. Joseph's is located by paying
2   someone to do that?
3   A. It's not that I was going to pay. Where did you
4   find this? That's because I had paid somebody to
5   put them up. But the same person I paid to put
6   them up, Bill paid them not to put them up.
7   Q. Are these the two documents that led to the
8   alleged machete attack by Bill Nathan against you?
9   A. Yeah, the words hurt him. That means they're not
10  going to change. That means that they were hurt
11  by what I said so they have to take action.
12      MR. WALKER: Object to the form of the prior
13  question.
14  Q. How much --
15      MS. HOFFMAN: Can you read that question
16  back? I'm sorry, I didn't know --
17      (The last question was read.)
18      THE DEPONENT: Yeah.
19  Q. So throughout this deposition you've testified
20  that Bill Nathan was upset because he confronted
21  you about a poster or documents that you were
22  putting up in the area; is that correct?
23      MR. WALKER: Objection -- objection to form.
24  A. Yes.
25      MS. HOFFMAN: What's the objection, David?

122

1       MR. WALKER: You were characterizing his
2   testimony --
3       Can you read back the last statement so I can
4   state my objection?
5       THE REPORTER: The last question?
6       MR. WALKER: The last question, yes.
7       MS. HOFFMAN: That's fine. I'll just
8   rephrase it.
9       MR. WALKER: No, I want --
10      MS. HOFFMAN: No, I just want to get it on
11  the record and I want to move on.
12      MR. WALKER: You've asked me -- you've
13  invited me to state my objection, and I think I
14  have the opportunity to do it. And I don't recall
15  the exact wording of the question, but I believe
16  you characterized his testimony throughout the
17  entire deposition as being a certain way; and I
18  don't think that that accurately characterizes his
19  testimony throughout the entire deposition.
20      MS. HOFFMAN: Okay. We'll just sit here
21  until I get it right, until you're happy. Okay?
22  Q. Exhibit No. 1 from -- Serge's exhibit, did this
23  document make Bill Nathan upset?
24      MR. WALKER: Object to the form of the
25  question.

123

1   A. No, this one didn't; but those are the words that
2   hurt the most.
3       MR. WALKER: Same objection.
4       MS. HOFFMAN: That's fine. I don't care.
5   We've got eight hours.
6       MR. WALKER: Do you want me to state my
7   objection, the reason for it?
8       MS. HOFFMAN: No. We're just going to keep
9   doing it until it's right.
10      MR. WALKER: So you're saying you want me to
11  state my objection?
12      MS. HOFFMAN: No.
13  Q. You went to the police station and told the police
14  that Bill Nathan was upset because you had placed
15  posters or documents throughout the neighborhood
16  in St. Joseph's area; is that correct?
17  A. I went to the police. I showed them what happened
18  to me because I didn't put up the pictures. They
19  didn't see me put up the pictures. He came to
20  attack me. He thought I was the one that did
21  that. There was no problem. But I had to go to
22  the police officer -- I had to go to the police
23  station to say this is the guy that attacked me.
24  But it really and truly -- the words didn't hurt
25  him. I wouldn't go to the police. I'm already a

124

1   police. I would settle this myself.
2   Q. When Bill approached you on the street before he
3   allegedly attacked you with a machete, did he have
4   any documents in his hands?
5   A. He didn't have anything in his hands except his
6   phone that was in his pocket.
7   Q. So he didn't show you a copy of Exhibit 11?
8       THE DEPONENT: No.
9   A. He didn't show me anything. After he said that
10  there are things that they put up and it's me,
11  it's me.
12  Q. Was he referring, do you believe, to Exhibit 11?
13  A. Well, he said he heard I was putting up his
14  pictures, I was saying his name on the radio and
15  television. So as soon as he told me that, I
16  knew.
17  Q. You knew that it was Exhibit 11 that he was
18  referring to?
19  A. No, I know he's upset because we're talking about
20  him and Michael having a homosexual relationship.
21  Q. These documents, Exhibit No. 11 and the Exhibit
22  No. 1 to Serge's deposition, when did you write
23  those documents?
24  A. I believe in 2014.
25  Q. So that was after you met Mr. Kendrick, correct?

125

1   A.  These, no.  That's in 2004, my friend.

2   Q.  So those notes that you wrote on Exhibit 1 were

3       written back in 2001?

4   A.  It depends when Emile came back.  Here it says

5       2004.

6   Q.  When you paid someone to post Exhibit 1 to Serge's

7       deposition and Exhibit 11 around the St. Joseph

8       neighborhood, what year was that?

9   A.  This is it.  This is the one, mommy, that I was

10      putting up.  This is it.

11  Q.  Okay.

12  A.  This one, I don't know when they started to put it

13      up.  I don't know.  Or if that's the date that I

14      see here.

15  Q.  Okay.  Do you think it's fair to say that those

16      documents were put up in 2012?

17  A.  I can't say that.  That means I don't know.  Maybe

18      that's why -- but that's why I didn't -- but this

19      has been there a long time, several years.

20  Q.  But the attack with the machete occurred in

21      December of 2012, correct?

22  A.  Yes.

23  Q.  And the attack with the machete occurred after you

24      knew and had spoken to Mr. Kendrick, correct?

25  A.  After I spoke -- the machete attack was after I

DON THOMPSON & ASSOCIATES

126

1       spoke to Homeland Security.

2   Q.  Was that before or after you spoke to Mr. Kendrick

3       for the first time?

4   A.  You would have to tell me that again because I did

5       not understand.

6   Q.  You just testified that the machete -- the alleged

7       machete attack took place in 2012 after -- after

8       you spoke to Homeland Security.

9           THE DEPONENT:  Mm-hm.

10  Q.  And I asked you whether that took place before or

11      after the first time that you spoke to

12      Mr. Kendrick.

13  A.  The stories -- there are a lot of stories.

14  Q.  Let me just rephrase it.

15  A.  I'm trying to explain to you, mommy.  When I tell

16      you the story, it's a bit complicated.  That means

17      I cannot remember for sure.  I don't know who got

18      us in contact with Homeland Security, but after

19      the deposition, two -- either two, three months

20      after, and this happened.

21  Q.  You testified when Mr. Walker asked you this

22      question that you first spoke with Mr. Kendrick in

23      approximately 2010 or 2011.

24  A.  Yeah, that's why I said I don't know.

25  Q.  The attack occurred in December of 2012 with the

DON THOMPSON & ASSOCIATES

127

1       machete, correct?

2   A.  I think December '12.

3   Q.  Who -- where did you get the money to ask someone

4       to pay to put up Exhibit 1 to Serge's deposition?

5   A.  I'm an artist.  When I sell my masterpieces, I do

6       what I want with my money.

7   Q.  Did Mr. Kendrick pay you to put up that Exhibit

8       No. 1 throughout St. Joseph's neighborhood?

9           THE DEPONENT:  I paid myself to do it.

10  A.  I paid myself to do it.

11  Q.  Is your answer no?

12  A.  The answer is me, my own money, I paid so they

13      would put them up.  Kendrick doesn't know anything

14      about this.  That's my work.  That means Kendrick

15      is doing his own work.

16  Q.  Yesterday I spoke to Jean -- actually, my

17      colleague did -- and he told me that Michael

18      Geilenfeld had poisoned and killed someone.

19  A.  Yes.

20  Q.  Who was it that was poisoned and killed?

21  A.  James.

22  Q.  James, do you know his last name?

23  A.  Brouard.

24          THE INTERPRETER:  B-R-O-U-A-R-D.

25  Q.  When did that happen?

DON THOMPSON & ASSOCIATES

128

1   A.  To tell you the truth, Michael knows all the

2       stories.  But me, there are things that I don't

3       look for.  What I'm looking for are solutions to

4       stop abusing the children, my brothers.

5   Q.  Jean told me that you would know when the

6       poisoning took place.  Do you know?

7   A.  What I know is that they poisoned in Fermathe --

8           THE INTERPRETER:  F-E-R-M-A-T-H-E.

9   A.  That's where he was working.  I think he poisoned

10      him because he was talking about things that were

11      happening.

12  Q.  Do you know when this poisoning took place, what

13      year?

14  A.  I don't remember.

15  Q.  You mentioned your brother earlier, Yvon, correct?

16  A.  Yes.

17  Q.  Where does Yvon live?

18  A.  Now?

19  Q.  Yes.

20  A.  The United States.

21  Q.  In which state?

22  A.  Ask me questions about myself.

23  Q.  Do you know someone named Valerie Dirksen?

24  A.  I heard about her.

25  Q.  Have you ever spoken to her?

DON THOMPSON & ASSOCIATES

129

1  A.  Never met her.  Maybe I could talk to her and I
2      don't even know it's her.
3  Q.  Did Michael Geilenfeld ever abuse Yvon?
4  A.  I don't think so, but he tried.
5  Q.  Did you know that Valerie Dirksen drove to
6      Tennessee to meet your brother?
7  A.  She has that right.
8  Q.  Did you know that your brother told Valerie
9      Dirksen that Michael Geilenfeld never abused your
10     brother?
11 A.  Never abused who?
12 Q.  Your brother.
13 A.  I know.  I know Michael didn't abuse him, but he
14     tried -- but he was always trying, but God helped
15     us.
16 Q.  Did you know that your brother claimed that
17     Michael Geilenfeld never tried to abuse him --
18     MR. WALKER:  Objection.
19 Q.  -- when he spoke with Valerie Dirksen?
20     MR. WALKER:  Objection.  Foundation.
21 A.  That depends.
22 Q.  It depends on what?
23 A.  Maybe it could happen that he didn't -- he told
24     Valerie that he was never abused by Michael
25     sexually, but he knows and he saw -- but he knows

130

1      and he saw.
2  Q.  Did Michael ever ask you to pour vodka on his body
3      and lick it off?
4  A.  He didn't tell me that.  There are other guys that
5      he told to and there are other guys he did
6      that to, just like Bill, for example.  He dipped
7      his balls in something and had Bill suck it.  And
8      then another guy, another partner by the name of
9      Mark that passed away, passed on.
10 Q.  Okay.  Who did Michael Geilenfeld ask or make pour
11     vodka on his body and lick it off?
12 A.  I don't know.  I can't answer that.
13 Q.  You just told me a moment ago he made guys do
14     that.
15 A.  I just told you he did that to Marc and he did
16     that with Bill, that he dipped his balls in
17     glasses that they were drinking with alcohol and
18     asked him to suck it off.
19 Q.  Okay.  So your testimony here today is that
20     Michael Geilenfeld dipped his balls in vodka and
21     made people lick it?
22 A.  That's one of my testimonies.
23 Q.  Okay.  Did Michael Geilenfeld ever make you watch
24     a Playboy video?
25 A.  Me or other people?

131

1  Q.  You.
2  A.  Not yet.  I haven't played that movie yet.
3  Q.  Did Michael Geilenfeld ever make you act out a
4      Playboy video?
5  A.  You mean with other guys?
6  Q.  With you.
7  A.  You mean like Michael would ask me to go and watch
8      movies with me?
9  Q.  I mean did Michael make you act out a Playboy
10     video with him?
11 A.  I didn't participate, not me.
12 Q.  Did he ever ask you to do that?
13 A.  He's not going to ask me that.  He will ask the
14     other -- he would ask other guys and they would
15     come and tell me, to tell -- so then I should tell
16     them if they should agree or not and what they
17     should do.
18 Q.  What other guys did he ask to act out a Playboy
19     video?
20 A.  I can't -- the other guys that do it with him,
21     they're not here.  Those are -- some of them
22     passed, some them are in the United States.
23 Q.  What are their names?
24 A.  Jean Joél and Jeff Bazile.
25     THE INTERPRETER:  B-A-Z-I-L-E.

132

1  Q.  It's your testimony here today that the two names
2      that you just gave us were asked to act out a
3      Playboy video with Michael Geilenfeld; yes or no?
4  A.  They participate the movie with Michael
5      and then they did their own movie.
6  Q.  Oh, okay.  So it's your testimony here today that
7      those two men watched Playboy videos with Michael
8      Geilenfeld?
9      MR. WALKER:  Object to the form of the
10     question.
11 A.  In Michael's bedroom.  They'll do it.  They'll do
12     it.
13 Q.  So Michael had a TV in his bedroom?
14 A.  He had everything.  Not only a TV.  He had
15     everything -- a big radio to listen to, good
16     music -- so when you're inside, you can enjoy
17     yourself.
18 Q.  So did he have a video player in his bedroom, too?
19 A.  That he would have the kids come at night in his
20     room and they would play games like Bingo, playing
21     cards, white people's games.  And you would get
22     candy.
23 Q.  What kind of candy?
24 A.  Chocolate, things that have peanuts.
25 Q.  Did Michael have a video player in his room?

133

1  A.  Like a Nintendo?
2  Q.  No, like something to play the Playboys on.
3  A.  DVD.  It would be in his room before it's outside
4     for the kids to watch, mommy.  And then on
5     Saturdays they would go -- and then on
6     Saturdays -- and then on Saturdays they would go
7     and rent out videos, DVD's, from a place in
8     Pétion-Ville, and then they would come and watch.
9     And some of them would eat popcorn, some of them
10    would be outside playing.
11        MS. HOFFMAN:  Did he say DVD's?
12 A.  I'm sorry, at that time there was videos.
13 Q.  Okay.  So what you're saying is that Michael would
14    take the VCR from the TV room to watch the Playboy
15    movies in his room?
16 A.  He has his own VCR and then there's a VCR for the
17    kids.
18 Q.  Okay.  So in his bedroom he has a VCR and a TV?
19 A.  Yes.
20 Q.  Where does he keep the Playboy movies?
21 A.  In his room, who's the owner of the room.
22 Q.  Did he hide them?
23 A.  How could he not hide them, mommy?  What he
24    wouldn't hide was money and candy so you can see
25    things that would tempt you.

DON THOMPSON & ASSOCIATES

134

1  Q.  That's my question, sir.  I want to know where he
2     hid the Playboy videos.
3  A.  I didn't go into the room to look for them.  If
4     I'm looking -- if I go in there and look around,
5     if I spend time in the room, I would be able to
6     look and see where things are.
7  Q.  Now, do you believe that Michael Geilenfeld is a
8     homosexual?
9  A.  Think or what?
10 Q.  Yeah, what's your opinion?  Just yes or no.
11 A.  He's a homosexual.
12 Q.  Okay.  Why would Michael Geilenfeld have Playboy
13    videos then which depict a man and a woman having
14    sex?
15 A.  So now he's going to teach the others how to do it
16    male on male.  He gave them false -- fake penises
17    so they could practice.  Even me, they gave me one
18    to practice.
19 Q.  He gave you a fake penis to practice?
20 A.  I didn't practice.
21 Q.  You didn't practice.  What did you do with your
22    fake penis?
23 A.  To show the others.  To help me and tell me what
24    that is.
25 Q.  When did Michael Geilenfeld give you a fake penis?

DON THOMPSON & ASSOCIATES

135

1  A.  Around '89.
2  Q.  What did you do with it?
3  A.  I'm looking at it, I'm showing it to my friends,
4     because I did not quite -- I wasn't old enough to
5     understand exactly.
6  Q.  Did you throw it away?
7  A.  It got lost.
8  Q.  Where did you lose it?
9  A.  When I moved out of the house.  Because when I
10    leave, I can only take a little suitcase.
11    Everything else stays in the house for them.
12 Q.  Okay.  Earlier you testified, sir, that you left
13    St. Joseph's in -- when you were 15 or 16 years
14    old.  Is that correct?
15 A.  I was 16, yes.
16 Q.  Okay.  In 1989 that would have made you 13.
17 A.  13 going on 14.
18 Q.  So -- I'm sorry.  What did you do with the fake
19    penis between 1989 and 1992, for those three
20    years?
21        MR. WALKER:  Object to the form of the
22    question.
23 A.  Didn't I tell you I went to show it to the kids?
24    I left it at the house.  But if I had known I was
25    going to need to have a battle to -- for all this,

DON THOMPSON & ASSOCIATES

136

1     I would have taken it with me.
2  Q.  So when you moved out, you just left it there?
3        MR. WALKER:  Object to the form of the
4     question.
5  A.  I left the house and I took only my clothes.  My
6     bicycle and things I left.  What was I going to do
7     with them?
8  Q.  You left your bicycle there, too?
9  A.  I left.  I took my little suitcase, but I knew I
10    could go back anytime I wanted.
11 Q.  Let's turn to the document on the bottom there,
12    which is Exhibit No. 9.
13 A.  Could I -- we take a bathroom break?
14 Q.  Of course.  At any time you want to take a break,
15    we can take a break.
16        (Whereupon a break was taken at 4:51 p.m.)
17            * * * * * *
18        (Whereupon the deposition resumed at
19    5:05 p.m.)
20            * * * * * *
21        MS. HOFFMAN:  To put on the record, David, I
22    understand that today Kendrick, Sibert, and Serge
23    were at IBESR asking why the children were not
24    removed at St. Joseph's yesterday.  And apparently
25    they caused a large scene there.  Did you know

DON THOMPSON & ASSOCIATES

137

1  that your client was doing that?
2       MR. WALKER:  My response, for the record,
3  will be, first of all, I don't know what
4  happened -- I assume you're getting this
5  information from somebody else because obviously
6  we've been here, not there.  Mr. Kendrick, I
7  assume, just like you or your client, have the
8  right to go and speak with IBSR or any other
9  government entity.  I don't think there's any rule
10  in this case or in the law that prevents them from
11  going and talking to any Haitian governmental
12  entity.  I have no idea what they're doing today
13  or what's happening at IBSR.  I'm here to focus on
14  this deposition and get this deposition done.
15       MS. HOFFMAN:  So you did know that they were
16  there or you didn't?  I don't understand.
17       MR. WALKER:  I don't think -- first of all,
18  if I get communications from my client about where
19  he is and what he's doing, obviously it would be
20  improper of me to put those on the record or share
21  those.  Those would be privileged communications.
22  Second, whether or not he went and talked to IBSR
23  or Haitian National Police or any other
24  governmental agency I think would have no
25  relevance to these proceedings and I think he

138

1  would be well within his rights to talk to whoever
2  he wants to talk to.
3       MS. HOFFMAN:  Okay.  Just to place it on the
4  record, yesterday IBESR and other officials came
5  to St. Joseph's Home with Uzies and submachine
6  guns.  The children were screaming and crying.
7  They were not taken.  And it's my understanding
8  that Mr. Kendrick, Serge, and Cyrus Sibert somehow
9  made that happen.
10       MR. WALKER:  Is this something that you
11  observed or something that you heard about?
12       MS. HOFFMAN:  It's something that I heard
13  about.
14       MR. WALKER:  Okay.  And are you speculating
15  that Mr. Kendrick and Serge control, somehow, the
16  Haitian Child Protective Services?
17       MS. HOFFMAN:  No, because I think if they
18  did, these children wouldn't be there anymore.
19       MR. WALKER:  So what are you saying then?  If
20  you don't think they control the Haitian Child
21  Protective Services, then why do you think it's
22  relevant that Haitian Child Protective Services
23  took an action or did not take an action?
24       MS. HOFFMAN:  I don't think what I think
25  about relevance really matters here.  I'm laying

139

1  this on the record so that Magistrate Rich can
2  deal with it when we get back.
3       MR. WALKER:  So the record can reflect that
4  IBSR, or IBSER, whatever it is, Haitian Child
5  Protective Services, took some action with respect
6  to the orphanage.  I have no information about
7  that, and I'm sure that they are operating on
8  their own agenda.
9  Q.  Destin, you just heard Mr. Walker talk about the
10  orphanage.  Do you know if children at St. Joe's
11  are adopted by families?
12  A.  I don't know.
13  Q.  Have you ever heard of children from St. Joe's
14  being adopted?
15  A.  No.
16  Q.  Who is Arnold?
17  A.  Jean Joël.
18  Q.  If you turn to Page 13 of Exhibit No. 9, at the
19  bottom of Page 13 in the highlighted text right
20  next to your name it says, Everyone says Arnold
21  died of AIDS that he contracted from Michael but
22  Michael takes medication that keeps him alive.
23       Who is Arnold?
24  A.  Jean Joël.
25  Q.  Did he die of AIDS?

140

1  A.  I don't know.
2  Q.  Why did you tell Cyrus Sibert that he died of
3  AIDS?
4       MR. WALKER:  Objection to form.
5  A.  Because he was sick like with diarrhea and Michael
6  was the one that gave him medication, and he used
7  to sleep with Michael.  Because the whole time the
8  rumor started, the guy named James, the reason
9  they poisoned him and he died, because of that,
10  because he's talking saying Michael --
11       THE INTERPRETER:  I'm sorry.  I apologize.
12  A.  -- saying Arnold has AIDS and Michael gave it to
13  him, Michael is giving him medication.
14  Q.  Do you know if Michael Geilenfeld has AIDS?
15  A.  No.  I don't know.  I can't say anything about
16  that.
17  Q.  I don't understand here then why it says everyone
18  says Arnold died of AIDS that he contracted from
19  Michael.  Did you mean that Michael has AIDS?
20  A.  I can't know.  I don't know if he got it from
21  Michael.  I don't know where he got it from.
22  Q.  If you continue down on the next few lines it
23  says, All these children are getting sick but he
24  takes medication.
25       What children were getting sick?

141

1  A.  I don't know, but there was a group of children in
2     Fermathe that were dying.  Some passed.  That --
3     the white cells ate the red cells.  Some of them
4     passed.  They haven't even found them.
5  Q.  I thought you told me that Michael lives at 91
6     Delmas?
7  A.  So you mean that Wings of Hope is not his and
8     Trinity is not his, he can't go there?
9  Q.  Is it your testimony here today that Michael
10    Geilenfeld infected children at Wings of Hope in
11    Fermathe with AIDS?
12        MR. WALKER:  I'm going to object to the form
13    of the question.
14 A.  No.  No.  That's not my testimony.
15 Q.  What did you mean then when you said that children
16    were getting sick in Fermathe?  What does Michael
17    have -- what does Michael have to do with that?
18 A.  Only make money -- only make money with them, not
19    take them to the doctor, not take them to the
20    hospital, just use them and when they die put them
21    in a box without even putting them in a coffin.
22 Q.  So then it wasn't that Michael infected them with
23    AIDS?
24 A.  I don't know.
25 Q.  Why then did you say in your interview on Page 13

DON THOMPSON & ASSOCIATES

142

1     that he's spreading the disease but no one
2     understands what's really happening?
3  A.  Because Arnold was always saying this is what
4     happened, this is the guy that he was having --
5     that he was having a relationship with when
6     they're frightening him.
7  Q.  If you turn to Page 17 -- actually, turn to Page
8     2.
9         May I have it real quick?  I'm just going to
10    highlight it real quick to move this along.
11        Now, on Page 2 after your name it says, While
12    I was sleeping Robert came to my room and asked me
13    to take my pants down.  If it weren't for the
14    grace of God and prayer, he would have penetrated
15    me.  I told him I was sick with a stomachache so I
16    cannot do this.
17        Was it Robert who asked you to take your
18    pants down?
19 A.  Michael asked me to.
20        THE DEPONENT:  Robert asked Maya to do that.
21 A.  Robert asked Maya --
22        THE INTERPRETER:  M-A-Y-A.
23 A.  -- to do that.
24 Q.  Why does it say here in the interview that you
25    gave with Cyrus Sibert, While I was sleeping

DON THOMPSON & ASSOCIATES

143

1     Robert came to my room and asked me to take my
2     pants down?
3  A.  I didn't say Robert.  I said Michael.  The reason
4     I said Robert tried to do that to Maya's brother
5     is because Michael did that to Robert.  So when
6     Michael did that to me and Maya is saying, oh,
7     this is what Robert did to me.
8  Q.  So do you think Cyrus or someone that works for
9     Mr. Sibert translated the interview incorrectly?
10 A.  Yes, the person put the wrong name.  They put it
11    in the wrong spot.
12 Q.  Okay.  Turn to Page 8.
13        May I just have it again?
14        During that interview you said, Yes, Michael
15    Geilenfeld, he was part of the brotherhood, but
16    when they saw him abusing young boys they put him
17    out.  He was with the brotherhood of Mother
18    Theresa, but they removed him.  That's when he
19    started his own institution so he could continue
20    to do the things we've told you.
21        How do you know that?
22 A.  Everybody that grew up in Pele --
23        THE INTERPRETER:  P-E-L-E.
24 A.  -- City, myself, I know, I grew up with the guys,
25    they're explaining it to me, they're talking about

DON THOMPSON & ASSOCIATES

144

1     it.  And Michael, when he's telling us his story,
2     he gives us his background.
3  Q.  So you didn't hear that from Mr. Kendrick?
4  A.  No, not at all.  I have known these stories.  It's
5     just us, the brothers.
6  Q.  Later in the interview you said, In Jacmel when
7     you go to those places, my brother, the moment you
8     enter the places you hear the people whisper,
9     there are the homosexuals, there are the
10    homosexuals, a homosexual team.  It's like that.
11    You hear them saying that.  They don't agree with
12    the homosexuals here.
13        What does that mean?
14 A.  Well, that's how it is.  Even in 91 when you go
15    there, they say, oh, this is the homosexual.  Even
16    in Fermathe --
17        THE INTERPRETER:  F-E-R-M-A-T-H-E.
18 A.  -- they say, these are the homosexuals, these are
19    the homosexuals.
20 Q.  You testified that Michael used to keep Coca-Cola
21    in his bedroom, correct?
22 A.  All kinds of drinks.
23 Q.  Did he have a refrigerator in his room?
24 A.  He did not -- he could not not have it.  He has a
25    little thing in his room and there's a big one out

DON THOMPSON & ASSOCIATES

145

1    there for the guests.

2  Q.  You testified as well that Michael Geilenfeld came

3     into your bedroom in order to attempt to sexually

4     assault you, correct?

5  A.  Yes, on my bed.

6  Q.  You also testified that there were four other

7     individuals who stayed in your bedroom with you.

8  A.  Yes.

9  Q.  When this alleged attack happened, where were

10    they?

11  A.  Everybody was asleep.  Then I started to make

12     noise and then he left.  He doesn't have -- he

13     wasn't wearing -- he wasn't wearing tennis shoes

14     or anything.  His feet could go to another room,

15     so he left.

16  Q.  So Michael Geilenfeld came into your bedroom

17     naked?

18  A.  No, with his clothes on.  When he gets to the

19     point that he needs to get, he'll take his clothes

20     off.

21  Q.  So none of the other individuals in your room woke

22    up?

23  A.  No.  But they all knew about it.  I told them.  I

24     told them that.

25  Q.  Tell me about the bedroom.  How many beds were in

DON THOMPSON & ASSOCIATES

146

1    the room, in your bedroom?

2  A.  I was in a bed with -- there were four people, so

3     two beds.

4  Q.  Were they bunkbeds?

5       THE DEPONENT:  Bunkbeds.

6  Q.  Did you sleep on the top or the bottom?

7  A.  The bottom.

8  Q.  So you shared your bed with another person?

9  A.  I'm below and the other one is on top.

10  Q.  So how many bunkbeds were in the room?

11  A.  I told you two, so four people.

12  Q.  So there were four people total in the room?

13  A.  Yes.  A bed on this side, a bed on the other side.

14  Q.  At some point were you evicted from St. Joseph's?

15  A.  You mean kick me out?

16       THE DEPONENT:  I kick myself.

17  Q.  So you weren't living on the property and you

18     didn't go through the eviction process?

19  A.  When they kicked me out of the room -- of the

20     house and then I didn't have a place to stay,

21     there was a piece of property that they purchased

22     while I was in the United States for $52,000.  And

23     when I came -- when they kicked me out, some of

24     the guys were staying there; so I would stay there

25     once in a while.  And then after years -- I even

DON THOMPSON & ASSOCIATES

147

1    went to jail from that property.  When he sold the

2     property, he kicked us all out.  He paid the

3     police to kick us out, and we left.

4  Q.  How much did he pay the police?

5  A.  I had the paper.  I don't remember.  But I have

6     the paper, how much money he gave at the police

7     station in Pétion-Ville.

8  Q.  How did you get the paper?

9  A.  When they're evicting you, the police officer

10     comes with a paper to tell you to leave.

11  Q.  Okay.  So the paper was for the eviction, not for

12     paying off the police?

13  A.  Well, it was written on the paper how much each --

14     every person got paid, because they came with the

15     police and they came with about 10 to 18 guys to

16     put our stuff out in the streets.

17  Q.  Have you discussed the testimony of other, as you

18     would call them, victims in this case?

19  A.  Of what happened?

20  Q.  Of what they've testified to.

21  A.  The other guys?

22  Q.  Yes.

23  A.  No.  If there's a meeting after, after we've all

24     done our depositions, we'll find out what we

25     talked about.

DON THOMPSON & ASSOCIATES

148

1  Q.  Now, you also claim that Michael Geilenfeld

2     attempted to sexually assault you in his bedroom.

3     So far --

4  A.  I didn't -- listen.  I didn't say in his room.

5     He -- he called you into his room.  He makes an

6     offer, and you can accept if you want to.  He

7     calls you in his room and he touches you a little

8     bit.  If you agree, you'll make the sacrifice.

9  Q.  So did -- tell me about his bedroom.  Describe it

10     for me, please.

11  A.  When I was next to him?

12  Q.  No, just describe it.  So far you've told me

13     there's a refrigerator, there's a TV, a VCR.  What

14     does his bed look like, for example?

15  A.  His bed -- his bed is not a big bed like the

16     wealthy people.  His bed is just a small bed, but

17     he has his desk to put his money and he has his

18     dresser -- he has an armoire that opens up.

19     You're going to see where the money is.  Oh,

20     this is the American money, this is the Haitian

21     money.  When you walk in, if you're looking for

22     something or if you come to get something, you'll

23     see the money.

24  Q.  Okay.  Now, I'm just going to follow up on this

25     one thing and I'll move on from it.  You said that

DON THOMPSON & ASSOCIATES

149

1  his bed isn't a big bed like rich people.
2  Describe his bed to me. I mean --
3        MR. WALKER: Object to form.
4  **A. A little bed for two people, but sometimes they're**
5  **like sofas. You know the little things that can**
6  **rock? That's what's the bed. He has rocking**
7  **chairs, that sofa. I see them overseas. It's not**
8  **the rich people's bed. It's a sofa where you can**
9  **sit or you can pull it out and it becomes a bed.**
10 Q. Okay. So he has a futon, correct?
11 **A. I don't know the name; but as I'm saying, it's a**
12 **sofa. It could be a bed when you need it to be a**
13 **bed.**
14 Q. Okay. Now, in 1999 there were allegations made
15    against Michael Geilenfeld and you were
16    interviewed; is that correct?
17 **A. In what year, 1999?**
18 Q. Yes.
19 **A. I don't remember that.**
20 Q. If I gave you your interview, would that help
21    refresh your recollection?
22 **A. Yes.**
23       MS. HOFFMAN: I know this has been marked
24    before. Hasn't it? No. We'll just mark it now.
25       I'm going to mark it as Exhibit 12. You guys

DON THOMPSON & ASSOCIATES

150

1  produced it, I think.
2        MR. WALKER: Do you have a copy for us?
3        MS. HOFFMAN: I don't because I thought it
4     was already marked. I'm sorry. I'm just showing
5     him this one little thing. Do you want to see it
6     first?
7        I'll just put that page in. I'm not putting
8     in that whole thing.
9        (Deposition Exhibit No. 12 was marked.)
10 Q. When you were interviewed in 1999, what did you
11    say about St. Joseph Home for Boys?
12 **A. In 1999? To whom?**
13 Q. To Shelly Whiley.
14 **A. I -- I don't know her.**
15 Q. Okay.
16 **A. She's one of the Homeland Security agents?**
17       THE DEPONENT: Mm?
18 Q. I'll make it easier. I'll just read it. Did you
19    say --
20 **A. That's not me.**
21 Q. This is a good work that Michael came to Haiti to
22    do. He took us in to help us, to send us to
23    school, and I find it hard to believe someone
24    would speak against this house. Michael is a good
25    person for the work he's doing.

DON THOMPSON & ASSOCIATES

151

1  **A. I never --**
2        MR. WALKER: I'm going to object to the form
3     and the foundation.
4  **A. I didn't because he never sent me to school. I**
5  **would never say that.**
6  Q. So you didn't say that?
7        THE DEPONENT: No, that's not me.
8  **A. That's not me.**
9  Q. It was a different Destin?
10       MR. WALKER: Object to the form of the
11    question.
12       THE DEPONENT: They say Destin, but that's
13    not -- I never said but Michael sent me to school.
14    So all my --
15 **A. The whole time I -- the whole time that I was at**
16 **his house it was travel to go and dance. When**
17 **would I have time to go to school, when I became**
18 **old, 16, 17? No.**
19 Q. Destin, when you were at St. Joseph Home for Boys,
20    was there another Destin at that time?
21       THE DEPONENT: No Destin. There was David,
22    Daniel. All D, but never Destin. It's only one
23    Destin, even when I was in 1989 -- '80. So they
24    put -- they write down my name.
25 **A. They made the list when I was there in '90. They**

DON THOMPSON & ASSOCIATES

152

1  **want -- they put my name down and said, yes, we**
2  **want Michael to come, we want Michael to come. I**
3  **have the papers, too. But I was in the United**
4  **States in 1990.**
5  Q. Okay. So this document and the words reflected
6     after your name is not something that you said?
7        THE DEPONENT: I never said --
8        MR. WALKER: Object to the form and
9     foundation.
10       THE DEPONENT: Michael never sent me to
11    school. Did I say, oh, he sent me to school?
12    Crazy.
13 Q. Okay. So Michael never sent you to school?
14       THE DEPONENT: No. When I stay at
15    St. Joseph, never go to -- even if I go to school,
16    I spend like one, two, three weeks and after go to
17    the States.
18 Q. And you don't recall ever saying that Michael does
19    good work in Haiti, correct?
20       THE DEPONENT: Crap.
21       MR. WALKER: Objection. Form and foundation.
22       THE INTERPRETER: Crap?
23       THE DEPONENT: Yeah.
24       MS. HOFFMAN: What's the form and foundation
25    problem?

DON THOMPSON & ASSOCIATES

153

1      MR. WALKER: Thank you. The problem is,
2  first of all, you're showing him a part of a
3  document. We don't know what it is or where it
4  came from. Somebody obviously typed that. You're
5  asking him -- you've started by asking him if he
6  had ever been interviewed. He said he didn't
7  remember. You then showed him that document to
8  see if it would refresh his recollection. He said
9  that it didn't. He's clearly testified at least
10  twice now that those are not his words. And, so,
11  I feel like at this point you're continuing to ask
12  him the same questions that he's already
13  completely answered. He doesn't recognize the
14  statement. He said it's not his.
15      MS. HOFFMAN: I thought we went over this two
16  days ago when you got upset when Devin was
17  objecting because you were leading the witness and
18  you said that's not a form or foundation
19  objection. So why now are you allowed to object
20  for me asking and repeating the same question
21  which Devin objected to as well and I can't object
22  to that when you do it?
23      MR. WALKER: I got upset because Devin
24  objected to asked and answered without my having
25  asked him for the basis of his objection. My

DON THOMPSON & ASSOCIATES

154

1  objection here was simply form, foundation. You
2  solicited the basis for my objection and then I
3  stated it. The reason I was upset with Devin was
4  because he was putting on the record the basis for
5  his objections without my having asked him.
6      MS. HOFFMAN: Okay. Well, we'll just leave
7  it as he doesn't remember saying these things.
8  I'm fine with that.
9      THE DEPONENT: Not remember. That's not my
10  story. If I write something, I will tell you,
11  yes, that's me.
12      MS. HOFFMAN: That's fine. We'll leave it as
13  he doesn't remember and that's not his story.
14 **Q.** Sir, have you ever been in trouble? Have you ever
15  gone to jail?
16      THE DEPONENT: Yes.
17 **Q.** Where did you go to jail?
18 **A.** **Pétion-Ville.**
19 **Q.** For what?
20 **A.** **For fighting.**
21 **Q.** When?
22 **A.** **For the property. I don't remember, but I did go**
23  **to jail.**
24 **Q.** How many times have you been to jail?
25 **A.** **Two or three times.**

DON THOMPSON & ASSOCIATES

155

1 **Q.** For how long each time?
2 **A.** **It's an injustice, but I go -- they can't keep me**
3  **for a long time. I go, I spend three, four days.**
4      THE DEPONENT: But some -- one day I spend 22
5  days.
6 **Q.** Have you ever been in jail in any other country
7  besides Haiti?
8 **A.** **Not yet.**
9 **Q.** Are you friends with someone named Volcy?
10 **A.** **He's my brother.**
11 **Q.** Is he -- to be clear, you only have one --
12      THE DEPONENT: One brother.
13 **Q.** -- one true sibling?
14      THE DEPONENT: Yeah. No, I -- like I don't
15  want -- like, here we come to talk of some things,
16  but I don't want to include my family or anyone.
17  So some things it's only me. So my brother, so he
18  might hear or no; but, no, it's me who's in the
19  situation, not my family.
20 **Q.** Have you ever received any money from
21  Mr. Kendrick?
22      THE DEPONENT: Never.
23 **Q.** Has he ever paid for anything for you?
24      THE DEPONENT: Never.
25 **Q.** Has he ever agreed to reimburse you for costs or

DON THOMPSON & ASSOCIATES

156

1  anything else?
2 **A.** **No, he never told me he was going to reimburse me**
3  **for expenses. What expense, come here to talk?**
4  **No.**
5 **Q.** Has he ever paid you for work that you've done?
6 **A.** **Not yet. I don't know if I'm going to get paid**
7  **for that. But what I want to get paid, I want to**
8  **get paid for the children. I want this to end.**
9  **That's how I'm going to get paid.**
10 **Q.** What does that mean?
11 **A.** **To tell you that same thing again? My payment**
12  **will be -- is not physical, like what they're**
13  **going to give me. What I'm going to get paid is**
14  **for this to stop with these children. God will**
15  **pay me for the work that I'm doing, so they can**
16  **stop abusing the little black children.**
17 **Q.** Do you know anything about a bribe on -- that
18  Michael Geilenfeld or Hearts with Haiti paid to a
19  judge to drop the attempted murder charge against
20  you?
21 **A.** **Attempted murder, who was that?**
22 **Q.** No, an attempted murder charge was brought against
23  Bill.
24 **A.** **That's why Bill is not in jail now.**
25 **Q.** How much money was paid?

DON THOMPSON & ASSOCIATES

157

1  A.  In Pétion-Ville they gave him 10,000 U.S. dollars.
2     They wanted to give me the money.  I said no.
3     When I said no, they said -- they asked me what
4     did I want.  I said justice.  And they said, we'll
5     give you anything you want.  I said, no, justice
6     is what I want.  When I told them I wanted justice
7     and they said okay, then I went to the judge and I
8     told the judge, me, I'm not taking anything.  And
9     then he said, where would you like to go with
10    this.  I said, I want to go down to the courthouse
11    downtown.  The judge sent the --
12        THE DEPONENT:  Case.
13 A.  -- the case --
14        THE INTERPRETER:  Thank you.
15 A.  -- to Port-au-Prince.  And then when the case got
16    downtown, they came with 15,000 U.S. to offer me.
17    That's 25,000.  They came with the police officer
18    that Michael usually uses.  The police officer
19    says, what are you doing, man, Michael pays me to
20    come and arrest you, take the money.  I said, no.
21    Justice.  Give it to the Court.  Then I told them
22    that they said we asked you what you wanted, come
23    and talk to us, whatever you want we'll give you.
24    I said, I want justice.  And they said, so we
25    asked you, so you don't want anything?  I said,

DON THOMPSON & ASSOCIATES

158

1     it's okay, I'll get justice with the United
2     Nations if you can't do it.  And when I said that,
3     they wanted to arrest me.  They came with the
4     $15,000 to have me arrested.  And then I told them
5     that the United Nations will do the work, and then
6     they said you're arrested.  I said, there's no
7     problem, let's go.
8         And then they took me and I had these on my
9     arms.  They told me to take them off.  I took them
10    off.  And the guy that had the key opened the door
11    and he said go inside.  I said, there's no
12    problem; and I went inside.  And I found other
13    people there, so I said hello.  And then I sat.
14    After three minutes --
15 Q.  Destin, I'm sorry to cut you off but --
16        MR. WALKER:  Do you need a break?
17        THE INTERPRETER:  We can finish.
18        MS. HOFFMAN:  We're almost done.  Do you
19    really -- if you want to take a five minute
20    break --
21        THE INTERPRETER:  No, no, no.
22 Q.  You said that they offered a $15,000 bribe.  Who
23    is "they"?
24 A.  Bill, Walnes --
25        THE INTERPRETER:  W-A-N-E-S.

DON THOMPSON & ASSOCIATES

159

1  A.  -- he brought the money.  Him with another
2     assistant.
3  Q.  Okay.  And did they bring --
4  A.  Bill's assistant.  I don't know his name.
5  Q.  And did they bring the money to you or to the
6     judge?
7  A.  For the lawyer.  For the lawyer.
8  Q.  For the lawyer.  So no judge was bribed?
9  A.  The judge was -- did not agree.  If the judge had
10    agreed, they would not have sent the case
11    downtown.
12 Q.  Okay.  At some point you met with officers from
13    ICE, correct?  Just say yes or no.
14 A.  Do you mean Homeland Security?
15 Q.  Yes.
16        THE DEPONENT:  Yes.
17 A.  Yes.  Yes.
18 Q.  And did you tell them the truth?
19        THE DEPONENT:  Always say the truth.
20 A.  Always say the truth.
21 Q.  So you told them that you were sexually and
22    physically abused by Michael Geilenfeld?
23 A.  No.  I didn't trust them yet.  I had not -- I was
24    not -- I did not trust the people from Homeland
25    Security, but I told them the truth.

DON THOMPSON & ASSOCIATES

160

1  Q.  Did you know that Homeland Security found that no
2     one told them that Michael Geilenfeld had abused
3     them?
4         MR. WALKER:  I'm going to object to the form
5     and foundation of that question.
6  A.  That's a lie.
7  Q.  So who told Homeland Security that they had been
8     abused by Michael Geilenfeld?
9         MR. WALKER:  Objection.  Foundation.
10 A.  The person that said that was a gentleman by the
11    name of Michelet.  Myself and Serge and the other
12    little -- and the other little one called Junior,
13    but I don't know where.
14 Q.  If you know, Destin, why did Homeland Security not
15    move forward with its investigation?
16        MR. WALKER:  Objection.  Form and foundation.
17 A.  What I know -- I'm going to tell you the truth.
18    Homeland Security, Hearts with Haiti, are the
19    same --
20        THE DEPONENT:  Not Homeland Security.  Hearts
21    with Haiti.  Hearts with Haiti --
22 A.  Hearts with Haiti are the ones that are supporting
23    Michael abusing the children.
24 Q.  Destin, did you go to the U.S. consulate to apply
25    for a visa?

DON THOMPSON & ASSOCIATES

161

1  **A. Yes.**
2  Q. Were you refused a visa?
3       THE DEPONENT: Yes.
4  **A. Yes.**
5  Q. Did you tell the investigator to fuck off?
6       MR. WALKER: Objection to the form of the
7  question.
8  **A. What does that mean, fuck off?**
9  Q. Did you become angry when you were refused a visa?
10 **A. Why would I become angry?**
11 Q. Because you wanted a visa.
12 **A. I can go other places. I can go -- I have visas**
13 **for Panama, Mexico. From those countries I can go**
14 **to the United States.**
15 Q. Did you curse --
16 **A. I tried to see if I would get the visa because the**
17 **homosexuals that Michael abused didn't have the**
18 **strength to tell him not to do that, and I was**
19 **trying to open doors to go do the work because the**
20 **work has to be done. Even if Hearts with Haiti**
21 **and Michael have a lot of money and they're**
22 **partners together, I don't have a problem with**
23 **that; but one day it's going to stop.**
24 Q. Is it your goal to come to the United States of
25 America?

162

1       THE DEPONENT: My goal is to stay here, like
2  to not let any white man come do the -- do stuff
3  here. So even if I have an opportunity to go --
4  even I have opportunity to go to the States, I
5  will go. But my job is to come here in Haiti, all
6  over the world, to help my people, so that goes --
7  anyone who think that they're going to like -- so
8  they're going to do like Michael Geilenfeld, no
9  problem. So no matter if it's going to be one,
10 you don't know the seed --
11 **A. You don't know when you plant the seed what**
12 **harvest are you going to get. They don't know --**
13 **you don't know what I'm planting. It has to stop.**
14 **And I know that in my country they're the poorest**
15 **people and that's why they're doing it here. But**
16 **if I had the power to go over there, they can come**
17 **from over there, come and arrest them here. If we**
18 **tell the white man this is what they're doing, he**
19 **doesn't want to do his job, we'll do it. I'll**
20 **take my responsibility.**
21 Q. Destin, did Mr. Cyrus Sibert tell you not to talk
22 to me or other attorneys or individuals that
23 represent Hearts with Haiti and Michael
24 Geilenfeld?
25 **A. I don't know anybody. Why would I -- why would he**

163

1  tell me not to talk to you?
2  Q. Did Mr. Kendrick tell you not to talk to us?
3  **A. But he didn't tell me that. But then I would be**
4  **very happy to speak. How could they tell me not**
5  **to speak?**
6       THE DEPONENT: Someone would come and tell me
7  not to speak?
8  **A. Someone would come and tell me not to speak?**
9  Q. Earlier you mentioned that you -- when you went to
10 the police station they said, hey, Rasta man.
11 What does that mean?
12      THE DEPONENT: Rasta man is -- Rasta man,
13 when they see you have dreads, they call you
14 Rasta.
15 Q. What is Rasta?
16      THE DEPONENT: So you have to go searching
17 what does Rasta mean. So Rasta means to me
18 respect yourself, love your people. That's Rasta
19 to me. But I don't know exactly if you go
20 searching to know what's Rasta, so try.
21 Q. Were you interviewed by the United Nations
22 regarding allegations of abuse against Michael
23 Geilenfeld?
24      THE DEPONENT: Yes.
25 Q. Were you honest with them?

164

1       THE DEPONENT: Why not?
2  Q. Do you have a drug problem?
3       THE DEPONENT: What's a drug problem?
4  Q. Do you use drugs?
5       THE DEPONENT: What's -- you ask me --
6  Q. Do you smoke marijuana?
7       THE DEPONENT: I do.
8  Q. How often?
9       THE DEPONENT: So it depend. When I have a
10 lot of troubles, I do that. So when I'm thinking
11 about what happened to me, sometimes I do it.
12 Q. Do you take cocaine?
13      THE DEPONENT: Never.
14 Q. Do you smoke crack?
15      THE DEPONENT: Never.
16 Q. Have you ever smoked crack with Michael
17 Geilenfeld?
18      THE DEPONENT: Not me. So other guys do it,
19 like Dumé Viard, Arnold, and -- and Jeff Bazile.
20 So those all smoke the --
21 Q. Smoke crack?
22      THE DEPONENT: Yeah.
23 Q. Okay. Have you ever --
24      THE DEPONENT: They told me. Like, you know,
25 Arnold is my friend, Jeff is my friend, and Dumé

165

1    Viard is my friend, so they tell me.
2  Q.  Have you ever used heroin with Michael Geilenfeld?
3       THE DEPONENT:  I don't know those things.  I
4    don't know.
5  Q.  Do you know of anyone that has used heroin with
6    Michael Geilenfeld?
7       THE DEPONENT:  I don't know.  All I know it's
8    those three guys.
9  Q.  Did they take heroin with them?
10      THE DEPONENT:  I don't know what -- I don't
11   know what they take or what they not.  Like
12   they -- I know one day they -- Arnold come and
13   tell me he do that, him, Michael and Jeff and Jean
14   do it and -- but I don't know.
15 Q.  So you only know that they've taken crack
16   together?
17      THE DEPONENT:  Yeah, but I don't do it -- I
18   don't be with them.
19 Q.  Did they ever drop acid together?
20 A.  **I don't know things like that.**
21      MS. HOFFMAN:  Okay.  No further questions.
22         EXAMINATION
23 BY MR. WALKER:
24 Q.  I just have one question for you.  I'm going to
25   show you Exhibit 11.  My only question for you is

DON THOMPSON & ASSOCIATES

166

1    did you prepare that?
2  A.  **Yes.**
3  Q.  Okay.
4  A.  **I wrote the words.  It's my idea, and that's what**
5    **I wrote.**
6       MR. WALKER:  Nothing further.
7       MS. HOFFMAN:  Nothing further.  Thank you
8    very much.
9       (Deposition Exhibit No. 13 was marked.)
10      (The deposition was concluded at 5:57 p.m.)
11            * * * * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DON THOMPSON & ASSOCIATES

167

CERTIFICATE

1       I, Laurel A. Long, a Notary Public in and
2  for the State of Maine commissioned to administer
3  oath and take testimony in a foreign country,
4  hereby certify that the within-named deponent was
5  sworn to testify the truth, the whole truth and
6  nothing but the truth, in the aforementioned cause
7  of action.
8       I further certify that this deposition was
9  stenographically reported by me and later reduced
10 to print through Computer-Aided Transcription, and
11 the foregoing is a full and true record of the
12 testimony given by the deponent.
13      I further certify that I am a disinterested
14 person in the event or outcome of the above-named
15 cause of action.
16      IN WITNESS WHEREOF, I subscribe my hand
17 this 21st day of February, 2014.  Dated at
18 Sanford, Maine.
19
20
21
22       _____
23       LAUREL A. LONG
         Notary Public
         Court Reporter
24
25 My Commission Expires
   April 1, 2017.

DON THOMPSON & ASSOCIATES

168

1          **ERRATA SHEET INSTRUCTIONS**
2       Please note on the attached errata sheet any
3  changes in form or substance of the testimony
4  contained in the deposition transcript.  For each
5  change, be sure to give the page and the line
6  number(s), the word(s) you wish changed and the
7  reason for the change.  **Please do not make any**
8  **marks or changes directly on the transcript.  If**
9  **no changes or corrections are necessary, please**
10 **indicate that on the errata page.**
11      The deponent must also sign the signature
12 page and have it witnessed by an attorney or
13 notarized.  **Please return these to our office**
14 **within thirty (30) days.**  Failure to return the
15 errata page within the prescribed 30 days will
16 constitute a waiver of signature.
17      In the event you have been provided a copy
18 for reading and signing, please return it to our
19 office when reading and signing is complete.  **This**
20 **transcript is not to be copied.**
21      Please feel free to contact our office if you
22 have any questions regarding this procedure.
23         Thank you,
         DON THOMPSON & ASSOCIATES
24       P.O. Box 2236
         Bangor, ME  04402-2236
25       Phone:  (207) 394-3900

DON THOMPSON & ASSOCIATES

169

DEPOSITION ERRATA SHEET

Page No.\_\_\_\_Line No.\_\_\_\_Change to:_____

_____

Reason for change:_____

Page No.\_\_\_\_Line No.\_\_\_\_Change to:_____

_____

Reason for change:_____

Page No.\_\_\_\_Line No.\_\_\_\_Change to:_____

_____

Reason for change:_____

Page No.\_\_\_\_Line No.\_\_\_\_Change to:_____

_____

Reason for change:_____

Page No.\_\_\_\_Line No.\_\_\_\_Change to:_____

_____

Reason for change:_____

Page No.\_\_\_\_Line No.\_\_\_\_Change to:_____

_____

Reason for change:_____

DON THOMPSON & ASSOCIATES

170

SIGNATURE PAGE

TO BE COMPLETED BY WITNESS:

I, **DESTIN JEAN-BAPTISTE,** have read or had read to me the foregoing pages of my statement under oath and have noted any errors in form or substance of my statement, together with their respective corrections and the reasons therefore on the following errata page.

(Signature)_____
(Date)_____

Name of person reading statement under oath to witness if deponent cannot read:
_____
* * * * *

TO BE COMPLETED BY NOTARY PUBLIC OR ATTORNEY:

I,_____, a
Notary Public/Attorney, hereby acknowledge that the above-named deponent personally appeared before me and affixed his/her signature above as his/her own true act and deed.

DATED_____

My Commission
Expires:_____

Title: HEARTS WITH HAITI, INC. & MICHAEL GEILENFELD v. PAUL KENDRICK
Date of Deposition: February 4, 2014
Date of Mailing: February 21, 2014

**Noticing Party: F. David WALKER, IV, Esq./Colin E. Howard, Esq.**
Rudman Winchell
84 Harlow Street, P.O. Box 1401
Bangor, ME 04402-1401

**Copy sent to: Devin W. Deane, Esq./Kelly M. Hoffman, Esq.**
Norman, Hanson & DeTroy, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME 04112-4600

Reporter: Laurel A. Long
DON THOMPSON & ASSOCIATES

# $

**$10,000** [1] - 54:16
**$15,000** [2] - 158:4, 158:22
**$52,000** [1] - 146:22

# '

**'12** [1] - 127:2
**'80** [1] - 151:23
**'86** [1] - 17:11
**'89** [1] - 135:1
**'90** [2] - 37:7, 151:25
**'91** [1] - 37:7

# 0

**04112-4600** [1] - 170:24
**04402-1401** [1] - 170:21
**04402-2236** [1] - 168:24

# 1

**1** [18] - 3:10, 4:5, 19:3, 19:4, 19:20, 19:22, 44:4, 116:2, 116:15, 120:16, 120:25, 122:22, 124:22, 125:2, 125:6, 127:4, 127:8, 167:25
**1-7** [1] - 4:7
**1-9** [1] - 4:1
**10** [9] - 3:23, 30:22, 31:7, 31:9, 33:4, 33:5, 48:15, 110:1, 147:15
**10,000** [1] - 157:1
**109** [1] - 3:23
**10:00** [1] - 63:12
**10th** [1] - 49:8
**11** [16] - 3:25, 48:15, 77:2, 79:24, 115:12, 115:14, 118:15, 119:19, 120:17, 124:7, 124:12, 124:17, 124:21, 125:7, 165:25
**11/20/90** [1] - 3:16
**115** [1] - 3:25
**12** [3] - 4:1, 149:25, 150:9
**12/2/04** [1] - 3:13
**12:01** [1] - 1:19
**12:54** [1] - 34:12
**12th** [1] - 49:8
**13** [7] - 4:2, 135:16,

135:17, 139:18, 139:19, 141:25, 166:9
**14** [1] - 135:17
**1401** [1] - 170:20
**15** [3] - 78:19, 102:15, 135:13
**15,000** [2] - 55:16, 157:16
**150** [1] - 4:1
**1507-1508** [1] - 3:24
**16** [5] - 101:13, 102:15, 135:13, 135:15, 151:18
**165** [1] - 3:5
**166** [1] - 4:2
**17** [5] - 78:19, 101:13, 102:16, 142:7, 151:18
**18** [5] - 34:9, 99:24, 100:3, 100:4, 100:12, 101:16, 101:24, 147:15
**19** [2] - 3:10, 101:16
**1976** [1] - 9:21
**1988** [1] - 31:22
**1989** [3] - 135:16, 135:19, 151:23
**1990** [3] - 35:7, 35:13, 152:4
**1991** [1] - 111:6
**1992** [1] - 135:19
**1999** [4] - 149:14, 149:17, 150:10, 150:12
**1:16** [1] - 34:15
**1:25** [1] - 34:18

# 2

**2** [7] - 3:11, 31:1, 31:2, 31:11, 31:13, 142:8, 142:11
**2001** [1] - 125:3
**2004** [2] - 125:1, 125:5
**2006** [4] - 57:9, 57:12, 57:20, 59:18
**2007** [4] - 57:9, 57:12, 57:20, 59:18
**2010** [4] - 42:22, 42:25, 43:8, 126:23
**2011** [7] - 42:21, 42:25, 43:8, 84:3, 103:17, 104:1, 126:23
**2012** [6] - 49:8, 72:24, 125:16, 125:21, 126:7, 126:25
**2014** [7] - 1:17, 1:18, 1:24, 124:24,

167:18, 170:17, 170:18
**2017** [1] - 167:25
**207** [1] - 168:25
**21** [2] - 77:21, 170:18
**21st** [1] - 167:18
**22** [3] - 17:21, 66:25, 155:4
**2236** [1] - 168:24
**23** [4] - 17:20, 77:20, 77:21
**24** [2] - 1:17, 78:9
**25** [3] - 78:8, 78:9, 81:25
**25,000** [1] - 157:17
**26** [2] - 81:21, 81:22
**29** [1] - 1:24
**2:13-CV-00039** [1] - 1:4
**2:13-CV-39-JAW** [1] - 6:23
**2:54** [1] - 86:9

# 3

**3** [4] - 3:12, 44:2, 44:21, 82:5
**30** [2] - 168:14, 168:15
**31** [1] - 3:11
**38** [2] - 9:23, 99:19
**39** [2] - 9:23, 99:19
**394-3900** [1] - 168:25
**3:18** [1] - 86:12

# 4

**4** [7] - 1:18, 3:14, 45:8, 45:9, 45:12, 77:20, 170:17
**44** [1] - 3:12
**45** [4] - 3:14, 3:15, 3:17, 3:18
**4600** [1] - 170:23
**4:51** [1] - 136:16

# 5

**5** [3] - 3:15, 45:18, 46:2
**5-7** [1] - 45:20
**5/12/12** [1] - 3:25
**50** [1] - 68:18
**56** [9] - 3:6, 15:24, 15:25, 16:10, 16:23, 16:25, 17:2, 17:3, 17:12
**5:05** [1] - 136:19
**5:57** [1] - 166:10

# 6

**6** [7] - 3:17, 4:5, 10:17, 48:2, 79:25, 82:5, 106:18
**66** [1] - 15:23
**67** [1] - 3:19
**6th** [1] - 9:21

# 7

**7** [12] - 3:5, 3:18, 4:5, 47:10, 67:15, 79:24, 79:25, 81:8, 81:21, 82:21, 107:6, 107:15
**71** [1] - 3:21

# 8

**8** [13] - 3:19, 11:6, 13:15, 14:13, 67:14, 67:16, 78:8, 78:9, 81:8, 82:20, 143:12
**804** [1] - 68:4
**83** [5] - 17:7, 37:9, 38:16, 107:13, 107:22
**84** [1] - 170:20

# 9

**9** [17] - 3:21, 4:5, 14:13, 71:1, 71:2, 72:21, 78:12, 78:19, 81:8, 82:1, 83:19, 85:11, 85:14, 91:8, 103:15, 136:12, 139:18
**91** [28] - 15:22, 16:4, 16:7, 16:8, 16:16, 16:18, 16:24, 17:2, 17:6, 22:4, 22:21, 23:5, 23:22, 24:8, 26:11, 37:4, 38:2, 39:18, 39:20, 39:25, 40:3, 40:14, 41:19, 49:12, 110:20, 141:5, 144:14
**9th** [1] - 31:21

# A

**able** [7] - 27:23, 89:10, 93:4, 108:21, 109:10, 113:22, 134:5
**above-named** [2] - 167:15, 170:12
**abuse** [32] - 75:8, 75:17, 77:14, 77:15,

77:16, 77:19, 77:25, 78:3, 78:8, 78:11, 78:13, 79:1, 79:23, 80:25, 81:9, 81:10, 82:13, 82:17, 83:4, 83:13, 83:16, 99:25, 100:1, 118:7, 119:4, 120:5, 120:6, 129:3, 129:13, 129:17, 163:22
**abused** [35] - 22:1, 34:6, 36:19, 65:20, 75:15, 75:21, 76:13, 78:2, 78:15, 78:16, 78:23, 78:25, 79:8, 79:10, 79:13, 79:14, 80:1, 80:8, 80:18, 80:19, 80:20, 89:12, 97:15, 98:18, 101:25, 104:11, 129:9, 129:11, 129:24, 159:22, 160:2, 160:8, 161:17
**abusing** [25] - 6:17, 35:20, 36:22, 40:10, 40:21, 77:24, 89:17, 97:15, 98:19, 98:24, 98:25, 99:5, 99:8, 99:22, 101:3, 101:4, 101:5, 117:23, 118:8, 118:9, 120:3, 128:4, 143:16, 156:16, 160:23
**accept** [1] - 148:6
**accurately** [3] - 67:3, 67:4, 122:18
**accusations** [1] - 54:1
**acid** [1] - 165:19
**acknowledge** [1] - 170:11
**act** [5] - 131:3, 131:9, 131:18, 132:2, 170:13
**acting** [1] - 51:3
**action** [6] - 121:11, 138:23, 139:5, 167:8, 167:16
**actions** [1] - 61:11
**add** [1] - 82:19
**address** [1] - 68:2
**administer** [3] - 5:10, 5:16, 167:3
**Administer** [1] - 1:21
**administered** [1] - 7:1
**adopted** [2] - 139:11, 139:14
**adult** [1] - 120:12
**advantage** [1] - 116:23
**affixed** [1] - 170:12

**afford** [1] - 90:21
**aforementioned** [1] - 167:7
**afraid** [2] - 88:1, 90:9
**afternoon** [2] - 56:11, 60:24
**age** [4] - 99:24, 100:12, 101:20, 101:24
**agency** [1] - 137:24
**agenda** [1] - 139:8
**agents** [1] - 150:16
**ago** [15] - 16:2, 17:16, 32:6, 38:22, 42:20, 63:19, 64:11, 70:19, 70:21, 72:5, 84:2, 106:14, 130:13, 153:16
**agree** [10] - 33:6, 33:7, 54:5, 83:25, 84:17, 103:25, 131:16, 144:11, 148:8, 159:9
**agreed** [3] - 33:8, 155:25, 159:10
**ahead** [2] - 76:8, 79:6
**ahh** [1] - 55:23
**Aided** [1] - 167:11
**AIDS** [9] - 139:21, 139:25, 140:3, 140:12, 140:14, 140:18, 140:19, 141:11, 141:23
**alcohol** [2] - 48:4, 130:17
**Algona** [2] - 32:2, 35:3
**algona** [1] - 32:3
**alive** [1] - 139:22
**allegations** [6] - 61:17, 62:15, 75:8, 80:25, 149:14, 163:22
**alleged** [4] - 96:13, 121:8, 126:6, 145:9
**allegedly** [2] - 73:13, 124:3
**allies** [1] - 47:8
**allowed** [1] - 153:19
**allowing** [1] - 44:13
**almost** [1] - 158:18
**alone** [2] - 26:24, 28:1
**ALSO** [1] - 2:9
**altercation** [2] - 36:2, 108:11
**America** [1] - 161:25
**American** [2] - 88:3, 148:20
**angry** [3] - 117:9, 161:9, 161:10
**animal** [3] - 106:21, 107:7, 107:10

**answer** [22] - 9:12, 24:1, 25:6, 25:9, 40:17, 54:1, 60:21, 61:2, 62:8, 62:19, 70:7, 72:1, 72:4, 92:1, 94:19, 94:21, 94:22, 99:18, 101:6, 127:11, 127:12, 130:12
**answered** [4] - 101:7, 101:8, 153:13, 153:24
**answering** [2] - 9:18, 60:24
**answers** [2] - 72:15, 94:14
**Answers** [1] - 5:3
**anytime** [5] - 56:6, 57:16, 112:18, 136:10
**apologize** [2] - 35:8, 140:11
**apostrophe** [1] - 13:19
**APPEARANCES** [1] - 2:2
**appeared** [1] - 170:12
**apply** [1] - 160:24
**approached** [1] - 124:2
**approximate** [1] - 101:20
**April** [1] - 167:25
**area** [6] - 42:1, 50:2, 120:18, 121:1, 121:22, 123:16
**arm** [1] - 113:2
**armoire** [1] - 148:18
**arms** [1] - 158:9
**Arnold** [15] - 21:17, 21:21, 21:22, 21:24, 139:16, 139:20, 139:23, 140:12, 140:18, 142:3, 164:19, 164:25, 165:12
**Arnolds** [2] - 21:23, 21:25
**arrest** [4] - 51:16, 157:20, 158:3, 162:17
**arrested** [6] - 46:5, 46:6, 46:10, 115:11, 158:4, 158:6
**artist** [2] - 95:3, 127:5
**aside** [1] - 31:19
**asleep** [2] - 29:25, 145:11
**assault** [2] - 145:4, 148:2

**assaulted** [1] - 49:5
**assistant** [3] - 49:1, 159:2, 159:4
**ASSOCIATES** [1] - 168:23
**assume** [2] - 137:4, 137:7
**assuming** [1] - 7:21
**ate** [1] - 141:3
**attached** [2] - 59:3, 168:2
**attack** [9] - 116:9, 121:8, 123:20, 125:20, 125:23, 125:25, 126:7, 126:25, 145:9
**attacked** [7] - 7:18, 54:21, 100:4, 108:14, 109:18, 123:23, 124:3
**attempt** [1] - 145:3
**attempted** [4] - 148:2, 156:19, 156:21, 156:22
**attend** [3] - 64:14, 64:20, 96:10
**ATTORNEY** [1] - 170:10
**attorney** [6] - 6:7, 6:11, 56:7, 59:15, 61:9, 168:12
**Attorney** [2] - 4:8, 4:8
**attorneys** [3] - 9:16, 62:22, 162:22
**au** [8] - 7:19, 11:2, 11:3, 11:4, 11:8, 11:24, 119:3, 157:15
**Au** [1] - 1:18
**audio** [10] - 73:4, 73:5, 75:6, 76:11, 76:17, 77:9, 78:20, 84:6, 84:8, 84:17
**August** [4] - 9:21, 48:20, 80:24, 82:14
**aunt** [7] - 10:20, 10:21, 11:5, 11:8, 11:18
**aunt's** [4] - 12:2, 12:3, 12:19, 13:14
**authentication** [1] - 84:22
**authenticity** [3] - 73:6, 84:25, 85:5
**authorities** [3] - 53:13, 53:14, 53:15
**award** [1] - 62:12

---

**B**

---

**B-A-I-N-E-T** [1] - 10:1

**B-A-Z-I-L-E** [1] - 131:25
**B-R-O-U-A-R-D** [1] - 127:24
**B-R-U-N-E-L** [2] - 99:12, 100:14
**background** [1] - 144:2
**bad** [4] - 47:6, 111:6
**Bainet** [1] - 9:25
**balls** [4] - 75:15, 130:7, 130:16, 130:20
**Bangor** [2] - 168:24, 170:21
**Baptiste** [5] - 3:20, 3:22, 4:8, 7:13, 85:20
**BAPTISTE** [4] - 1:16, 3:3, 5:14, 170:3
**bare** [2] - 33:3, 33:12
**basis** [4] - 104:15, 153:25, 154:2, 154:4
**bathroom** [1] - 136:13
**battle** [2] - 66:7, 135:25
**Bazile** [2] - 131:24, 164:19
**BE** [2] - 170:2, 170:10
**beat** [16] - 11:13, 11:15, 11:17, 11:18, 11:21, 12:7, 12:8, 12:14, 12:17, 14:9, 41:12, 41:15, 41:19, 41:21, 42:9
**beaten** [1] - 41:20
**beating** [5] - 12:4, 12:6, 12:10, 12:23, 12:24
**beats** [1] - 41:20
**became** [2] - 22:24, 151:17
**become** [2] - 161:9, 161:10
**becomes** [1] - 149:9
**bed** [26] - 27:9, 28:14, 29:25, 81:18, 82:4, 83:9, 145:5, 146:2, 146:8, 146:13, 148:14, 148:15, 148:16, 149:1, 149:2, 149:4, 149:6, 149:8, 149:9, 149:12, 149:13
**bedroom** [20] - 22:25, 25:24, 29:3, 29:5, 29:6, 29:12, 29:20, 32:7, 132:11, 132:13, 132:18, 133:18, 144:21,

145:3, 145:7, 145:16, 145:25, 146:1, 148:2, 148:9
**beds** [2] - 145:25, 146:3
**begin** [3] - 5:23, 6:24, 9:18
**beginning** [4] - 16:14, 24:18, 59:21, 108:20
**behalf** [3] - 6:1, 6:4, 69:15
**behind** [2] - 38:5, 111:15
**belong** [1] - 16:8
**below** [2] - 3:25, 146:9
**Belvue** [2] - 20:21, 81:14
**best** [2] - 9:16, 49:9
**Best** [4] - 90:7, 90:14, 90:16, 95:21
**better** [2] - 44:3, 109:3
**between** [9] - 14:13, 42:2, 42:9, 58:17, 76:19, 76:23, 77:5, 116:20, 135:19
**bicycle** [2] - 136:6, 136:8
**big** [7] - 21:24, 22:21, 67:8, 132:15, 144:25, 148:15, 149:1
**biggest** [1] - 46:24
**Bill** [45] - 48:24, 49:3, 49:15, 50:25, 51:6, 52:14, 53:1, 53:3, 53:21, 78:16, 100:4, 108:14, 109:18, 111:8, 111:12, 111:14, 111:21, 112:4, 112:11, 112:20, 115:11, 119:2, 119:5, 119:6, 119:8, 119:12, 119:15, 119:16, 119:24, 120:8, 120:12, 120:22, 121:6, 121:8, 121:20, 122:23, 123:14, 124:2, 130:6, 130:7, 130:16, 156:23, 156:24, 158:24
**bill's** [1] - 159:4
**Bill's** [1] - 54:11
**Bingo** [1] - 132:20
**bit** [11] - 10:9, 17:15, 57:11, 57:19, 72:1, 84:5, 107:25, 118:1, 118:2, 126:16, 148:8
**bite** [5] - 106:3, 106:6,

106:10, 107:24, 108:2

**biting** [2] - 106:13, 107:2

**black** [3] - 108:20, 119:22, 156:16

**bleeding** [1] - 112:7

**blind** [2] - 114:22, 114:23

**blogs** [1] - 73:12

**blood** [2] - 118:10, 118:22

**body** [3] - 66:15, 130:2, 130:11

**boil** [1] - 66:13

**born** [4] - 9:20, 9:21, 9:24, 10:6

**boss** [1] - 49:15

**bottle** [2] - 51:5, 51:8

**bottom** [8] - 82:19, 110:6, 110:12, 116:15, 136:11, 139:19, 146:6, 146:7

**bought** [3] - 49:24, 50:4, 113:9

**box** [1] - 141:21

**Box** [3] - 168:24, 170:20, 170:23

**boy** [4] - 100:15, 100:23, 102:3, 102:4

**boys** [5] - 41:2, 55:9, 55:10, 102:11, 143:16

**Boys** [5] - 6:18, 111:5, 119:3, 150:11, 151:19

**break** [24] - 19:13, 19:18, 20:14, 31:16, 34:11, 34:12, 45:24, 66:25, 71:25, 72:12, 75:23, 85:10, 85:22, 86:8, 86:9, 86:14, 105:3, 136:13, 136:14, 136:15, 136:16, 158:16, 158:20

**breakfast** [4] - 63:5, 63:7, 63:8, 63:10

**breaking** [1] - 120:10

**Brian** [1] - 47:2

**bribe** [2] - 156:17, 158:22

**bribed** [1] - 159:8

**bring** [10] - 23:20, 57:16, 69:17, 69:25, 108:23, 109:1, 109:2, 112:18, 159:3, 159:5

**brother** [15] - 11:25, 12:7, 13:10, 53:20,

128:15, 129:6, 129:8, 129:10, 129:12, 129:16, 143:4, 144:7, 155:10, 155:12, 155:17

**Brother** [2] - 100:16, 101:2

**brother's** [1] - 13:11

**brotherhood** [2] - 143:15, 143:17

**brothers** [25] - 11:22, 23:1, 34:1, 39:23, 62:5, 63:16, 63:17, 88:21, 88:22, 93:14, 97:4, 97:7, 97:10, 97:16, 97:17, 97:18, 97:19, 97:22, 97:23, 117:23, 118:1, 118:2, 120:14, 128:4, 144:5

**brouard** [1] - 127:23

**brought** [7] - 63:4, 70:2, 91:22, 98:11, 108:23, 156:22, 159:1

**Brunel** [5] - 99:10, 100:3, 100:21, 100:24, 101:9

**brunel** [4] - 99:11, 99:12, 100:13, 100:14

**Brunel's** [1] - 100:19

**Bryan** [1] - 3:15

**bunch** [3] - 35:4, 35:5, 57:6

**bunkbeds** [3] - 146:4, 146:5, 146:10

**burn** [3] - 117:3, 117:20, 117:22

**burning** [1] - 117:15

**buy** [1] - 38:13

**BY** [5] - 7:7, 56:10, 165:23, 170:2, 170:10

## C

**C-C-E-U-I-L** [1] - 13:20

**C-H-U-C-O** [1] - 53:6

**café** [1] - 68:17

**calm** [2] - 51:6

**camera** [11] - 31:12, 31:14, 40:19, 48:16, 48:17, 48:19, 50:16, 50:17, 51:13, 57:5, 109:4

**Canal** [1] - 170:23

**candy** [7] - 24:20, 26:17, 27:13, 27:15,

132:22, 132:23, 133:24

**cannot** [6] - 44:23, 53:13, 67:2, 126:17, 142:16, 170:8

**Cap** [2] - 65:16, 66:1

**Cap-Haïtien** [2] - 65:16, 66:1

**capital** [3] - 13:20, 59:14, 89:1

**car** [2] - 67:8, 96:7

**card** [1] - 58:14

**Cardozo** [1] - 1:17

**cards** [1] - 132:21

**care** [4] - 14:6, 46:12, 89:21, 123:4

**caressing** [1] - 30:4

**carole** [1] - 2:8

**CAROLE** [1] - 5:8

**Carole** [1] - 6:20

**cars** [1] - 22:14

**case** [24] - 43:21, 61:14, 63:23, 65:3, 65:5, 65:9, 73:20, 73:22, 96:14, 98:7, 98:10, 98:11, 98:13, 98:16, 98:17, 102:13, 110:2, 137:10, 147:18, 157:12, 157:13, 157:15, 159:10

**cassette** [1] - 64:6

**catch** [2] - 53:2

**caught** [1] - 66:1

**caused** [2] - 36:3, 136:25

**causing** [1] - 111:17

**cells** [2] - 141:3

**center** [2] - 13:22, 107:7

**Centre** [1] - 13:18

**CENTRE** [1] - 13:19

**certain** [1] - 122:17

**certainly** [2] - 70:12, 83:3

**CERTIFICATE** [1] - 167:1

**Certified** [1] - 6:21

**CERTIFIED** [1] - 5:8

**certify** [3] - 167:5, 167:9, 167:14

**CESAR** [1] - 6:9

**Cesar** [2] - 2:9, 6:9

**chairs** [1] - 149:7

**chance** [3] - 65:11, 99:15, 111:22

**change** [10] - 39:5, 121:10, 168:5, 168:7, 169:5, 169:9, 169:13, 169:17,

169:21, 169:25

**changed** [2] - 39:12, 168:6

**changes** [3] - 168:3, 168:8, 168:9

**characterized** [1] - 122:16

**characterizes** [1] - 122:18

**characterizing** [1] - 122:1

**charge** [2] - 156:19, 156:22

**charges** [1] - 54:9

**Charles** [1] - 36:16

**check** [2] - 68:6, 68:17

**cheeks** [1] - 47:3

**chemical** [1] - 66:14

**chest** [1] - 28:3

**chief** [4] - 52:8, 52:9, 52:25

**Child** [4] - 138:16, 138:20, 138:22, 139:4

**child** [4] - 26:2, 30:5, 35:24, 118:10

**children** [37] - 13:22, 15:13, 35:20, 36:21, 37:2, 40:21, 42:5, 78:4, 94:15, 94:16, 94:23, 98:24, 98:25, 99:5, 99:6, 99:7, 99:22, 99:24, 105:22, 106:2, 120:4, 128:4, 136:23, 138:6, 138:18, 139:10, 139:13, 140:23, 140:25, 141:1, 141:10, 141:15, 156:8, 156:14, 156:16, 160:23

**Chinese** [1] - 118:12

**chocolate** [1] - 132:24

**Chuco** [1] - 53:5

**circle** [1] - 75:19

**city** [9] - 7:19, 7:20, 10:23, 10:24, 10:25, 50:7, 52:7, 52:8

**City** [1] - 143:24

**Civil** [1] - 1:4

**claim** [1] - 148:1

**claimed** [4] - 8:3, 108:14, 109:18, 129:16

**clarification** [4] - 24:2, 41:10, 96:18, 108:25

**clarify** [3] - 30:9, 56:23, 71:22

**clean** [1] - 115:4

**cleaner** [1] - 44:6

**clear** [5] - 9:11, 33:10, 71:22, 80:14, 155:11

**clearly** [2] - 70:8, 80:15, 153:9

**client** [4] - 8:2, 137:1, 137:7, 137:18

**closest** [1] - 47:7

**clothed** [1] - 14:7

**clothes** [4] - 77:15, 136:5, 145:18, 145:19

**CNN** [1] - 43:21

**Coca** [1] - 144:20

**Coca-Cola** [1] - 144:20

**cocaine** [2] - 73:13, 164:12

**coffee** [4] - 63:8, 63:9, 63:10, 66:19

**coffin** [1] - 141:21

**Coke** [2] - 27:15, 50:8

**Cola** [1] - 144:20

**cold** [1] - 50:9

**Colin** [2] - 6:3, 48:20

**COLIN** [1] - 2:5

**colleague** [1] - 127:17

**comical** [1] - 51:4

**coming** [12] - 15:9, 39:15, 49:17, 49:18, 50:19, 62:21, 65:17, 87:25, 92:21, 93:20, 116:23

**commencing** [1] - 1:19

**comment** [1] - 111:10

**Commission** [3] - 1:21, 167:24, 170:15

**commissioned** [3] - 5:10, 5:15, 167:3

**communications** [2] - 137:18, 137:21

**complain** [1] - 57:3

**complaining** [1] - 88:16

**complaint** [2] - 58:5, 58:7

**complaints** [1] - 58:3

**complete** [1] - 168:19

**COMPLETED** [2] - 170:2, 170:10

**completely** [3] - 9:13, 9:17, 153:13

**complicated** [1] - 126:16

**Computer** [1] - 167:11

**Computer-Aided** [1] - 167:11

**concluded** [1] - 166:10

**conditions** [2] - 14:4, 14:7
**CONFIDENTIAL** [1] - 1:13
**confidential** [2] - 73:11, 73:24
**confidentiality** [2] - 73:19, 73:22
**confronted** [1] - 121:20
**confused** [2] - 57:11, 57:19
**connection** [1] - 7:24
**consider** [1] - 82:17
**constitute** [1] - 168:16
**consulate** [1] - 160:24
**contact** [4] - 42:23, 69:21, 126:18, 168:21
**contained** [1] - 168:4
**continue** [5] - 23:16, 46:17, 82:16, 140:22, 143:19
**continued** [1] - 34:14
**continues** [1] - 78:11
**continuing** [1] - 153:11
**contracted** [2] - 139:21, 140:18
**control** [2] - 138:15, 138:20
**copied** [1] - 168:20
**copies** [~ 44:9, 44:18, 45:23, 45:25, 73:5
**Copy** [5] - 3:11, 3:14, 3:17, 3:18, 170:22
**copy** [19] - 18:21, 18:22, 19:10, 19:14, 20:14, 67:19, 67:22, 68:23, 71:5, 72:7, 72:9, 72:20, 74:6, 109:22, 115:15, 115:16, 124:7, 150:2, 168:17
**corner** [1] - 106:22
**cornered** [1] - 52:19
**correct** [28] - 8:16, 24:3, 57:13, 72:21, 72:23, 73:6, 73:7, 75:2, 103:17, 109:19, 112:21, 112:24, 117:11, 117:22, 121:22, 123:16, 124:25, 125:21, 125:24, 127:1, 128:15, 135:14, 144:21, 145:4, 149:10, 149:16, 152:19,

159:13
**corrections** [2] - 168:9, 170:4
**correctly** [1] - 78:1
**costs** [1] - 155:25
**counsel** [2] - 6:25, 61:22
**countries** [1] - 161:13
**country** [9] - 5:11, 5:17, 116:24, 117:2, 117:17, 117:18, 155:6, 162:14, 167:4
**Country** [1] - 1:22
**coup** [6] - 35:16, 35:18, 37:7, 38:3, 38:10, 39:5
**course** [7] - 20:13, 44:19, 84:12, 95:22, 103:4, 136:14
**court** [6] - 6:14, 7:1, 8:7, 25:19, 62:12, 109:23
**COURT** [2] - 1:1, 5:8
**Court** [5] - 6:20, 61:16, 61:21, 157:21, 167:23
**courthouse** [1] - 157:10
**cover** [1] - 52:23
**crack** [4] - 164:14, 164:16, 164:21, 165:15
**crap** [2] - 152:20, 152:22
**crazy** [1] - 152:12
**create** [3] - 69:24, 95:4, 95:5
**created** [1] - 64:22
**credit** [1] - 94:5
**CREOLE** [1] - 5:3
**Creole** [6] - 5:12, 5:13, 58:16, 95:14, 116:16, 118:17
**Cross** [1] - 3:19
**Cross-Notice** [1] - 3:19
**crying** [1] - 138:6
**curls** [3] - 38:9, 38:12, 38:14
**current** [1] - 45:16
**curse** [1] - 161:15
**cut** [2] - 52:4, 158:15
**cyrus** [1] - 162:21
**Cyrus** [17] - 64:24, 64:25, 65:8, 65:10, 66:3, 73:11, 73:25, 83:24, 84:20, 89:19, 93:21, 94:1, 103:16, 138:8, 140:2, 142:25, 143:8

**D**

**D'Acceuil** [1] - 13:18
**D'OLIVEIRA** [1] - 6:15
**D'Oliveira** [2] - 2:10, 6:15
**d'état** [1] - 37:8
**D-I-E-U-D-O-N-N-E** [1] - 21:6
**D-U-M-E** [1] - 89:1
**dance** [2] - 47:19, 151:16
**dancing** [1] - 36:5
**Daneus** [1] - 58:12
**Daniel** [1] - 151:22
**danielle** [1] - 108:21
**Danielle** [1] - 2:7
**date** [4] - 63:1, 63:2, 103:22, 125:13
**Date** [3] - 170:6, 170:17, 170:18
**dated** [5] - 1:16, 1:23, 3:13, 3:16, 3:25
**Dated** [1] - 167:18
**DATED** [1] - 170:14
**dates** [1] - 57:18
**David** [17] - 5:25, 8:14, 19:5, 69:1, 73:6, 84:21, 86:8, 91:19, 96:6, 104:14, 105:13, 121:25, 136:21, 151:21, 170:19
**DAVID** [1] - 2:4
**days** [13] - 59:21, 63:18, 63:19, 64:11, 66:25, 70:19, 70:21, 72:5, 153:16, 155:3, 155:5, 168:14, 168:15
**deal** [3] - 8:15, 73:16, 139:2
**Deane** [2] - 6:7, 170:22
**DEANE** [2] - 2:3, 6:7
**dear** [1] - 60:5
**December** [5] - 49:8, 125:21, 126:25, 127:2
**decided** [2] - 33:20, 53:11
**decision** [2] - 51:23, 54:7
**declaration** [1] - 112:8
**deed** [1] - 170:13
**defamed** [1] - 8:4
**defendant** [2] - 6:1, 61:14
**Defendant** [2] - 1:8, 2:4

**defending** [2] - 61:10
**delay** [1] - 20:7
**Delmas** [29] - 15:23, 16:4, 16:7, 16:10, 16:16, 16:18, 16:23, 16:25, 17:2, 17:6, 17:7, 17:12, 22:4, 22:21, 23:4, 23:22, 24:8, 26:11, 37:4, 37:9, 39:19, 39:25, 40:3, 40:13, 41:19, 110:20, 141:6
**Deneus** [1] - 59:14
**dented** [1] - 113:5
**Department** [1] - 37:12
**department** [1] - 57:3
**depict** [1] - 134:13
**depicted** [1] - 119:18
**depo** [1] - 20:7
**DEPONENT** [156] - 5:3, 5:6, 6:17, 12:12, 13:25, 15:6, 18:6, 18:11, 18:14, 18:20, 18:24, 19:1, 20:25, 21:4, 21:10, 21:12, 21:16, 21:20, 21:23, 23:11, 23:14, 28:18, 28:22, 29:5, 29:7, 32:3, 35:4, 40:5, 41:8, 41:12, 41:16, 43:20, 44:14, 44:19, 45:14, 46:7, 48:7, 48:9, 48:12, 59:8, 59:11, 59:20, 61:5, 66:12, 66:22, 66:24, 71:8, 71:13, 71:17, 72:22, 73:1, 74:2, 74:8, 74:10, 75:3, 75:5, 78:15, 78:24, 79:18, 79:21, 83:6, 83:21, 84:10, 84:12, 84:14, 84:16, 86:18, 87:5, 88:23, 89:4, 93:17, 95:20, 95:22, 95:25, 97:19, 98:1, 99:1, 99:11, 101:1, 101:4, 101:7, 101:9, 101:13, 101:15, 101:18, 101:21, 102:2, 102:7, 102:11, 102:19, 102:22, 103:1, 103:4, 103:11, 103:13, 103:18, 103:22, 104:2, 104:6, 104:9, 107:8, 107:11, 109:25, 110:10, 110:13, 113:12, 115:25,

116:4, 117:6, 121:18, 124:8, 126:9, 127:9, 142:20, 146:5, 146:16, 150:17, 151:7, 151:12, 151:21, 152:7, 152:10, 152:14, 152:20, 152:23, 154:9, 154:16, 155:4, 155:12, 155:14, 155:22, 155:24, 157:12, 159:16, 159:19, 160:20, 161:3, 162:1, 163:6, 163:12, 163:16, 163:24, 164:1, 164:3, 164:5, 164:7, 164:9, 164:13, 164:15, 164:18, 164:22, 164:24, 165:3, 165:7, 165:10, 165:17
**Deponent** [1] - 3:3
**deponent** [17] - 3:10, 4:3, 31:13, 48:18, 58:16, 69:3, 69:24, 73:21, 76:20, 77:6, 109:16, 116:21, 167:5, 167:13, 168:11, 170:8, 170:12
**deponents** [1] - 64:13
**depose** [1] - 87:25
**deposed** [6] - 5:17, 56:15, 56:19, 57:12, 57:20, 60:3
**DEPOSITION** [2] - 1:15, 169:1
**Deposition** [20] - 3:19, 19:2, 19:4, 19:20, 31:1, 31:2, 31:11, 44:2, 45:8, 45:12, 45:20, 46:1, 47:9, 67:16, 71:2, 110:1, 115:12, 150:9, 166:9, 170:17
**deposition** [65] - 4:5, 4:8, 5:5, 7:9, 7:21, 34:14, 56:20, 56:22, 57:18, 57:23, 60:6, 60:9, 60:11, 60:12, 63:2, 67:17, 71:19, 72:7, 73:10, 73:14, 83:19, 86:11, 86:23, 87:11, 87:17, 87:19, 87:22, 88:1, 88:5, 88:6, 88:15, 90:7, 91:14, 92:22, 93:5,

93:12, 93:20, 94:13, 96:1, 96:2, 97:4, 99:3, 99:21, 103:8, 103:9, 103:15, 103:23, 105:14, 105:19, 106:19, 107:6, 116:3, 121:19, 122:17, 122:19, 124:22, 125:7, 126:19, 127:4, 136:18, 137:14, 166:10, 167:9, 168:4
**depositions** [4] - 69:23, 97:1, 97:5, 147:24
**describe** [4] - 82:16, 148:9, 148:12, 149:2
**described** [1] - 82:13
**describes** [2] - 81:10, 81:12
**describing** [1] - 36:8
**Description** [1] - 3:9
**designation** [1] - 5:6
**desk** [1] - 148:17
**destin** [1] - 162:21
**DESTIN** [4] - 1:15, 3:3, 5:14, 170:3
**Destin** [30] - 3:19, 3:22, 4:8, 6:17, 7:8, 7:10, 7:11, 7:13, 7:14, 9:19, 26:6, 34:19, 49:14, 55:22, 69:12, 80:23, 86:14, 109:17, 139:9, 151:9, 151:12, 151:19, 151:20, 151:21, 151:22, 151:23, 158:15, 160:14, 160:24
**Destin404@hotmail. com** [1] - 68:3
**Destin804@hotmail. com** [1] - 68:5
**detail** [1] - 29:23
**details** [1] - 12:2
**Detroit** [1] - 35:21
**DeTroy** [2] - 6:12, 170:23
**DEVIN** [1] - 2:3
**Devin** [8] - 6:7, 20:1, 20:4, 153:16, 153:21, 153:23, 154:3, 170:22
**dialing** [1] - 51:15
**dialogue** [4] - 76:19, 76:22, 77:5, 116:20
**diarrhea** [1] - 140:5
**die** [2] - 139:25, 141:20

**died** [4] - 139:21, 140:2, 140:9, 140:18
**Dieudonne** [1] - 21:2
**dieudonne** [1] - 21:5
**different** [2] - 79:20, 151:9
**dipped** [3] - 130:6, 130:16, 130:20
**directly** [3] - 38:2, 105:17, 168:8
**director** [10] - 34:5, 48:25, 49:2, 119:7, 119:8, 119:11, 119:12, 120:5, 120:6
**directors** [1] - 119:13
**Dirksen** [4] - 128:23, 129:5, 129:19, 129:19
**dirty** [2] - 42:1
**disagree** [1] - 110:18
**discovery** [1] - 110:2
**discuss** [1] - 86:15
**discussed** [2] - 73:18, 147:17
**discussing** [1] - 73:24
**discussion** [2] - 36:2, 36:19
**Discussion** [1] - 109:14
**discussions** [1] - 8:21
**disease** [1] - 142:1
**dishes** [2] - 41:23, 41:25
**disinterested** [1] - 167:14
**displayed** [2] - 31:13, 48:18
**DISTRICT** [2] - 1:1, 1:1
**docket** [1] - 6:23
**doctor** [1] - 141:19
**document** [25] - 3:10, 3:15, 3:23, 18:13, 18:14, 18:17, 19:7, 44:5, 44:20, 71:3, 71:5, 71:7, 74:21, 83:20, 102:5, 104:22, 105:2, 105:4, 110:7, 115:19, 122:23, 136:11, 152:5, 153:3, 153:7
**Documents** [1] - 3:20
**documents** [19] - 4:1, 18:1, 43:23, 44:9, 44:10, 44:13, 69:18, 69:25, 70:2, 74:15, 74:17, 91:22, 121:7, 121:21, 123:15, 124:4, 124:21, 124:23, 125:16
**dog** [19] - 105:21,

106:1, 106:3, 106:4, 106:8, 106:13, 107:13, 107:15, 107:21, 107:23, 107:24, 107:25, 108:2, 108:3, 108:5, 108:6, 108:8
**dollars** [1] - 157:1
**Dominican** [1] - 37:13
**DON** [1] - 168:23
**done** [10] - 20:11, 33:8, 90:10, 90:11, 97:1, 137:14, 147:24, 156:5, 158:18, 161:20
**door** [3] - 17:5, 26:14, 158:10
**doors** [1] - 161:19
**down** [38] - 10:22, 30:2, 30:5, 49:14, 49:22, 49:24, 51:6, 51:19, 51:20, 51:21, 52:22, 55:3, 58:3, 81:12, 82:3, 82:24, 102:17, 102:21, 110:20, 111:18, 115:7, 117:14, 117:16, 118:24, 119:1, 119:4, 140:22, 142:13, 142:18, 143:2, 151:24, 152:1, 157:10
**downtown** [6] - 11:1, 55:4, 157:11, 157:16, 159:11
**drank** [1] - 66:19
**dreads** [1] - 163:13
**Dreis** [1] - 2:7
**dresser** [1] - 148:18
**drew** [2] - 117:12
**drink** [5] - 50:8, 51:4, 66:13, 111:7
**drinking** [11] - 22:19, 22:20, 48:4, 48:7, 48:8, 48:9, 48:13, 50:12, 50:15, 111:7, 130:17
**drinks** [1] - 144:22
**drop** [3] - 54:9, 156:19, 165:19
**drove** [1] - 129:5
**drug** [4] - 66:17, 66:19, 164:2, 164:3
**drugs** [4] - 66:10, 66:16, 66:17, 164:4
**Duarte** [2] - 65:18, 65:24
**dull** [1] - 113:14
**duly** [2] - 5:9, 5:14

**Dumé** [6] - 88:23, 88:25, 97:20, 164:19, 164:25
**during** [7] - 7:8, 10:5, 24:11, 36:7, 45:24, 78:22, 143:14
**DVD** [1] - 133:3
**DVD's** [2] - 133:7, 133:11
**dying** [1] - 141:2

## E

**e-mail** [5] - 67:24, 68:2, 68:6, 68:14, 68:23
**e-mailed** [2] - 68:8, 68:10
**e-mails** [1] - 73:12
**ear** [1] - 42:4
**early** [2] - 10:9, 10:14
**easier** [1] - 150:18
**eat** [3] - 17:5, 95:7, 133:9
**eaten** [2] - 63:6, 66:18
**eating** [7] - 22:17, 22:18, 49:25, 50:4, 50:5, 50:9
**edge** [1] - 112:23
**efforts** [1] - 69:20
**eight** [1] - 123:5
**either** [4] - 49:8, 99:19, 109:12, 126:19
**electrical** [2] - 11:16
**Emile** [12] - 3:12, 16:11, 20:20, 27:4, 44:22, 44:24, 45:2, 45:6, 97:22, 97:25, 98:8, 125:4
**employed** [1] - 95:1
**end** [2] - 33:14, 156:8
**ended** [1] - 39:6
**enemies** [1] - 7:17
**enemy** [1] - 8:11
**ENEUS** [1] - 59:15
**England** [1] - 21:25
**ENGLISH** [1] - 5:4
**English** [8] - 5:13, 76:6, 76:22, 85:18, 91:1, 95:14, 111:3
**enjoy** [1] - 132:16
**enter** [1] - 144:8
**entire** [2] - 122:17, 122:19
**entitled** [1] - 82:18
**entity** [2] - 137:9, 137:12
**Eric** [4] - 18:4, 20:23, 21:10, 21:11

**Eric's** [1] - 20:24
**ERRATA** [2] - 168:1, 169:1
**errata** [4] - 168:2, 168:10, 168:15, 170:5
**errors** [1] - 170:4
**ESQ** [4] - 2:3, 2:3, 2:4, 2:5
**Esq** [2] - 170:19, 170:22
**Esq./Colin** [1] - 170:19
**Esq./Kelly** [1] - 170:22
**established** [2] - 24:5, 24:25
**European** [1] - 118:11
**Evel** [2] - 58:11, 59:7
**event** [2] - 167:15, 168:17
**evicted** [1] - 146:14
**evicting** [1] - 147:9
**eviction** [2] - 146:18, 147:11
**evidence** [1] - 104:25
**exact** [1] - 122:15
**exactly** [4] - 50:20, 71:18, 135:5, 163:19
**EXAMINATION** [3] - 7:6, 56:9, 165:22
**Examination** [1] - 3:4
**examined** [1] - 5:17
**example** [5] - 27:4, 41:23, 66:24, 130:6, 148:14
**except** [1] - 124:5
**exception** [1] - 8:24
**excuse** [5] - 30:8, 58:19, 79:24, 85:13, 105:19
**exhibit** [7] - 48:18, 105:14, 119:23, 119:25, 120:16, 122:22
**Exhibit** [56] - 4:5, 4:7, 19:3, 19:4, 19:20, 31:1, 31:2, 31:11, 31:13, 44:2, 44:21, 45:8, 45:9, 45:12, 45:20, 46:2, 47:10, 48:2, 67:12, 67:16, 71:1, 71:2, 72:20, 83:18, 85:11, 91:8, 103:15, 106:18, 107:6, 107:15, 110:1, 115:12, 115:14, 116:2, 116:15, 118:15, 119:19, 120:16, 120:17, 120:25,

124:7, 124:12, 124:17, 124:21, 125:2, 125:6, 125:7, 127:4, 127:7, 136:12, 139:18, 149:25, 150:9, 165:25, 166:9

**EXHIBITS** [1] - 3:8

**expense** [1] - 156:3

**expenses** [1] - 156:3

**experience** [1] - 18:18

**Expires** [2] - 167:24, 170:15

**explain** [16] - 7:24, 24:22, 27:7, 46:2, 46:9, 62:6, 65:7, 71:25, 73:21, 75:7, 80:10, 80:14, 80:15, 80:16, 83:11, 126:15

**explained** [2] - 94:4, 108:13

**explaining** [1] - 143:25

**expression** [1] - 37:1

**extent** [2] - 20:9, 104:23

**extremely** [1] - 113:14

**eyes** [4] - 12:13, 12:15, 12:25, 41:18

**F**

**F-E-R-M-A-T-H-E** [2] - 128:8, 144:17

**F-I-G-N-O-L-E** [1] - 47:16

**face** [1] - 31:5

**fact** [1] - 61:11

**Failure** [1] - 168:14

**fair** [2] - 9:3, 125:15

**fairly** [1] - 45:10

**faith** [1] - 40:23

**fake** [8] - 113:11, 113:12, 113:13, 134:16, 134:19, 134:22, 134:25, 135:18

**fall** [2] - 39:23, 111:18

**false** [6] - 21:13, 61:17, 62:15, 115:9, 115:10, 134:16

**familiar** [1] - 115:19

**families** [1] - 139:11

**family** [3] - 10:14, 155:16, 155:19

**Fanfan** [2] - 58:11, 59:7

**far** [2] - 148:3, 148:12

**faster** [3] - 61:1, 72:16, 76:17

**father** [3] - 10:7, 10:19, 32:1

**favors** [1] - 95:8

**February** [5] - 1:18, 31:21, 167:18, 170:17, 170:18

**fed** [2] - 14:6, 14:10

**feet** [1] - 145:14

**fell** [4] - 52:6, 52:12, 111:19

**felt** [1] - 30:1

**female** [3] - 119:8, 119:12, 119:14

**Fermathe** [5] - 128:7, 141:2, 141:11, 141:16, 144:16

**few** [8] - 22:14, 63:19, 64:11, 70:19, 70:20, 72:5, 105:6, 140:22

**fight** [5] - 7:16, 36:20, 51:23, 53:13, 85:8

**fighting** [4] - 36:1, 57:9, 116:19, 154:20

**Fignole** [4] - 47:15, 78:16, 79:18, 79:21

**file** [2] - 9:1, 109:20

**fine** [7] - 59:17, 72:13, 99:16, 122:7, 123:4, 154:8, 154:12

**finish** [11] - 50:4, 50:5, 50:9, 70:17, 71:9, 81:15, 81:23, 83:8, 158:17

**finished** [5] - 9:13, 9:17, 71:17, 105:1

**fires** [2] - 47:6, 47:7

**first** [31] - 14:11, 17:17, 20:18, 22:7, 22:9, 24:14, 40:8, 42:15, 42:17, 42:19, 42:23, 59:7, 59:8, 64:4, 64:6, 64:8, 77:22, 84:19, 90:6, 101:20, 105:19, 105:20, 111:23, 126:3, 126:11, 126:22, 137:3, 137:17, 150:6, 153:2

**fists** [1] - 42:3

**five** [10] - 15:20, 22:11, 22:24, 23:11, 23:12, 23:13, 34:10, 40:9, 44:25, 158:19

**fix** [1] - 55:13

**fled** [3] - 36:23, 36:24, 37:22

**fly** [2] - 43:13, 43:17

**focus** [1] - 137:13

**folder** [6] - 30:23, 30:24, 43:24, 74:14,

74:17, 74:23

**follow** [1] - 148:24

**followed** [1] - 111:14

**following** [3] - 5:5, 5:12, 170:5

**follows** [2] - 5:13, 5:18

**food** [2] - 118:1, 118:2

**foregoing** [2] - 167:12, 170:3

**Foreign** [1] - 1:22

**foreign** [3] - 5:11, 5:17, 167:4

**forgot** [1] - 6:22

**form** [34] - 8:24, 15:11, 23:24, 61:18, 62:17, 75:10, 80:12, 80:13, 81:2, 81:3, 98:14, 104:12, 120:20, 121:12, 121:23, 122:24, 132:9, 135:21, 136:3, 140:4, 141:12, 149:3, 151:2, 151:10, 152:8, 152:21, 152:24, 153:18, 154:1, 160:4, 160:16, 161:6, 168:3, 170:4

**forth** [5] - 39:13, 39:14, 39:22, 40:19, 76:23

**forum** [1] - 62:9

**forward** [3] - 60:17, 98:7, 160:15

**foundation** [23] - 8:24, 17:13, 22:6, 23:24, 24:21, 25:10, 29:21, 37:10, 39:7, 61:19, 62:18, 75:11, 98:15, 129:20, 151:3, 152:9, 152:21, 152:24, 153:18, 154:1, 160:5, 160:9, 160:16

**foundational** [2] - 24:22, 25:5

**four** [14] - 11:10, 22:11, 23:3, 23:11, 23:12, 23:13, 33:25, 44:25, 145:6, 146:2, 146:11, 146:12, 155:3

**Fox** [1] - 116:24

**fox** [1] - 116:25

**Francisco** [1] - 35:3

**Francois** [1] - 92:11

**Frank** [1] - 1:17

**free** [4] - 40:2, 54:5, 168:21

**French** [2] - 95:14,

95:15

**fried** [1] - 49:23

**friend** [17] - 42:12, 49:15, 53:4, 53:8, 53:10, 54:19, 54:20, 66:3, 110:21, 110:25, 116:6, 125:1, 164:25, 165:1

**friendly** [1] - 24:18

**friends** [5] - 50:2, 50:3, 111:14, 135:3, 155:9

**frightening** [1] - 142:6

**front** [5] - 40:18, 43:20, 45:11, 55:3, 56:25

**fuck** [2] - 161:5, 161:8

**full** [3] - 7:12, 7:13, 167:12

**fun** [4] - 41:13, 46:19

**futon** [1] - 149:10

**G**

**game** [3] - 9:3, 41:8, 41:11

**games** [2] - 132:20, 132:21

**gang** [1] - 51:21

**gay** [1] - 111:11

**GEILENFELD** [3] - 1:4, 6:5, 170:16

**Geilenfeld** [83] - 2:10, 5:22, 6:5, 6:8, 6:12, 6:18, 8:1, 8:4, 14:12, 14:24, 15:4, 21:25, 23:23, 25:8, 25:23, 29:19, 32:8, 33:2, 33:11, 34:22, 35:7, 38:6, 41:1, 41:4, 41:15, 41:18, 42:8, 56:12, 61:9, 61:12, 61:15, 61:20, 62:11, 62:13, 75:9, 75:20, 81:1, 98:12, 98:23, 99:4, 99:8, 99:21, 101:25, 104:8, 104:11, 105:21, 106:1, 117:7, 118:18, 118:25, 120:2, 120:8, 120:12, 127:18, 129:3, 129:9, 129:17, 130:10, 130:20, 130:23, 131:3, 132:3, 132:8, 134:7, 134:12, 134:25, 140:14, 141:10, 143:15, 145:2, 145:16,

148:1, 149:15, 156:18, 159:22, 160:2, 160:8, 162:8, 162:24, 163:23, 164:17, 165:2, 165:6

**Geilenfeld's** [4] - 26:10, 27:25, 29:12, 100:1

**gentleman** [5] - 36:15, 37:18, 65:22, 91:17, 160:10

**gentleman's** [1] - 102:18

**Gilbert** [1] - 26:7

**girl** [1] - 100:15

**girls** [1] - 100:18

**given** [8] - 5:3, 25:1, 25:8, 25:11, 67:25, 74:20, 105:11, 167:13

**glance** [1] - 74:20

**glanced** [2] - 74:15, 91:21

**glasses** [4] - 52:6, 52:21, 52:23, 130:17

**glue** [1] - 116:7

**glued** [2] - 116:7, 116:13

**goal** [2] - 161:24, 162:1

**God** [12] - 12:21, 129:14, 142:14, 156:14

**God's** [1] - 118:10

**goodbye** [1] - 46:15

**gourdes** [1] - 68:18

**government** [11] - 13:24, 13:25, 14:2, 14:5, 14:15, 14:18, 14:21, 14:22, 17:9, 57:14, 137:9

**governmental** [2] - 137:11, 137:24

**grabs** [1] - 42:1

**grace** [1] - 142:14

**great** [3] - 67:19, 74:24, 76:7

**greeting** [1] - 24:16

**grew** [2] - 143:22, 143:24

**ground** [2] - 52:21

**grounds** [1] - 80:13

**group** [6] - 38:15, 56:21, 66:2, 96:24, 116:18, 141:1

**growing** [2] - 11:11, 22:24

**guess** [3] - 56:14, 78:20, 119:20

**guests** [4] - 22:16,

22:18, 22:19, 145:1
**guibert** [1] - 6:9
**Guibert** [1] - 2:9
**guns** [1] - 138:6
**guy** [17] - 21:16, 22:1, 22:2, 34:4, 47:2, 52:11, 65:20, 77:22, 77:23, 80:1, 120:22, 120:23, 123:23, 130:8, 140:8, 142:4, 158:10
**guys** [29] - 20:10, 21:12, 21:13, 38:13, 38:16, 45:24, 51:21, 53:19, 53:23, 59:24, 64:18, 66:5, 79:9, 80:1, 111:8, 130:4, 130:5, 130:13, 131:5, 131:14, 131:18, 131:20, 143:24, 146:24, 147:15, 147:21, 149:25, 164:18, 165:8

## H

**Habitat** [1] - 37:19
**hair** [1] - 38:9
**HAITI** [2] - 1:4, 170:16
**Haiti** [42] - 1:18, 5:21, 6:8, 6:13, 6:16, 6:17, 8:2, 8:4, 12:5, 12:24, 36:21, 37:17, 38:1, 56:13, 61:12, 61:15, 61:20, 62:11, 62:14, 86:18, 87:9, 88:4, 98:12, 98:23, 98:25, 99:4, 99:8, 99:22, 99:25, 101:25, 117:19, 150:21, 152:19, 155:7, 156:18, 160:18, 160:21, 160:22, 161:20, 162:5, 162:23
**Haitian** [17] - 57:14, 65:12, 65:16, 77:22, 89:17, 94:6, 113:1, 113:16, 113:17, 137:11, 137:23, 138:16, 138:20, 138:22, 139:4, 148:20
**Haitians** [1] - 89:18
**half** [1] - 90:3
**hand** [25] - 8:9, 20:1, 32:21, 33:3, 33:12, 52:12, 93:23, 105:22, 106:22,

111:17, 111:18, 111:25, 112:6, 112:13, 113:21, 114:3, 114:12, 114:14, 114:16, 114:19, 114:21, 114:24, 115:2, 167:17
**hands** [6] - 28:5, 32:23, 52:18, 112:7, 124:4, 124:5
**handwriting** [3] - 18:17, 117:11, 120:17
**Handwritten** [3] - 3:10, 3:23, 4:2
**Hanson** [2] - 6:12, 170:23
**happier** [1] - 90:12
**happy** [2] - 122:21, 163:4
**hard** [1] - 150:23
**Harlow** [1] - 170:20
**harvest** [1] - 162:12
**hat** [4] - 52:6, 52:20, 52:23, 111:19
**Haïtien** [2] - 65:16, 66:1
**head** [3] - 37:18, 42:9, 52:4
**healed** [2] - 113:25, 114:4
**hear** [9] - 17:25, 62:20, 84:15, 98:3, 144:3, 144:8, 144:11, 155:18
**heard** [16] - 23:18, 36:21, 42:17, 44:24, 48:25, 50:21, 55:15, 85:3, 98:5, 111:9, 124:13, 128:24, 138:11, 138:12, 139:9, 139:13
**hearing** [1] - 55:4
**heart** [1] - 65:12
**Hearts** [25] - 5:21, 6:8, 6:13, 6:15, 8:2, 8:4, 56:12, 61:12, 61:15, 61:20, 62:11, 62:13, 98:12, 98:23, 98:25, 99:4, 99:8, 99:22, 99:25, 101:25, 156:18, 160:18, 160:20, 161:20, 162:23
**HEARTS** [2] - 1:4, 170:16
**hearts** [2] - 160:21, 160:22
**hello** [1] - 158:13

**help** [19] - 15:17, 27:6, 39:23, 43:10, 43:12, 60:1, 65:3, 65:4, 65:9, 65:19, 66:7, 76:2, 77:7, 77:13, 102:22, 134:23, 149:20, 150:22, 162:6
**helped** [2] - 79:2, 129:14
**helpful** [3] - 71:23, 76:10
**helping** [1] - 40:8
**hereby** [2] - 167:5, 170:11
**heroin** [3] - 165:2, 165:5, 165:9
**hi** [1] - 72:10
**hid** [1] - 134:2
**hide** [4] - 53:10, 133:22, 133:23, 133:24
**highest** [1] - 67:15
**highlight** [1] - 102:8, 105:23, 142:10
**highlighted** [1] - 139:19
**himself** [2] - 82:1, 82:22
**his/her** [2] - 170:12
**hit** [7] - 41:3, 41:5, 41:15, 107:4, 108:18, 113:18, 115:4
**hitting** [1] - 42:3
**hm** [7] - 78:25, 92:3, 98:16, 106:20, 107:8, 107:9, 126:9
**HOFFMAN** [106] - 2:3, 6:11, 7:3, 8:14, 8:18, 8:21, 9:5, 15:11, 17:13, 19:4, 19:10, 19:13, 19:19, 19:24, 20:5, 20:13, 22:6, 23:24, 24:4, 24:21, 24:24, 25:12, 29:21, 31:20, 37:10, 39:7, 44:3, 45:19, 56:10, 58:17, 58:22, 59:5, 59:17, 60:16, 60:23, 61:3, 61:25, 62:6, 65:7, 67:14, 69:1, 69:5, 69:7, 70:3, 70:6, 70:13, 70:16, 70:23, 71:24, 72:13, 73:2, 73:8, 74:4, 76:7, 76:21, 77:12, 79:11, 81:5, 81:13, 81:22, 82:18, 84:21, 85:1, 85:6, 86:1,

86:4, 86:7, 87:21, 90:16, 91:5, 91:7, 104:14, 105:6, 105:9, 105:13, 108:21, 110:14, 110:23, 115:17, 116:1, 116:14, 118:15, 121:15, 121:25, 122:7, 122:10, 122:20, 123:4, 123:8, 123:12, 133:11, 136:21, 137:15, 138:3, 138:12, 138:17, 138:24, 149:23, 150:3, 152:24, 153:15, 154:6, 154:12, 158:18, 165:21, 166:7
**Hoffman** [5] - 3:6, 6:11, 56:7, 56:11, 170:22
**hold** [6] - 31:10, 31:12, 48:16, 53:1, 106:8
**holding** [1] - 106:9
**home** [3] - 23:17, 91:21, 117:24
**Home** [6] - 6:18, 111:4, 119:3, 138:5, 150:11, 151:19
**Homeland** [11] - 126:1, 126:8, 126:18, 150:16, 159:14, 159:24, 160:1, 160:7, 160:14, 160:18, 160:20
**homosexual** [14] - 16:21, 37:2, 37:23, 46:25, 117:8, 118:19, 119:2, 120:8, 120:13, 124:20, 134:8, 134:11, 144:10, 144:15
**homosexuals** [15] - 66:2, 117:1, 117:4, 117:5, 117:15, 117:16, 117:17, 117:22, 119:4, 144:9, 144:10, 144:12, 144:18, 144:19, 161:17
**honest** [2] - 104:5, 163:25
**honestly** [1] - 67:3
**Hope** [2] - 141:7, 141:10

**hoping** [1] - 8:9
**horrible** [1] - 66:10
**hospital** [1] - 141:20
**hot** [3] - 12:12, 12:13, 12:15
**hotel** [6] - 72:10, 87:9, 90:4, 90:5, 90:6, 95:20
**Hotel** [1] - 1:17
**hour** [2] - 68:18, 90:2
**hours** [3] - 72:3, 105:7, 123:5
**house** [40] - 10:24, 12:2, 12:3, 12:20, 13:14, 15:16, 16:6, 16:8, 17:18, 20:9, 22:16, 22:23, 26:3, 27:5, 27:6, 37:19, 38:8, 39:5, 39:6, 39:9, 39:11, 41:2, 41:15, 47:1, 48:10, 48:11, 53:10, 56:21, 65:18, 107:3, 108:3, 111:4, 111:5, 135:9, 135:11, 135:24, 136:5, 146:20, 150:24, 151:16
**housekeeping** [1] - 73:9
**HOWARD** [4] - 2:5, 6:3, 19:6, 19:11
**Howard** [16] - 4:8, 4:9, 6:3, 48:20, 60:11, 63:20, 64:12, 67:22, 68:11, 68:13, 72:20, 72:25, 75:1, 80:24, 95:24, 170:19
**hungry** [4] - 66:20, 66:21, 66:22, 66:23
**hurt** [5] - 79:25, 121:9, 121:10, 123:2, 123:24
**hurts** [6] - 30:15, 30:20, 32:13, 33:17
**husband** [1] - 119:20

## I

**I-C-T-O-R** [1] - 89:1
**IBESR** [2] - 136:23, 138:4
**IBSER** [1] - 139:4
**IBSR** [4] - 137:8, 137:13, 137:22, 139:4
**ICE** [1] - 159:13
**idea** [2] - 137:12, 166:4
**identify** [1] - 84:7
**ignored** [1] - 53:3

**Ill** [1] - 1:23
**imagine** [1] - 95:4
**impeach** [1] - 70:15
**impeachment** [1] - 70:16
**important** [3] - 9:7, 89:5, 89:7
**imported** [2] - 113:4, 113:6
**improper** [1] - 137:20
**IN** [1] - 167:17
**inaudible** [3] - 78:21, 82:10
**INC** [2] - 1:4, 170:16
**incident** [9] - 29:19, 29:24, 32:7, 32:16, 35:15, 36:7, 36:10, 49:4, 81:10
**include** [1] - 155:16
**inconsistency** [1] - 104:24
**inconsistent** [1] - 104:16
**Incorporated** [2] - 5:21, 6:8
**incorrect** [1] - 115:7
**incorrectly** [1] - 143:9
**INDEX** [1] - 3:1
**index** [1] - 76:15
**indicate** [2] - 6:22, 168:10
**indicated** [3] - 16:2, 28:7, 109:16
**Indicated** [1] - 66:19
**indicating** [1] - 82:12
**Indicted** [1] - 66:18
**individual** [1] - 119:22
**individuals** [5] - 58:6, 119:18, 145:7, 145:21, 162:22
**infected** [2] - 141:10, 141:22
**information** [12] - 35:19, 69:21, 91:13, 93:1, 93:5, 110:3, 110:5, 115:7, 115:9, 115:10, 137:5, 139:6
**injustice** [1] - 155:2
**innocent** [2] - 100:5, 100:6
**inside** [6] - 28:14, 59:3, 75:16, 132:16, 158:11, 158:12
**insisted** [1] - 55:21
**insisting** [2] - 33:15
**instead** [1] - 25:14
**institution** [1] - 143:19
**INSTRUCTIONS** [1] - 168:1
**interesting** [1] - 78:18

**internet** [4] - 18:16, 68:16, 68:17, 68:20
**interpret** [2] - 95:13, 118:16
**interpreted** [1] - 5:12
**INTERPRETER** [58] - 5:4, 5:8, 6:20, 10:1, 10:4, 13:19, 14:23, 16:19, 21:5, 21:19, 21:22, 30:8, 30:11, 30:24, 41:11, 41:16, 47:16, 48:8, 50:11, 53:6, 58:18, 58:23, 59:1, 59:14, 61:5, 61:22, 67:4, 68:4, 75:12, 76:24, 79:5, 87:20, 88:25, 89:3, 96:19, 99:12, 100:14, 107:20, 109:1, 109:7, 109:9, 109:12, 110:15, 116:18, 116:22, 118:18, 127:24, 128:8, 131:25, 140:11, 142:22, 143:23, 144:17, 152:22, 157:14, 158:17, 158:21, 158:25
**interpreter** [9] - 2:8, 6:9, 76:20, 77:6, 95:3, 95:9, 95:11, 116:21, 118:16
**Interpreter** [2] - 2:9, 6:21
**interview** [22] - 25:16, 25:18, 72:24, 74:25, 75:9, 77:17, 78:22, 83:24, 84:18, 84:19, 86:25, 87:1, 103:16, 103:24, 105:20, 141:25, 142:24, 143:9, 143:14, 144:6, 149:20
**Interview** [1] - 3:22
**interviewed** [4] - 149:16, 150:10, 153:6, 163:21
**interviewer** [1] - 85:13
**introduce** [1] - 5:24
**introduced** [2] - 15:8, 42:16
**investigation** [2] - 65:2, 160:15
**investigator** [2] - 65:2, 161:5
**invitation** [1] - 81:24
**invite** [2] - 15:9, 25:23
**invited** [3] - 26:22, 26:25, 122:13

**Iowa** [4] - 31:22, 31:25, 32:1, 35:3
**issue** [2] - 69:6, 85:4
**issued** [1] - 1:22
**issues** [1] - 93:6
**itself** [2] - 83:3, 104:23
**IV** [2] - 2:4, 170:19

**J**

**J-A-C-M-E-L** [1] - 10:4
**Jacmel** [2] - 10:3, 144:6
**jacmel** [1] - 10:4
**jail** [9] - 98:8, 98:9, 147:1, 154:15, 154:17, 154:23, 154:24, 155:6, 156:24
**James** [3] - 127:21, 127:22, 140:8
**January** [2] - 1:16, 1:23
**Jean** [21] - 3:20, 3:22, 4:5, 4:8, 7:13, 16:12, 21:18, 21:19, 36:16, 73:15, 85:20, 88:25, 92:6, 92:8, 97:20, 127:16, 131:24, 139:17, 139:24, 165:13
**JEAN** [4] - 1:15, 3:3, 5:14, 170:3
**jean** [3] - 88:23, 88:25, 128:5
**JEAN-BAPTISTE** [3] - 3:3, 5:14, 170:3
**Jean-Baptiste** [4] - 3:20, 4:8, 7:13, 85:20
**Jeff** [4] - 131:24, 164:19, 164:25, 165:13
**job** [5] - 94:25, 95:8, 100:22, 162:5, 162:19
**Joe's** [2] - 139:10, 139:13
**Joel** [1] - 59:14
**John** [5] - 1:22, 37:20, 65:18, 65:24, 92:11
**Joseph** [6] - 6:18, 23:14, 48:4, 48:6, 48:25, 111:4, 113:8, 119:2, 125:7, 150:11, 151:19, 152:15
**Joseph's** [12] - 6:6, 23:8, 108:12, 115:22, 120:18,

121:1, 123:16, 127:8, 135:13, 136:24, 138:5, 146:14
**Joël** [5] - 21:18, 21:19, 131:24, 139:17, 139:24
**Judge** [1] - 1:23
**judge** [10] - 55:3, 55:4, 156:19, 157:7, 157:8, 157:11, 159:6, 159:8, 159:9
**juice** [1] - 50:8
**jump** [2] - 113:23, 113:24
**Junior** [5] - 102:4, 102:10, 102:17, 103:5, 160:12
**junior** [1] - 102:6
**justice** [28] - 8:10, 43:17, 43:19, 54:15, 54:18, 54:23, 55:14, 55:19, 55:23, 55:25, 56:1, 56:25, 57:24, 58:5, 58:10, 61:7, 63:10, 88:3, 88:14, 99:6, 157:4, 157:5, 157:6, 157:21, 157:24, 158:1

**K**

**keep** [18] - 13:22, 18:13, 18:19, 18:20, 19:16, 20:16, 31:19, 59:25, 74:9, 74:10, 74:12, 97:7, 97:17, 99:3, 123:8, 133:20, 144:20, 155:2
**keeps** [1] - 139:22
**KELLY** [1] - 2:3
**Kelly** [2] - 6:11, 56:11
**KENDRICK** [2] - 1:7, 170:17
**Kendrick** [34] - 5:22, 6:2, 6:4, 8:3, 42:13, 42:16, 43:3, 61:13, 61:14, 61:16, 62:14, 64:23, 68:8, 86:17, 86:20, 87:3, 87:8, 88:19, 92:16, 124:25, 125:24, 126:2, 126:12, 126:22, 127:7, 127:13, 127:14, 136:22, 137:6, 138:8, 138:15, 144:3, 155:21, 163:2
**Kendrick's** [2] - 61:11, 62:22

**kept** [2] - 39:21, 55:21
**key** [1] - 158:10
**kick** [7] - 41:5, 117:2, 117:17, 117:19, 146:15, 146:16, 147:3
**kicked** [7] - 16:22, 40:3, 40:5, 98:18, 146:19, 146:23, 147:2
**kid** [1] - 80:21
**kids** [12] - 83:16, 94:9, 94:18, 98:18, 118:20, 118:23, 119:5, 120:6, 132:19, 133:4, 133:17, 135:23
**killed** [2] - 127:18, 127:20
**kind** [7] - 14:20, 24:16, 26:4, 26:15, 49:20, 132:23
**kindly** [1] - 73:21
**kinds** [3] - 26:18, 27:14, 144:22
**knife** [1] - 100:4
**knife's** [1] - 112:23
**knock** [1] - 26:14
**knowledge** [2] - 25:6, 105:25
**known** [4] - 50:14, 92:9, 135:24, 144:4
**knows** [4] - 54:7, 128:1, 129:25

**L**

**lady** [7] - 49:22, 49:24, 50:7, 50:10, 50:13, 51:5, 51:7
**Lafelio** [9] - 78:22, 78:24, 79:1, 79:7, 79:14, 79:19, 79:21
**Laguerre** [1] - 110:21
**language** [1] - 95:11
**languages** [1] - 95:13
**laptop** [2] - 68:16, 109:3
**large** [1] - 136:25
**last** [21] - 20:24, 25:20, 58:12, 61:24, 74:8, 76:25, 80:24, 87:4, 90:2, 91:20, 93:21, 96:23, 100:19, 101:10, 105:11, 108:11, 121:17, 122:3, 122:5, 122:6, 127:22
**LAUREL** [1] - 167:22
**Laurel** [4] - 1:19, 6:14,

167:2, 170:25
**law** [2] - 59:15, 137:10
**laws** [2] - 12:5, 12:23
**lawsuit** [4] - 7:25, 8:1, 61:11, 61:13
**lawyer** [10] - 54:15, 55:17, 57:15, 58:9, 58:10, 60:6, 159:7, 159:8
**lawyer's** [2] - 57:17, 58:8
**lawyers** [3] - 57:2, 57:21
**lay** [2] - 73:3, 104:15
**laying** [2] - 32:14, 138:25
**leading** [2] - 24:25, 153:17
**learned** [1] - 73:11
**least** [2] - 44:25, 153:9
**leave** [9] - 9:10, 12:19, 52:1, 54:24, 85:7, 135:10, 147:10, 154:6, 154:12
**leaves** [1] - 66:13
**leaving** [3] - 12:21, 23:7, 51:22
**led** [1] - 121:7
**left** [27] - 6:2, 12:1, 12:3, 33:21, 36:6, 36:23, 37:15, 51:14, 51:18, 52:2, 106:21, 111:5, 111:18, 114:12, 114:16, 114:18, 114:21, 135:12, 135:24, 136:2, 136:5, 136:6, 136:8, 136:9, 145:12, 145:15, 147:3
**leg** [1] - 30:4
**legal** [1] - 69:24
**legs** [2] - 42:2, 42:9
**letter** [8] - 3:12, 44:22, 45:2, 45:3, 45:5, 46:11, 46:13, 57:17
**lick** [3] - 130:3, 130:11, 130:21
**lie** [3] - 62:4, 111:11, 160:6
**lies** [1] - 62:5
**life** [1] - 48:12
**lifts** [1] - 42:6
**limited** [1] - 92:1
**line** [2] - 77:2, 168:5
**Line** [4] - 77:20, 79:25, 81:21, 81:22
**lines** [2] - 77:21, 140:22
**Lines** [2] - 78:19, 82:5

**list** [8] - 17:24, 89:9, 89:14, 89:16, 102:20, 102:25, 103:3, 151:25
**listen** [6] - 47:12, 60:18, 60:20, 84:6, 132:15, 148:4
**listened** [1] - 75:6
**listening** [1] - 80:16
**live** [20] - 7:14, 7:17, 7:19, 10:6, 11:7, 11:24, 15:23, 16:23, 16:24, 17:12, 20:18, 23:4, 23:9, 24:8, 40:11, 40:12, 56:20, 100:21, 111:5, 128:17
**lived** [13] - 10:6, 11:9, 11:25, 17:16, 20:18, 23:22, 24:8, 24:12, 26:11, 41:2, 41:19
**lives** [3] - 100:25, 101:3, 141:5
**living** [9] - 10:13, 10:19, 14:14, 15:4, 39:9, 107:3, 107:22, 146:17
**LLC** [1] - 170:23
**located** [4] - 109:16, 111:4, 120:19, 121:1
**LONG** [1] - 167:22
**look** [31] - 20:1, 20:3, 20:10, 43:23, 44:13, 47:13, 48:22, 68:1, 68:20, 71:14, 74:13, 75:18, 75:22, 76:1, 76:2, 76:9, 76:24, 77:1, 77:7, 77:10, 77:19, 81:7, 81:8, 85:24, 86:4, 94:17, 128:3, 134:3, 134:4, 134:6, 148:14
**looked** [4] - 30:3, 50:18, 50:19, 52:20
**looking** [15] - 20:11, 39:17, 47:14, 52:10, 52:25, 76:15, 79:9, 81:17, 95:16, 128:3, 134:4, 135:3, 148:21
**looks** [2] - 45:10, 77:2
**loose** [2] - 105:21, 106:1
**lose** [1] - 135:8
**lost** [2] - 13:12, 135:7
**Louis** [3] - 31:22, 35:2, 92:14
**love** [2] - 27:2, 163:18
**loved** [1] - 24:17
**loves** [1] - 46:15
**lowered** [1] - 32:25

**Lucner** [1] - 34:5
**Lucson** [1] - 97:21
**lying** [3] - 29:25, 30:2, 30:6

# M

**M-A-L-T-A** [1] - 50:11
**M-A-X-O** [1] - 21:5
**M-A-Y-A** [1] - 142:22
**machete** [37] - 52:3, 52:5, 52:11, 52:12, 52:24, 108:15, 108:17, 109:19, 111:15, 111:16, 111:19, 111:20, 112:5, 112:12, 112:20, 112:24, 113:1, 113:3, 113:4, 113:8, 113:11, 113:15, 113:17, 113:21, 114:3, 114:13, 114:20, 121:8, 124:3, 125:20, 125:23, 125:25, 126:6, 126:7, 127:1
**mad** [1] - 117:7
**Madam** [1] - 14:22
**Magistrate** [3] - 1:23, 73:16, 139:1
**mail** [5] - 67:24, 68:2, 68:6, 68:14, 68:23
**mailed** [2] - 68:8, 68:10
**Mailing** [1] - 170:18
**mails** [1] - 73:12
**MAINE** [1] - 1:1
**Maine** [5] - 1:20, 5:10, 5:16, 167:3, 167:19
**male** [5] - 119:7, 119:11, 119:14, 134:16
**malta** [6] - 50:10, 50:12, 50:13, 50:15, 51:4, 111:7
**man** [15] - 40:20, 46:18, 49:16, 50:25, 55:12, 116:22, 119:22, 119:25, 134:13, 157:19, 162:2, 162:18, 163:10, 163:12
**managed** [1] - 38:6
**Marc** [3] - 92:14, 97:22, 130:15
**marijuana** [1] - 164:6
**mark** [8] - 19:2, 19:15, 19:18, 31:2, 31:18, 73:10, 149:24,

149:25
**Mark** [1] - 130:9
**marked** [28] - 4:5, 19:20, 31:1, 31:11, 44:2, 44:21, 45:8, 45:9, 45:11, 45:20, 45:21, 46:1, 47:9, 48:2, 67:11, 67:16, 70:25, 71:2, 83:18, 106:18, 107:5, 110:1, 115:12, 115:13, 149:23, 150:4, 150:9, 166:9
**marks** [2] - 109:23, 168:8
**married** [1] - 94:7
**Mary's** [2] - 38:17, 38:21
**master** [1] - 106:9
**masterpieces** [1] - 127:5
**matter** [5] - 5:21, 30:17, 102:14, 106:10, 162:9
**matters** [1] - 138:25
**Maxo** [1] - 21:2
**maxo** [2] - 21:3, 21:5
**Maxos** [1] - 21:4
**Maya** [5] - 34:4, 34:6, 142:20, 142:21, 143:6
**Maya's** [1] - 143:4
**ME** [3] - 168:24, 170:21, 170:24
**mean** [40] - 15:2, 23:6, 29:2, 36:17, 50:6, 56:25, 60:5, 65:4, 65:9, 69:7, 71:11, 71:24, 72:2, 76:8, 78:14, 85:14, 86:25, 95:11, 96:15, 97:8, 98:5, 105:6, 105:15, 115:20, 119:9, 119:11, 131:5, 131:7, 131:9, 140:19, 141:7, 141:15, 144:13, 146:15, 149:2, 156:10, 159:14, 161:8, 163:11, 163:17
**meaning** [1] - 64:13
**means** [41] - 14:6, 14:8, 16:5, 16:17, 18:3, 26:2, 26:8, 30:1, 32:18, 33:6, 33:7, 40:17, 41:3, 42:4, 46:15, 48:5, 57:14, 57:25, 58:1, 62:3, 62:4, 65:10,

73:23, 77:15, 78:2, 78:3, 78:5, 80:10, 80:18, 80:20, 87:9, 100:5, 112:17, 115:3, 118:7, 121:9, 121:10, 125:17, 126:16, 127:14, 163:17
**meant** [3] - 20:5, 27:7, 78:7
**medication** [5] - 66:8, 139:22, 140:6, 140:13, 140:24
**meet** [13] - 14:17, 60:9, 62:22, 62:24, 63:3, 63:19, 70:21, 72:6, 72:8, 87:16, 93:10, 95:19, 129:6
**meeting** [49] - 15:1, 15:2, 63:14, 63:15, 63:22, 63:24, 64:2, 64:3, 64:4, 64:10, 64:12, 64:15, 64:16, 64:17, 64:20, 64:21, 64:22, 70:6, 70:19, 70:20, 88:18, 88:20, 89:19, 89:20, 90:22, 90:24, 91:9, 91:10, 92:4, 92:6, 92:8, 92:11, 92:14, 92:16, 92:18, 92:19, 92:20, 92:23, 93:4, 93:9, 93:11, 93:13, 93:16, 93:19, 96:9, 96:25, 97:2, 147:23
**meetings** [1] - 96:13
**men** [1] - 132:7
**mention** [1] - 79:23
**mentioned** [2] - 128:15, 163:9
**met** [19] - 14:11, 14:15, 14:24, 15:4, 42:18, 48:20, 64:8, 64:9, 71:16, 72:6, 72:19, 86:17, 86:20, 86:22, 87:2, 87:6, 124:25, 129:1, 159:12
**Mexico** [1] - 161:13
**michael** [1] - 36:4
**MICHAEL** [2] - 1:4, 170:16
**Michael** [191] - 2:10, 3:13, 5:22, 6:5, 6:7, 6:12, 6:18, 8:1, 8:4, 13:23, 14:11, 15:4, 16:3, 16:20, 17:1, 17:8, 17:16, 20:18, 20:19, 23:23, 24:6, 24:8, 24:14, 25:8,

Case 2:13-cv-00039-JAW    Document 461    Filed 07/22/15    Page 53 of 61    PageID #: 5516

10

25:23, 26:10, 26:25, 27:25, 29:11, 29:19, 30:3, 31:5, 32:8, 33:2, 33:11, 34:6, 35:13, 35:19, 35:25, 36:7, 36:16, 36:18, 36:19, 36:22, 36:24, 37:3, 37:9, 37:15, 37:21, 37:22, 38:6, 39:6, 41:1, 41:4, 41:14, 41:18, 42:7, 42:8, 44:22, 46:24, 47:6, 49:2, 55:9, 56:12, 57:15, 61:9, 61:12, 61:15, 61:20, 62:11, 62:13, 75:8, 75:20, 77:24, 78:2, 78:9, 78:10, 78:15, 78:16, 80:2, 81:11, 81:18, 81:20, 82:1, 82:9, 82:22, 82:25, 83:7, 83:8, 83:12, 83:14, 87:24, 89:13, 97:9, 99:21, 99:25, 100:16, 101:2, 101:25, 105:21, 105:25, 117:16, 118:18, 118:20, 118:25, 119:1, 119:5, 119:6, 119:7, 119:11, 119:15, 120:1, 120:2, 120:7, 120:11, 124:20, 127:17, 128:1, 129:3, 129:9, 129:13, 129:17, 129:24, 130:2, 130:10, 130:20, 130:23, 131:3, 131:7, 131:9, 132:3, 132:4, 132:7, 132:13, 132:25, 133:13, 134:7, 134:12, 134:25, 139:21, 139:22, 140:5, 140:7, 140:10, 140:12, 140:13, 140:14, 140:19, 140:21, 141:5, 141:9, 141:16, 141:17, 141:22, 142:19, 143:3, 143:5, 143:6, 143:14, 144:1, 144:20, 145:2, 145:16, 148:1, 149:15, 150:21, 150:24, 151:13, 152:2, 152:10, 152:13, 152:18, 156:18, 157:18,

157:19, 159:22, 160:2, 160:8, 160:23, 161:17, 161:21, 162:8, 162:23, 163:22, 164:16, 165:2, 165:6, 165:13
**Michael's** [6] - 47:7, 50:15, 65:18, 83:3, 97:14, 132:11
**Michelet** [7] - 80:3, 80:5, 80:6, 80:21, 99:9, 160:11
**Michelle** [2] - 77:24, 80:2
**Mickey** [10] - 106:5, 106:23, 106:24, 107:1, 107:16, 107:17, 107:21, 107:23, 107:25, 108:7
**middle** [1] - 117:13
**might** [14] - 15:20, 18:16, 18:21, 27:23, 44:3, 46:19, 84:3, 92:17, 100:3, 101:16, 106:15, 108:4, 108:7, 155:18
**Millien** [1] - 3:13
**mind** [1] - 85:19
**minds** [1] - 54:11
**mine** [8] - 50:2, 50:3, 53:4, 53:5, 54:20, 90:11, 110:21, 116:6
**Minnesota** [1] - 35:3
**minute** [7] - 16:2, 17:16, 22:3, 31:17, 32:5, 34:11, 158:19
**minutes** [1] - 158:14
**mischaracterization** [1] - 82:14
**mischaracterizing** [1] - 81:6
**miss** [1] - 79:3
**mistress** [1] - 106:9
**mix** [1] - 49:20
**mm-hm** [7] - 78:25, 92:3, 98:16, 106:20, 107:8, 107:9, 126:9
**mom** [1] - 10:11
**moment** [5] - 30:23, 32:6, 38:22, 130:13, 144:7
**mommy** [5] - 120:21, 125:9, 126:15, 133:4, 133:23
**money** [40] - 26:17, 28:23, 43:13, 46:16, 48:4, 48:6, 48:7, 48:8, 48:9, 48:13,

55:12, 57:2, 57:3, 57:22, 62:13, 66:6, 67:7, 68:19, 89:14, 95:5, 127:3, 127:6, 127:12, 133:24, 141:18, 147:6, 148:17, 148:19, 148:20, 148:21, 148:23, 155:20, 156:25, 157:2, 157:20, 159:1, 159:5, 161:21
**Montana** [1] - 1:17
**months** [3] - 17:14, 71:20, 126:19
**morning** [16] - 49:11, 62:21, 63:3, 63:7, 63:9, 63:10, 66:8, 66:16, 71:6, 72:11, 74:14, 74:22, 93:22, 93:24, 95:18, 110:20
**most** [5] - 9:7, 82:16, 89:5, 89:6, 123:2
**Mother** [1] - 143:17
**mother** [5] - 10:7, 10:13, 10:14, 10:16, 31:25
**mother's** [1] - 10:21
**motions** [2] - 8:15, 9:1
**move** [11] - 37:9, 60:25, 69:7, 70:4, 70:10, 70:24, 72:16, 122:11, 142:10, 148:25, 160:15
**moved** [10] - 10:22, 10:24, 11:4, 24:14, 39:6, 40:14, 87:10, 111:14, 135:9, 136:2
**movie** [3] - 131:2, 132:4, 132:5
**movies** [3] - 131:8, 133:15, 133:20
**moving** [2] - 60:17, 98:7
**MR** [108] - 5:20, 6:3, 6:5, 6:7, 6:9, 6:15, 6:19, 6:22, 7:4, 7:7, 8:17, 8:20, 8:23, 19:2, 19:6, 19:11, 19:16, 19:21, 20:3, 20:8, 24:1, 24:22, 25:4, 25:19, 30:25, 31:15, 34:10, 34:17, 43:25, 44:6, 45:22, 58:25, 59:3, 59:13, 61:18, 62:17, 67:13, 67:15, 69:3, 69:6, 69:10, 70:5, 70:11, 70:14, 70:17, 71:21, 72:4, 73:7, 75:10,

75:23, 76:4, 76:14, 77:10, 80:12, 81:2, 81:6, 81:15, 81:23, 83:2, 84:24, 85:2, 98:14, 103:7, 104:12, 104:18, 105:8, 105:10, 109:8, 115:15, 120:20, 121:12, 121:23, 122:1, 122:6, 122:9, 122:12, 122:24, 123:3, 123:6, 123:10, 129:18, 129:20, 132:9, 135:21, 136:3, 137:2, 137:17, 138:10, 138:14, 138:19, 139:3, 140:4, 141:12, 149:3, 150:2, 151:2, 151:10, 152:8, 152:21, 153:1, 153:23, 158:16, 160:4, 160:9, 160:16, 161:6, 166:23, 166:6
**MS** [104] - 6:11, 7:3, 8:14, 8:18, 8:21, 9:5, 15:11, 17:13, 19:4, 19:10, 19:13, 19:19, 19:24, 20:5, 20:13, 22:6, 23:24, 24:4, 24:21, 24:24, 25:12, 29:21, 31:20, 37:10, 39:7, 44:3, 45:19, 56:10, 58:17, 58:22, 59:5, 59:17, 60:16, 60:23, 61:3, 61:25, 62:6, 65:7, 67:14, 69:1, 69:5, 69:7, 70:3, 70:6, 70:13, 70:16, 70:23, 71:24, 72:13, 73:2, 73:8, 74:4, 76:7, 76:21, 77:12, 79:11, 81:5, 81:13, 81:22, 82:18, 84:21, 85:1, 85:6, 86:1, 86:4, 86:7, 90:16, 91:5, 91:7, 104:14, 105:6, 105:9, 105:13, 108:21, 110:14, 110:23, 115:17, 116:1, 116:14, 118:15, 121:15, 121:25, 122:7, 122:10, 122:20, 123:4, 123:8, 123:12, 133:11, 136:21, 137:15,

138:3, 138:12, 138:17, 138:24, 149:23, 150:3, 152:24, 153:15, 154:6, 154:12, 158:18, 165:21, 166:7
**murder** [3] - 156:19, 156:21, 156:22
**Murphy** [1] - 47:2
**music** [1] - 132:16
**must** [9] - 14:19, 33:15, 34:1, 34:2, 50:12, 97:24, 114:21, 114:22, 168:11

## N

**naked** [1] - 145:17
**Name** [1] - 170:7
**name** [59] - 7:11, 7:12, 7:13, 13:11, 20:24, 21:15, 21:17, 21:18, 21:19, 34:4, 36:14, 36:16, 37:19, 46:22, 47:2, 47:15, 53:5, 53:20, 56:11, 58:8, 58:11, 58:13, 58:14, 59:7, 59:11, 59:12, 59:13, 60:6, 65:18, 65:23, 66:4, 79:20, 85:20, 86:5, 88:22, 89:14, 99:23, 100:11, 100:19, 101:10, 101:20, 101:23, 102:18, 103:10, 106:4, 107:18, 124:14, 127:22, 130:8, 139:20, 142:11, 143:10, 149:11, 151:24, 152:1, 152:6, 159:4, 160:11
**named** [7] - 100:23, 128:23, 140:8, 155:9, 167:5, 167:15, 170:12
**names** [18] - 4:2, 17:22, 17:23, 17:24, 17:25, 18:3, 21:14, 65:23, 79:13, 89:9, 99:7, 99:13, 99:14, 99:23, 100:2, 103:12, 131:23, 132:1
**Nathan** [14] - 48:24, 49:5, 109:18, 111:8, 112:4, 112:11, 112:20, 119:24,

DON THOMPSON & ASSOCIATES

Page 10 to 10 of 18

120:8, 120:12, 121:8, 121:20, 122:23, 123:14
**National** [1] - 137:23
**Nations** [4] - 56:1, 158:2, 158:5, 163:21
**Nearcos** [1] - 37:20
**necessary** [1] - 168:9
**necessity** [1] - 118:23
**neck** [1] - 42:2
**need** [19] - 26:4, 26:5, 26:6, 26:7, 28:23, 30:8, 43:16, 54:15, 60:17, 66:6, 85:12, 85:17, 94:16, 99:5, 117:15, 135:25, 149:12, 158:16
**needed** [1] - 38:11
**needs** [2] - 105:3, 145:19
**negotiate** [1] - 54:25
**neighborhood** [3] - 123:15, 125:8, 127:8
**never** [48] - 7:21, 27:3, 33:23, 40:4, 45:1, 47:25, 49:18, 49:19, 57:10, 59:23, 64:22, 66:12, 66:13, 66:21, 66:22, 66:23, 67:21, 67:22, 68:9, 68:12, 68:24, 82:13, 82:24, 87:7, 93:8, 95:6, 95:7, 103:18, 107:4, 129:1, 129:9, 129:11, 129:17, 129:24, 151:1, 151:4, 151:5, 151:13, 151:22, 152:7, 152:10, 152:13, 152:15, 155:22, 155:24, 156:2, 164:13, 164:15
**new** [2] - 15:16, 105:13
**next** [16] - 10:18, 15:15, 19:18, 30:1, 33:14, 51:13, 65:14, 70:25, 77:1, 83:5, 83:15, 107:5, 111:4, 139:20, 140:22, 148:11
**nice** [2] - 48:10, 48:11
**Nickson** [1] - 92:11
**niggers** [1] - 118:25
**night** [6] - 29:25, 74:8, 83:9, 91:20, 105:11, 132:19
**Nintendo** [1] - 133:1
**No.____Change** [6] -

169:3, 169:7, 169:11, 169:15, 169:19, 169:23
**No.____Line** [6] - 169:3, 169:7, 169:11, 169:15, 169:19, 169:23
**nobody** [2] - 40:16, 116:8
**noise** [3] - 32:12, 33:21, 145:12
**nonalcoholic** [1] - 111:7
**none** [1] - 145:21
**nonparty** [1] - 69:16
**nonresponsive** [1] - 9:2
**Norman** [2] - 6:12, 170:23
**Nos** [3] - 4:5, 4:7, 45:20
**nostrils** [1] - 42:6
**notarized** [1] - 168:13
**Notary** [6] - 1:20, 5:9, 5:15, 167:2, 167:23, 170:11
**NOTARY** [1] - 170:10
**note** [2] - 85:19, 168:2
**noted** [2] - 5:6, 170:4
**notes** [1] - 125:2
**nothing** [1] - 17:4, 28:25, 30:18, 32:17, 32:19, 33:18, 41:6, 67:1, 103:18, 114:16, 166:6, 166:7, 167:7
**notice** [7] - 1:16, 22:17, 67:17, 68:14, 69:19, 69:23, 105:15
**Notice** [1] - 3:19
**noticed** [1] - 38:14
**notices** [1] - 69:15
**Noticing** [1] - 170:19
**nourished** [1] - 107:14
**number** [2] - 6:23, 59:16
**Number** [1] - 3:9
**number(s** [1] - 168:6

## O

**oath** [8] - 5:11, 5:16, 7:1, 8:6, 34:19, 167:4, 170:3, 170:7
**Oath** [1] - 1:21
**object** [23] - 61:18, 62:17, 75:10, 77:10, 80:12, 81:2, 81:3, 98:14, 103:7, 104:12, 121:12,

122:24, 132:9, 135:21, 136:3, 141:12, 149:3, 151:2, 151:10, 152:8, 153:19, 153:21, 160:4
**objected** [2] - 153:21, 153:24
**objecting** [3] - 24:4, 84:25, 153:17
**objection** [37] - 7:3, 15:11, 17:13, 22:6, 23:24, 24:2, 24:21, 24:23, 25:5, 25:12, 29:21, 37:10, 39:7, 62:1, 81:5, 81:16, 81:24, 120:20, 121:23, 121:25, 122:4, 122:13, 123:3, 123:7, 123:11, 129:18, 129:20, 140:4, 152:21, 153:19, 153:25, 154:1, 154:2, 160:9, 160:16, 161:6
**objections** [4] - 8:24, 9:1, 84:22, 154:5
**obligated** [1] - 69:15
**obligation** [1] - 69:24
**observe** [1] - 41:14
**observed** [3] - 40:25, 104:18, 138:11
**obviously** [3] - 137:5, 137:19, 153:4
**occasion** [3] - 32:22, 33:4, 33:12
**occasions** [1] - 34:24
**occurred** [5] - 32:7, 49:7, 125:20, 125:23, 126:25
**OF** [1] - 1:1
**offer** [6] - 8:11, 27:13, 27:14, 27:17, 148:6, 157:16
**offered** [3] - 63:7, 63:8, 158:22
**office** [6] - 58:1, 58:2, 58:6, 168:13, 168:19, 168:21
**officer** [13] - 53:24, 55:7, 55:10, 112:3, 112:4, 112:15, 114:21, 114:22, 115:1, 123:22, 147:9, 157:17, 157:18
**officers** [6] - 53:17, 53:21, 53:22, 112:11, 115:7,

159:12
**officials** [1] - 138:4
**often** [7] - 12:8, 23:22, 24:11, 68:6, 68:7, 106:6, 164:8
**old** [26] - 9:22, 10:16, 11:4, 13:13, 13:15, 14:11, 30:21, 31:7, 33:4, 34:8, 45:10, 45:14, 45:15, 48:14, 51:5, 80:1, 99:19, 101:12, 107:19, 116:19, 116:22, 117:1, 135:4, 135:14, 151:18
**older** [3] - 77:25, 80:19, 102:15
**once** [7] - 12:4, 12:22, 18:15, 43:24, 67:1, 146:25
**one** [97] - 9:8, 12:10, 17:6, 21:16, 21:24, 26:21, 29:25, 30:25, 37:21, 44:6, 45:4, 46:23, 47:7, 47:11, 47:12, 47:17, 49:3, 49:11, 49:13, 54:6, 57:10, 58:4, 58:10, 58:11, 59:8, 59:9, 59:10, 62:8, 65:10, 65:11, 65:15, 67:15, 73:8, 74:18, 77:14, 79:2, 79:9, 80:1, 83:8, 83:14, 94:5, 94:24, 99:10, 100:3, 100:5, 100:11, 101:3, 102:11, 108:3, 108:6, 110:11, 111:13, 115:18, 115:23, 115:24, 116:5, 116:7, 116:10, 116:12, 117:3, 117:4, 117:15, 117:20, 117:22, 119:16, 120:4, 120:22, 123:1, 123:20, 125:9, 125:12, 130:22, 134:17, 140:6, 142:1, 144:25, 146:9, 148:25, 150:5, 150:16, 151:22, 152:16, 155:4, 155:11, 155:12, 155:13, 160:2, 160:12, 161:23, 162:9, 165:12, 165:24
**ones** [18] - 16:13,

36:5, 42:12, 63:4, 64:21, 64:22, 78:12, 78:13, 80:19, 80:20, 88:16, 89:23, 92:20, 92:25, 98:13, 118:13, 160:22
**open** [1] - 161:19
**opened** [1] - 158:10
**opens** [1] - 148:18
**operating** [1] - 139:7
**opinion** [4] - 82:19, 100:1, 102:1, 134:10
**opportunity** [4] - 8:25, 122:14, 162:3, 162:4
**OR** [1] - 170:10
**oral** [1] - 103:9
**order** [3] - 73:19, 73:22, 145:3
**organized** [1] - 92:20
**Original** [1] - 4:7
**originals** [1] - 44:17
**orphanage** [21] - 13:24, 14:2, 14:5, 14:15, 14:18, 15:5, 16:4, 16:13, 16:14, 17:1, 17:3, 17:4, 17:6, 17:9, 17:10, 53:16, 53:18, 55:8, 73:14, 139:6, 139:10
**orphans** [1] - 41:19
**otherwise** [5] - 5:6, 19:25, 60:23, 69:9, 72:2, 104:17
**oui** [2] - 17:19, 30:25
**outcome** [1] - 167:15
**outside** [3] - 108:11, 133:3, 133:10
**overseas** [2] - 35:22, 149:7
**own** [18] - 22:25, 23:10, 41:18, 43:13, 56:20, 63:17, 87:24, 89:21, 91:22, 93:11, 117:24, 127:12, 127:15, 132:5, 133:16, 139:8, 143:19, 170:12
**owner** [3] - 106:12, 133:21

## P

**P-E-L-E** [2] - 16:19, 143:23
**p.m** [7] - 34:12, 34:15, 86:9, 86:12, 136:16, 136:19, 166:10
**P.M** [1] - 1:19
**P.O** [3] - 168:24, 170:20, 170:23

**page** [11] - 76:25, 77:1, 82:1, 105:19, 105:20, 150:7, 168:5, 168:10, 168:12, 168:15, 170:5
**PAGE** [1] - 170:1
**Page** [27] - 3:4, 3:9, 77:2, 77:20, 78:9, 78:12, 78:19, 79:24, 81:7, 81:21, 82:20, 82:21, 139:18, 139:19, 141:25, 142:7, 142:11, 143:12, 169:3, 169:7, 169:11, 169:15, 169:19, 169:23
**Pages** [1] - 81:8
**pages** [3] - 104:19, 104:20, 170:3
**paid** [28] - 11:19, 12:7, 12:16, 12:17, 109:21, 116:6, 120:22, 120:23, 121:4, 121:5, 121:6, 125:6, 127:9, 127:10, 127:12, 147:2, 147:14, 155:23, 156:5, 156:6, 156:7, 156:8, 156:9, 156:13, 156:18, 156:25
**Panama** [1] - 161:13
**pants** [22] - 22:15, 28:11, 28:12, 29:3, 29:4, 29:8, 30:4, 30:10, 30:13, 32:11, 32:24, 32:25, 58:22, 59:4, 81:11, 82:3, 82:24, 142:13, 142:18, 143:2
**paper** [14] - 20:10, 37:12, 57:15, 58:13, 91:2, 91:3, 91:4, 91:16, 147:5, 147:6, 147:8, 147:10, 147:11, 147:13
**papers** [2] - 74:18, 152:3
**parents** [1] - 11:11
**part** [28] - 28:7, 28:8, 36:5, 91:9, 91:10, 92:17, 143:15, 153:2
**participate** [2] - 131:11, 132:4
**parties** [2] - 5:24, 8:25
**partner** [4] - 49:13, 53:4, 116:6, 130:8
**partners** [2] - 49:13,

161:22
**parts** [1] - 28:4
**Party** [1] - 170:19
**party** [2] - 69:13, 69:16
**passed** [9] - 10:14, 10:16, 22:2, 100:6, 130:9, 131:22, 141:2, 141:4
**Passport** [1] - 3:14
**passport** [5] - 45:10, 45:13, 45:14, 45:15, 45:16
**Patrick** [2] - 110:21, 110:24
**PAUL** [2] - 1:7, 170:17
**Paul** [13] - 2:10, 5:22, 6:1, 6:4, 6:15, 8:2, 35:2, 42:13, 42:16, 61:10, 64:23, 66:4, 92:16
**pay** [7] - 11:20, 121:3, 127:4, 127:7, 147:4, 156:15
**paying** [3] - 90:18, 121:1, 147:12
**payment** [1] - 156:11
**pays** [1] - 157:19
**peace** [2] - 40:12
**peanuts** [1] - 132:24
**pedophile** [1] - 65:25
**pedophilia** [1] - 97:9
**Pele** [3] - 16:12, 16:18, 143:22
**pending** [4] - 7:25, 25:21, 62:2, 75:14
**penetrate** [1] - 32:20
**penetrated** [2] - 77:18, 142:14
**penis** [13] - 28:9, 28:11, 28:21, 29:2, 30:13, 32:16, 32:21, 33:3, 33:11, 134:19, 134:22, 134:25, 135:19
**penises** [1] - 134:16
**people** [65] - 9:9, 12:6, 12:16, 13:1, 13:6, 14:20, 15:18, 16:11, 17:16, 17:18, 18:7, 23:2, 23:3, 35:15, 36:1, 38:20, 38:22, 41:12, 41:15, 43:11, 46:12, 46:17, 46:23, 47:1, 47:4, 54:11, 56:22, 57:6, 63:7, 63:8, 63:22, 64:13, 65:17, 66:10, 80:18, 80:19, 82:17, 87:24, 88:4, 88:5, 88:19,

94:5, 97:11, 102:20, 116:18, 117:25, 118:4, 118:5, 118:7, 130:21, 130:25, 144:8, 146:2, 146:11, 146:12, 148:16, 149:1, 149:4, 158:13, 159:24, 162:6, 162:15, 163:18
**people's** [2] - 132:21, 149:8
**pepper** [1] - 12:25
**peppers** [4] - 12:11, 12:12, 12:13, 12:15
**perfectly** [1] - 33:10
**period** [1] - 69:22
**permanent** [1] - 39:18
**permitted** [1] - 37:3
**person** [20] - 9:8, 26:4, 40:9, 40:10, 43:1, 47:5, 50:18, 64:23, 66:9, 77:25, 90:13, 118:19, 121:5, 143:10, 146:8, 147:14, 150:25, 160:10, 167:15, 170:7
**person's** [1] - 79:20
**personally** [2] - 85:2, 170:12
**phone** [4] - 43:2, 51:3, 59:16, 124:6
**Phone** [1] - 168:25
**Phonetically** [1] - 37:20
**photo** [3] - 19:8, 106:21, 111:10
**photocopies** [1] - 45:9
**Photocopy** [1] - 3:25
**photocopy** [1] - 45:12
**photograph** [12] - 3:11, 3:17, 3:18, 3:25, 31:3, 31:4, 31:8, 31:10, 31:16, 31:21, 31:23, 47:9
**physical** [1] - 156:12
**physically** [3] - 41:1, 49:4, 159:22
**pick** [1] - 37:24
**picked** [4] - 17:17, 52:13, 52:22, 95:24
**picture** [7] - 48:1, 48:14, 50:22, 108:24, 109:2, 112:2, 114:14
**pictures** [8] - 112:17, 112:18, 113:23, 114:1, 114:8, 123:18, 123:19,

124:14
**piece** [1] - 146:21
**pills** [1] - 66:11
**PK-001517** [1] - 3:24
**place** [15] - 9:25, 13:17, 23:10, 40:1, 47:18, 57:4, 83:16, 97:3, 126:7, 126:10, 128:6, 128:12, 133:7, 138:3, 146:20
**placed** [1] - 123:14
**places** [12] - 32:1, 35:2, 35:4, 35:5, 111:17, 111:25, 112:6, 112:12, 113:20, 144:7, 144:8, 161:12
**plaintiff** [1] - 6:10
**plaintiffs** [1] - 69:16
**Plaintiffs** [2] - 1:5, 2:3
**Plaintiffs'** [1] - 3:19
**plaintiffs'** [2] - 6:24, 6:25
**plan** [3] - 55:6, 84:25, 92:21
**planes** [1] - 22:14
**plant** [1] - 162:11
**plantains** [1] - 49:23
**planting** [1] - 162:13
**play** [7] - 73:4, 76:11, 76:17, 78:20, 84:5, 132:20, 133:2
**Playboy** [10] - 130:24, 131:4, 131:9, 131:18, 132:3, 132:7, 133:14, 133:20, 134:2, 134:12
**Playboys** [1] - 133:2
**played** [2] - 84:8, 131:2
**player** [2] - 132:18, 132:25
**playing** [2] - 132:20, 133:10
**Plaza** [1] - 170:23
**pocket** [1] - 124:6
**point** [9] - 12:19, 76:7, 76:12, 104:10, 109:8, 145:19, 146:14, 153:11, 159:12
**pointing** [1] - 91:8
**poisoned** [5] - 127:18, 127:20, 128:7, 128:9, 140:9
**poisoning** [2] - 128:6, 128:12
**police** [48] - 36:3, 36:8, 51:16, 53:17,

53:21, 53:22, 53:24, 53:25, 54:3, 55:7, 55:9, 109:17, 109:20, 110:3, 110:5, 111:2, 111:24, 112:1, 112:3, 112:4, 112:10, 112:14, 112:15, 114:18, 114:21, 114:22, 115:1, 115:5, 115:7, 123:13, 123:17, 123:22, 123:25, 124:1, 147:3, 147:4, 147:6, 147:9, 147:12, 147:15, 157:17, 157:18, 163:10
**Police** [2] - 137:23
**poor** [2] - 47:11, 100:5
**poorest** [1] - 162:14
**popcorn** [1] - 133:9
**Port** [9] - 1:18, 7:19, 11:2, 11:3, 11:4, 11:8, 11:24, 119:3, 157:15
**Port-au-Prince** [8] - 1:18, 7:19, 11:2, 11:3, 11:4, 11:8, 11:24, 157:15
**Port-au-Prince's** [1] - 119:3
**portion** [3] - 79:12, 86:2, 112:23
**portions** [3] - 82:15, 86:5, 105:23
**Portland** [1] - 170:24
**position** [2] - 25:6, 69:12
**possible** [1] - 29:23
**post** [3] - 120:17, 120:25, 125:6
**poster** [1] - 121:21
**posters** [2] - 115:21, 123:15
**posting** [1] - 73:12
**potatoes** [1] - 49:24
**pour** [2] - 130:2, 130:10
**power** [1] - 162:16
**practice** [5] - 134:17, 134:18, 134:19, 134:20, 134:21
**pray** [1] - 14:8
**prayer** [2] - 14:9, 142:14
**prefer** [1] - 7:9
**preparation** [1] - 60:8
**prepare** [1] - 166:1
**prescribed** [1] -

168:15
**present** [4] - 92:6, 92:19, 92:23, 93:3
**PRESENT** [1] - 2:9
**presently** [1] - 7:14
**preserved** [1] - 8:16
**pressing** [1] - 28:3
**pressures** [1] - 55:10
**pretend** [1] - 114:10
**pretended** [1] - 22:12
**pretending** [1] - 120:4
**prevent** [3] - 52:17, 52:18, 98:6
**prevents** [1] - 137:10
**pricks** [1] - 11:15
**priest** [1] - 16:20
**Prince** [8] - 1:18, 7:19, 11:2, 11:3, 11:4, 11:8, 11:24, 157:15
**Prince's** [1] - 119:3
**print** [2] - 18:15, 167:11
**printed** [1] - 85:20
**private** [4] - 28:3, 28:7, 28:8, 56:20
**privileged** [1] - 137:21
**problem** [22] - 7:15, 19:1, 49:21, 51:24, 55:9, 55:24, 62:10, 63:9, 65:22, 89:15, 96:21, 99:17, 104:22, 123:21, 152:25, 153:1, 158:7, 158:12, 161:22, 162:9, 164:2, 164:3
**problems** [2] - 37:24, 106:11
**procedure** [1] - 168:22
**proceed** [1] - 20:12
**proceedings** [1] - 137:25
**PROCEEDINGS** [1] - 5:1
**process** [2] - 105:24, 146:18
**produced** [2] - 110:2, 150:1
**Production** [1] - 3:20
**products** [1] - 66:14
**progressing** [1] - 59:22
**proof** [1] - 114:7
**proper** [1] - 25:10
**property** [5] - 146:17, 146:21, 147:1, 147:2, 154:22
**protect** [1] - 23:19
**Protective** [4] - 138:16, 138:21,

138:22, 139:5
**provide** [2] - 93:4, 99:23
**provided** [4] - 3:10, 64:4, 69:11, 168:17
**providing** [1] - 63:23
**Public** [5] - 1:20, 5:9, 5:15, 167:2, 167:23
**PUBLIC** [1] - 170:10
**Public/Attorney** [1] - 170:11
**pull** [7] - 42:4, 42:5, 52:11, 81:11, 82:3, 82:23, 149:9
**pulled** [5] - 26:14, 30:4, 39:21, 111:13, 111:15
**pulling** [1] - 58:21
**pulls** [3] - 42:4, 51:3, 52:3
**punch** [1] - 41:4
**purchase** [1] - 50:10
**purchased** [2] - 50:13, 146:21
**pursuant** [2] - 1:16, 1:21
**pushed** [1] - 78:3
**put** [39] - 8:18, 9:3, 13:18, 19:6, 38:8, 38:12, 38:14, 42:8, 66:14, 70:9, 76:21, 108:8, 109:3, 111:10, 115:21, 120:23, 120:24, 121:5, 121:6, 123:18, 123:19, 124:10, 125:12, 125:16, 127:4, 127:7, 127:13, 136:21, 137:20, 141:20, 143:10, 143:16, 147:16, 148:17, 150:7, 151:24, 152:1
**puts** [1] - 42:2
**putting** [10] - 12:24, 44:7, 45:11, 50:22, 121:22, 124:13, 125:10, 141:21, 150:7, 154:4
**Pétion** [4] - 133:8, 147:7, 154:18, 157:1
**Pétion-Ville** [4] - 133:8, 147:7, 154:18, 157:1

**Q**

**qualified** [1] - 25:9
**questions** [22] - 9:2,

9:12, 9:15, 19:25, 20:6, 34:20, 56:4, 56:5, 56:8, 62:7, 62:8, 63:13, 72:1, 86:16, 91:25, 94:14, 101:6, 105:17, 128:22, 153:12, 165:21, 168:22
**quick** [3] - 85:10, 142:9, 142:10
**quickly** [2] - 50:18, 79:15
**quite** [1] - 135:4

**R**

**R-O-S-E-M-O-N-D** [1] - 107:20
**radio** [6] - 38:4, 38:23, 38:24, 111:9, 124:14, 132:15
**raise** [2] - 8:8, 9:1
**raised** [1] - 52:12
**raising** [1] - 100:18
**ran** [6] - 36:6, 52:13, 52:22, 52:24, 53:11
**Rasta** [11] - 54:22, 55:12, 55:21, 163:10, 163:12, 163:14, 163:15, 163:17, 163:18, 163:20
**rasta** [2] - 55:16, 163:12
**reaching** [1] - 58:17
**reacted** [1] - 111:20
**read** [29] - 25:20, 25:21, 32:4, 59:13, 61:25, 62:2, 68:15, 75:12, 75:14, 75:24, 76:4, 77:22, 78:1, 79:11, 79:16, 81:14, 82:15, 85:11, 91:24, 104:18, 105:4, 110:17, 121:15, 121:17, 122:3, 150:18, 170:3, 170:8
**reading** [7] - 71:9, 105:2, 105:23, 111:1, 168:18, 168:19, 170:7
**reads** [1] - 76:6
**real** [2] - 142:9, 142:10
**really** [24] - 8:9, 10:15, 17:6, 22:8, 23:6, 39:16, 40:17, 43:15, 43:16, 44:23, 46:18, 46:19, 50:1, 50:9, 50:18, 51:22, 72:8, 98:21, 99:13,

123:24, 138:25, 142:2, 158:19
**Reason** [6] - 169:5, 169:9, 169:13, 169:17, 169:21, 169:25
**reason** [9] - 11:10, 40:19, 67:2, 108:7, 123:7, 140:8, 143:3, 154:3, 168:7
**reasons** [1] - 170:5
**receive** [1] - 71:5
**received** [5] - 67:19, 68:23, 69:25, 74:6, 155:20
**receiving** [1] - 22:10
**recognize** [5] - 84:11, 84:13, 107:10, 107:18, 153:13
**recollection** [2] - 149:21, 153:8
**record** [31] - 5:20, 7:12, 8:14, 8:19, 9:4, 31:20, 34:17, 69:4, 69:10, 73:3, 76:22, 79:12, 81:24, 91:5, 91:7, 104:15, 109:14, 110:17, 116:1, 116:16, 118:17, 119:18, 122:11, 136:21, 137:2, 137:20, 138:4, 139:1, 139:3, 154:4, 167:12
**Recorded** [1] - 3:21
**recorded** [4] - 64:5, 72:24, 86:25, 109:15
**recording** [1] - 84:8
**red** [1] - 141:3
**reduced** [1] - 167:10
**refer** [4] - 7:8, 20:10, 25:17, 35:15
**referencing** [1] - 93:7
**referred** [2] - 4:6, 7:9
**referring** [6] - 28:8, 97:7, 97:17, 120:2, 124:12, 124:18
**reflect** [5] - 31:20, 91:5, 91:7, 116:1, 139:3
**reflected** [1] - 152:5
**refresh** [2] - 149:21, 153:8
**refrigerator** [3] - 27:24, 144:23, 148:13
**refused** [2] - 161:2, 161:9
**refusing** [3] - 94:19, 94:21, 101:6

**regarding** [2] - 163:22, 168:22
**reimburse** [2] - 155:25, 156:2
**reiterate** [1] - 72:14
**related** [1] - 47:22
**relations** [2] - 37:2, 37:23
**relationship** [7] - 14:20, 24:15, 77:23, 120:9, 120:13, 124:20, 142:5
**release** [2] - 54:10, 55:24
**relevance** [2] - 137:25, 138:25
**relevant** [1] - 138:22
**remain** [1] - 40:7
**remember** [41] - 10:10, 14:24, 15:1, 15:2, 15:8, 15:9, 15:10, 17:22, 17:23, 18:4, 19:22, 20:17, 21:9, 22:11, 29:24, 35:22, 36:14, 38:7, 42:20, 42:23, 48:22, 48:23, 52:24, 56:18, 59:20, 63:25, 64:1, 84:1, 84:4, 103:22, 107:1, 126:17, 128:14, 147:5, 149:19, 153:7, 154:7, 154:9, 154:13, 154:22
**remembers** [1] - 20:9
**removed** [2] - 136:24, 143:18
**rent** [1] - 133:7
**rented** [2] - 10:24, 16:9
**repeated** [1] - 77:16
**repeatedly** [1] - 99:20
**repeating** [1] - 153:20
**rephrase** [3] - 60:19, 122:8, 126:14
**reported** [1] - 167:10
**REPORTER** [2] - 6:14, 122:5
**Reporter** [2] - 167:23, 170:25
**reporter** [8] - 6:14, 7:2, 25:19, 41:10, 65:2, 96:18, 108:25, 109:23
**represent** [5] - 56:12, 69:13, 69:17, 83:23, 162:23
**representation** [1] - 118:21
**represents** [1] - 57:25,

61:9
**Republic** [1] - 37:13
**reputation** [1] - 111:6
**Request** [1] - 3:20
**requested** [1] - 79:16
**resident** [2] - 23:13, 39:18
**respect** [4] - 44:14, 44:16, 139:5, 163:18
**respective** [1] - 170:4
**respond** [2] - 69:3, 81:16
**response** [6] - 69:10, 70:11, 73:14, 81:23, 103:9, 137:2
**responsibility** [1] - 162:20
**responsible** [6] - 37:21, 46:13, 47:23, 49:3, 119:16, 119:17
**resumed** [2] - 86:11, 136:18
**retained** [1] - 4:7
**return** [4] - 37:4, 168:13, 168:14, 168:18
**returned** [2] - 4:8, 74:19
**review** [4] - 71:7, 85:22, 86:15, 105:12
**reviewed** [1] - 75:6
**rich** [2] - 149:1, 149:8
**Rich** [3] - 1:23, 73:16, 139:1
**rights** [1] - 138:1
**Roberny** [1] - 2:7
**robert** [1] - 142:21
**Robert** [30] - 20:20, 20:21, 27:4, 34:4, 34:7, 34:8, 77:21, 78:3, 78:10, 78:12, 79:13, 81:13, 82:20, 82:21, 83:1, 83:7, 83:12, 83:13, 83:15, 97:22, 142:12, 142:17, 142:20, 143:1, 143:3, 143:4, 143:5, 143:7
**rock** [4] - 52:13, 52:17, 52:22, 149:6
**rocking** [1] - 149:6
**rocks** [1] - 111:21
**rode** [1] - 72:11
**Rony** [1] - 92:8
**room** [49] - 5:23, 15:13, 23:1, 23:2, 23:3, 26:6, 26:7, 26:10, 26:14, 26:16, 26:22, 26:23, 27:1, 27:13, 27:18, 27:21,

28:1, 28:14, 28:16, 28:20, 29:18, 33:23, 33:24, 81:19, 83:13, 90:4, 132:20, 132:25, 133:3, 133:14, 133:15, 133:21, 134:3, 134:5, 142:12, 143:1, 144:23, 144:25, 145:14, 145:21, 146:1, 146:10, 146:12, 146:19, 148:4, 148:5, 148:7
**Rosemond** [1] - 107:19
**Rosier** [1] - 2:7
**Roubens** [1] - 4:5
**Roubens'** [1] - 83:19
**rubbed** [2] - 12:13, 30:13
**Rudman** [3] - 5:15, 6:3, 170:20
**Rue** [1] - 1:17
**rule** [1] - 137:9
**rules** [2] - 39:5, 39:11
**rumor** [1] - 140:8
**rumors** [2] - 23:18
**run** [5] - 51:25, 52:16, 52:22, 53:3, 111:22
**running** [4] - 52:14, 52:15, 53:9

## S

**S-A-K-R-A** [1] - 89:2
**Sacra** [3] - 88:23, 89:2, 97:20
**Sacra's** [1] - 4:5
**sacrifice** [10] - 27:3, 27:5, 27:7, 27:8, 27:23, 28:24, 33:18, 43:17, 148:8
**San** [1] - 35:3
**Sanford** [1] - 167:19
**sat** [1] - 158:13
**Satan** [1] - 118:21
**satisfaction** [1] - 57:10
**satisfied** [1] - 6:25
**Saturdays** [3] - 133:5, 133:6
**saw** [23] - 12:25, 23:18, 26:13, 30:3, 35:25, 50:17, 50:19, 51:18, 51:20, 52:1, 52:11, 53:1, 69:19, 71:14, 72:10, 86:23, 87:13, 87:14, 95:18, 116:8, 129:25,

130:1, 143:16
**scar** [8] - 106:15, 108:18, 108:19, 108:24, 109:2, 109:5, 109:16, 114:6
**scars** [1] - 106:13
**scene** [2] - 111:22, 136:25
**scenes** [1] - 38:5
**scheduling** [1] - 93:6
**school** [11] - 11:12, 11:13, 47:25, 150:23, 151:4, 151:13, 151:17, 152:11, 152:13, 152:15
**School** [1] - 115:22
**screaming** [1] - 138:6
**Sean** [2] - 4:5, 83:19
**searching** [2] - 163:16, 163:20
**second** [3] - 30:25, 64:3, 137:22
**Security** [11] - 126:1, 126:8, 126:18, 150:16, 159:14, 159:25, 160:1, 160:7, 160:14, 160:18, 160:20
**see** [68] - 18:5, 19:4, 22:15, 23:23, 24:11, 26:5, 30:23, 31:5, 39:13, 41:4, 41:18, 42:11, 45:22, 46:15, 46:20, 46:22, 49:17, 50:6, 50:19, 51:2, 52:16, 58:13, 60:1, 63:11, 67:7, 68:1, 68:15, 74:23, 76:18, 87:13, 87:14, 95:4, 96:5, 99:9, 100:10, 102:2, 102:5, 106:21, 106:23, 107:6, 109:3, 109:5, 109:9, 110:13, 110:20, 112:15, 113:24, 113:25, 114:8, 114:9, 114:10, 114:11, 114:23, 115:23, 119:15, 119:20, 123:19, 125:14, 133:24, 134:6, 148:19, 148:23, 149:7, 150:5, 153:8, 161:16, 163:13
**seed** [2] - 162:10, 162:11
**seem** [1] - 70:7
**sees** [4] - 26:4, 41:25,

106:8, 106:11
**self** [1] - 95:1
**self-employed** [1] - 95:1
**sell** [2] - 95:5, 127:5
**selling** [1] - 49:22
**sells** [1] - 50:7
**send** [4] - 47:20, 47:25, 67:24, 69:1, 69:20, 150:22
**sending** [2] - 46:16
**sense** [3] - 49:16, 71:25, 85:9
**sent** [9] - 68:14, 151:4, 151:13, 152:10, 152:11, 152:13, 157:11, 159:10, 170:22
**sequence** [1] - 71:23
**serge** [1] - 93:17
**Serge** [14] - 4:5, 53:20, 53:21, 84:19, 90:22, 92:4, 93:18, 93:19, 99:9, 105:14, 136:22, 138:8, 138:15, 160:11
**Serge's** [11] - 84:15, 103:15, 106:19, 107:6, 116:2, 120:16, 120:25, 122:22, 124:22, 125:6, 127:4
**series** [2] - 79:13, 91:25
**serious** [1] - 102:13
**serve** [1] - 69:15
**Services** [6] - 13:14, 13:16, 138:16, 138:21, 138:22, 139:5
**setting** [1] - 60:4
**settle** [1] - 124:1
**several** [3] - 43:11, 65:23, 125:19
**sex** [3] - 22:1, 33:5, 134:14
**sexual** [8] - 75:8, 75:17, 80:25, 81:9, 82:13, 82:17, 83:4, 119:4
**sexually** [7] - 75:21, 76:13, 104:11, 129:25, 145:3, 148:2, 159:21
**share** [2] - 23:2, 137:20
**shared** [1] - 146:8
**sharp** [3] - 112:25, 113:16
**SHEET** [2] - 168:1,

169:1
**sheet** [1] - 168:2
**Shelly** [1] - 150:13
**shirts** [1] - 22:15
**shit** [3] - 50:21, 51:1, 101:1
**shoes** [1] - 145:13
**shook** [1] - 93:23
**short** [2] - 22:15, 85:22, 86:7
**show** [28] - 35:8, 45:21, 46:1, 48:1, 67:11, 70:25, 83:5, 83:18, 88:12, 106:15, 106:18, 107:5, 108:19, 109:4, 109:22, 113:20, 113:22, 114:7, 114:14, 114:23, 114:25, 115:5, 115:13, 124:7, 124:9, 134:23, 135:23, 165:25
**showed** [8] - 24:17, 31:24, 91:4, 112:7, 112:14, 115:3, 123:17, 153:7
**showing** [6] - 26:19, 106:16, 116:2, 135:3, 150:4, 153:2
**shows** [1] - 26:16
**Sibert** [18] - 73:11, 73:19, 73:25, 83:25, 84:18, 89:19, 89:25, 93:21, 94:1, 95:18, 103:17, 104:4, 136:22, 138:8, 140:2, 142:25, 143:9, 162:21
**Sibert's** [1] - 84:13
**sibling** [1] - 155:13
**sick** [5] - 140:5, 140:23, 140:25, 141:16, 142:15
**side** [2] - 146:13
**sign** [1] - 168:11
**signature** [5] - 110:6, 110:12, 168:11, 168:16, 170:12
**SIGNATURE** [1] - 170:1
**Signature** [1] - 170:6
**signed** [1] - 110:13
**signing** [2] - 168:18, 168:19
**simple** [1] - 56:14
**simply** [2] - 20:17, 154:1
**sister** [1] - 10:21

**sisters** [1] - 11:22
**sit** [4] - 8:11, 76:2, 122:20, 149:9
**sitting** [4] - 49:25, 60:10, 93:23, 96:3
**situation** [5] - 39:24, 40:7, 116:23, 155:19
**six** [4] - 15:20, 22:12, 40:9, 71:19
**SJF** [1] - 4:1
**skin** [1] - 107:18
**slaves** [1] - 119:1
**sleep** [5] - 23:10, 39:22, 83:9, 140:7, 146:6
**sleeping** [3] - 39:25, 142:12, 142:25
**sleeve** [1] - 112:21
**small** [3] - 50:14, 107:13, 148:16
**smaller** [2] - 42:12, 80:20
**smashed** [2] - 12:11, 12:15
**smoke** [4] - 164:6, 164:14, 164:20, 164:21
**smoked** [1] - 164:16
**Social** [7] - 13:1, 13:4, 13:5, 13:8, 13:14, 13:16, 37:12
**sofa** [3] - 149:7, 149:8, 149:12
**sofas** [1] - 149:5
**sold** [1] - 147:1
**solicited** [1] - 154:2
**solutions** [1] - 128:3
**someone** [18] - 43:19, 47:22, 59:25, 78:17, 93:25, 100:11, 101:23, 106:9, 121:2, 125:6, 127:3, 127:18, 128:23, 143:8, 150:23, 155:9, 163:6, 163:8
**someplace** [2] - 35:21, 90:8
**sometimes** [10] - 14:8, 41:22, 42:4, 49:22, 95:3, 95:9, 119:13, 119:14, 149:4, 164:11
**somewhere** [1] - 47:20
**Son** [2] - 92:9, 99:9
**soon** [4] - 41:24, 109:23, 113:18, 124:15
**sorry** [19] - 19:7, 20:6, 30:11, 33:9, 47:2,

48:5, 68:4, 75:13, 79:4, 87:20, 95:17, 121:16, 133:12, 135:18, 140:11, 150:4, 158:15
**sort** [1] - 76:21
**soul** [1] - 40:12
**Spanish** [1] - 95:16
**speaking** [2] - 44:25, 96:21
**speaks** [2] - 83:2, 104:22
**special** [1] - 90:12
**specially** [1] - 90:11
**specific** [3] - 25:2, 26:21, 29:1
**speculating** [1] - 138:14
**speeches** [1] - 9:2
**speed** [1] - 105:23
**spelled** [1] - 37:20
**spend** [10] - 27:8, 27:9, 66:25, 68:18, 68:19, 134:5, 152:16, 155:3, 155:4
**spending** [1] - 48:6
**spent** [4] - 14:3, 16:25, 91:15
**spoken** [4] - 42:22, 64:24, 125:24, 128:25
**spot** [2] - 70:9, 143:11
**spreading** [1] - 142:1
**spreads** [1] - 47:3
**squeeze** [1] - 29:10
**St** [33] - 6:6, 6:18, 23:8, 23:14, 31:22, 35:2, 48:4, 48:6, 48:25, 88:24, 89:1, 92:9, 97:20, 108:12, 111:4, 113:8, 115:22, 119:2, 120:18, 121:1, 123:16, 125:7, 127:8, 135:13, 136:24, 138:5, 139:10, 139:13, 146:14, 150:11, 151:19, 152:15
**ST** [1] - 89:1
**stack** [1] - 12:9
**stand** [7] - 15:15, 59:25, 65:14, 66:5, 97:6, 97:24
**standing** [5] - 50:16, 51:13, 52:2, 61:7, 66:4
**start** [7] - 5:25, 45:24, 56:14, 59:21, 61:8, 117:3, 117:15

**started** [16] - 16:13, 16:14, 17:3, 22:22, 29:16, 35:9, 35:10, 36:20, 51:11, 61:12, 111:16, 125:12, 140:8, 143:19, 145:11, 153:5
**starting** [1] - 98:13
**State** [10] - 1:20, 5:10, 5:15, 15:5, 16:3, 17:9, 54:6, 54:7, 54:10, 167:3
**state** [7] - 7:12, 81:24, 122:4, 122:13, 123:6, 123:11, 128:21
**statement** [14] - 54:1, 64:5, 65:8, 104:16, 109:17, 110:17, 111:2, 112:9, 115:8, 122:3, 153:14, 170:3, 170:4, 170:7
**STATES** [1] - 1:1
**States** [20] - 8:1, 34:21, 35:6, 35:12, 36:11, 37:16, 39:3, 43:14, 61:16, 62:12, 98:3, 98:4, 128:20, 131:22, 146:22, 152:4, 152:17, 161:14, 161:24, 162:4
**stating** [1] - 62:14
**station** [14] - 38:4, 38:23, 38:24, 38:25, 53:25, 54:4, 109:20, 112:1, 112:10, 123:13, 123:23, 147:7, 163:10
**stay** [5] - 90:18, 146:20, 146:24, 152:14, 162:1
**stayed** [2] - 23:7, 145:7
**staying** [5] - 90:5, 90:14, 90:16, 90:20, 146:24
**stays** [1] - 135:11
**steal** [1] - 59:1
**stenographically** [1] - 167:10
**stick** [2] - 75:15, 116:7
**sticker** [1] - 19:6
**stickers** [1] - 44:7, 44:8
**sticks** [1] - 11:14
**still** [9] - 34:19, 46:15, 57:11, 57:19, 97:15, 98:19, 101:4, 101:5, 109:20

**stipulated** [1] - 73:2
**stipulating** [1] - 104:22
**stole** [3] - 57:2, 57:22
**stolen** [1] - 59:4
**stomach** [7] - 30:15, 30:20, 32:13, 32:14, 33:17
**stomachache** [1] - 142:15
**stop** [27] - 39:18, 39:25, 40:20, 45:1, 61:17, 89:17, 98:10, 98:20, 98:21, 98:22, 98:24, 99:5, 116:24, 116:25, 117:1, 117:23, 118:19, 118:23, 118:24, 119:5, 119:6, 128:4, 156:14, 156:16, 161:23, 162:13
**stops** [1] - 45:4
**stories** [5] - 22:23, 22:24, 43:5, 126:13, 128:2, 144:4
**story** [6] - 18:18, 35:22, 126:16, 144:1, 154:10, 154:13
**straight** [1] - 53:11
**Street** [1] - 170:20
**street** [5] - 13:6, 47:20, 51:12, 102:12, 124:2
**streets** [6] - 47:21, 47:24, 51:15, 52:19, 98:19, 147:16
**strength** [2] - 117:12, 161:18
**stress** [1] - 73:17
**strict** [1] - 11:11
**strike** [3] - 8:15, 9:1, 108:17
**striking** [1] - 111:16
**struck** [5] - 112:5, 112:11, 112:23, 113:21, 114:3
**stuff** [4] - 49:25, 58:24, 147:16, 162:2
**subject** [1] - 99:25
**submachine** [1] - 138:5
**subscribe** [1] - 167:17
**substance** [2] - 168:3, 170:4
**suck** [3] - 118:22, 130:7, 130:18
**sued** [1] - 8:2
**suitcase** [2] - 135:10, 136:9

**Sunday** [16] - 87:14, 88:19, 90:23, 92:4, 92:6, 92:8, 92:11, 92:14, 92:16, 92:19, 92:24, 93:5, 93:13, 93:16, 96:10
**support** [1] - 46:23
**supporting** [1] - 160:22
**supposed** [3] - 64:19, 91:14, 101:19
**swell** [1] - 114:12
**swelled** [2] - 111:18, 114:19
**swollen** [1] - 114:15
**swore** [1] - 8:9
**sworn** [3] - 5:9, 5:14, 167:6
**system** [6] - 55:14, 56:25, 57:24, 58:5, 88:3, 88:14

**T**

**T-H-Y-B-U-L-L-E** [1] - 14:23
**T-shirts** [1] - 22:15
**table** [2] - 60:10, 93:23
**talks** [3] - 81:9, 82:25, 83:3
**taping** [1] - 57:5
**tea** [1] - 66:13
**teach** [1] - 134:15
**team** [1] - 144:10
**teeth** [1] - 113:18
**telephone** [2] - 43:1, 111:13
**television** [4] - 38:4, 38:23, 38:25, 124:15
**tempt** [1] - 133:25
**temptation** [1] - 26:15
**Tennessee** [1] - 129:6
**tennis** [1] - 145:13
**tent** [3] - 50:7, 52:7, 52:8
**tents** [2] - 50:5, 52:25
**testified** [16] - 16:2, 17:15, 32:8, 38:22, 64:1, 99:18, 120:15, 121:19, 126:6, 126:21, 135:12, 144:20, 145:2, 145:6, 147:20, 153:9
**testify** [7] - 43:14, 64:19, 67:2, 70:12, 70:14, 89:24, 167:6
**testifying** [3] - 13:4, 32:6, 64:14
**testimonies** [1] - 130:22

testimony [33] - 5:11, 5:12, 5:16, 8:6, 9:11, 25:17, 33:2, 33:10, 63:23, 68:22, 70:16, 73:23, 73:25, 79:7, 79:16, 103:20, 114:2, 115:6, 120:7, 120:11, 120:14, 122:2, 122:16, 122:19, 130:19, 132:1, 132:6, 141:9, 141:14, 147:17, 167:4, 167:13, 168:3

Testimony [1] - 1:22

text [1] - 139:19

THE [214] - 6:14, 6:17, 6:20, 10:1, 10:4, 12:12, 13:19, 13:25, 14:23, 15:6, 16:19, 18:6, 18:11, 18:14, 18:20, 18:24, 19:1, 20:25, 21:4, 21:5, 21:10, 21:12, 21:16, 21:19, 21:20, 21:22, 21:23, 23:11, 23:14, 28:18, 28:22, 29:5, 29:7, 30:8, 30:11, 30:24, 32:3, 35:4, 40:5, 41:8, 41:11, 41:12, 41:16, 43:20, 44:14, 44:19, 45:14, 46:7, 47:16, 48:7, 48:8, 48:9, 48:12, 50:11, 53:6, 58:18, 58:23, 59:1, 59:8, 59:11, 59:14, 59:20, 61:5, 61:22, 66:12, 66:22, 66:24, 67:4, 68:4, 71:8, 71:13, 71:17, 72:22, 73:1, 74:2, 74:8, 74:10, 75:3, 75:5, 75:12, 76:24, 78:15, 78:24, 79:5, 79:18, 79:21, 83:6, 83:21, 84:10, 84:12, 84:14, 84:16, 86:18, 87:5, 87:20, 88:23, 88:25, 89:3, 89:4, 93:17, 95:20, 95:22, 95:25, 96:19, 97:19, 98:1, 99:1, 99:11, 99:12, 100:14, 101:1, 101:4, 101:7, 101:9, 101:13, 101:15, 101:18, 101:21, 102:2, 102:7, 102:11, 102:19, 102:22, 103:1, 103:4, 103:11, 103:13, 103:18,

103:22, 104:2, 104:6, 104:9, 107:8, 107:11, 107:20, 109:1, 109:6, 109:7, 109:9, 109:10, 109:12, 109:25, 110:10, 110:13, 110:15, 113:12, 115:25, 116:4, 116:18, 116:22, 117:6, 118:18, 121:18, 122:5, 124:8, 126:9, 127:9, 127:24, 128:8, 131:25, 140:11, 142:20, 142:22, 143:23, 144:17, 146:5, 146:16, 150:17, 151:7, 151:12, 151:21, 152:7, 152:10, 152:14, 152:20, 152:22, 152:23, 154:9, 154:16, 155:4, 155:12, 155:14, 155:22, 155:24, 157:12, 157:14, 158:17, 158:21, 158:25, 159:16, 159:19, 159:16, 159:19, 160:20, 161:3, 162:1, 163:6, 163:12, 163:16, 163:24, 164:1, 164:3, 164:5, 164:7, 164:9, 164:13, 164:15, 164:18, 164:22, 164:24, 165:3, 165:7, 165:10, 165:17

theatre [1] - 113:9

themselves [2] - 5:24, 80:19

therefore [1] - 170:5

Theresa [1] - 143:18

they've [3] - 7:18, 147:20, 165:15

thinking [6] - 19:12, 40:20, 51:16, 51:19, 53:9, 164:10

third [2] - 69:13, 69:16

third-party [2] - 69:13, 69:16

thirty [1] - 168:14

THOMPSON [1] - 168:23

three [16] - 11:10, 16:11, 17:14, 17:25, 34:3, 34:25, 40:9, 83:11, 83:15,

126:19, 135:19, 152:16, 154:25, 155:3, 158:14, 165:8

threw [2] - 47:21, 52:21

THROUGH [2] - 41:16, 61:5

throughout [7] - 99:3, 99:21, 121:19, 122:16, 122:19, 123:15, 127:8

throw [1] - 135:6

throwing [1] - 111:21

Thybulle [1] - 14:22

Title [1] - 170:16

TO [2] - 170:2, 170:10

today [32] - 7:8, 7:24, 8:5, 9:22, 9:23, 43:4, 60:11, 61:4, 65:10, 67:17, 67:18, 68:22, 69:18, 70:12, 71:13, 73:23, 81:1, 88:9, 88:12, 93:12, 99:7, 112:19, 114:2, 115:6, 120:7, 120:11, 130:19, 132:1, 132:6, 136:22, 137:12, 141:9

today's [1] - 60:9

together [11] - 10:20, 12:1, 46:25, 96:24, 97:6, 120:9, 120:13, 161:22, 165:16, 165:19, 170:4

tonight [1] - 63:12

took [32] - 13:2, 13:5, 13:7, 14:6, 15:22, 16:3, 16:4, 17:8, 22:11, 30:10, 38:2, 42:8, 52:23, 71:11, 77:15, 86:14, 90:8, 112:20, 126:7, 126:10, 128:6, 128:12, 136:5, 136:9, 138:23, 139:5, 150:22, 158:8, 158:9

top [3] - 82:20, 146:6, 146:9

total [1] - 146:12

totally [2] - 39:8, 40:2

touch [12] - 28:1, 28:11, 28:21, 28:22, 29:15, 29:20, 32:16, 32:21, 82:8, 82:9, 82:11

touched [5] - 28:7, 29:2, 33:3, 33:11

touches [1] - 148:7

touching [6] - 28:2, 28:3, 28:5, 30:7

toward [1] - 111:8

towards [5] - 24:18, 34:6, 41:2, 50:9, 50:19

toy [1] - 113:11

toys [2] - 22:13, 24:20

TRANSCRIPT [1] - 1:13

transcript [22] - 5:5, 72:7, 72:9, 72:23, 74:7, 75:7, 75:19, 75:20, 77:9, 79:23, 81:7, 81:9, 81:14, 82:15, 83:24, 86:15, 86:16, 103:14, 104:10, 168:4, 168:8, 168:20

Transcription [2] - 3:21, 167:11

translate [5] - 76:4, 80:15, 85:18, 116:11, 116:15

translated [4] - 5:4, 110:16, 111:3, 143:9

translation [2] - 110:8, 110:19

translator [2] - 85:17, 116:15

travel [3] - 27:3, 34:21, 151:16

traveling [2] - 35:6, 35:10

treat [1] - 41:13

trial [1] - 43:14

tried [12] - 29:14, 29:20, 82:1, 82:2, 82:9, 82:22, 82:23, 129:4, 129:14, 129:17, 143:4, 161:16

Trinity [1] - 141:8

trouble [1] - 154:14

troubles [1] - 164:10

troupe [1] - 36:6

true [3] - 155:13, 167:12, 170:12

truly [3] - 43:15, 43:16, 123:24

trust [4] - 40:23, 65:19, 159:23, 159:24

truth [16] - 67:6, 75:2, 75:4, 93:22, 97:23, 104:7, 111:12, 128:1, 159:18, 159:19, 159:20, 159:25, 160:17, 167:6, 167:7

truthfully [1] - 67:5

try [6] - 19:21, 33:5, 82:8, 95:15, 103:1, 163:20

trying [10] - 20:7, 52:1, 52:16, 70:9, 72:4, 81:11, 82:11, 126:15, 129:14, 161:19

turn [26] - 30:14, 30:15, 30:16, 30:19, 32:9, 32:12, 32:13, 32:15, 33:19, 76:8, 77:20, 78:9, 82:2, 82:23, 101:16, 103:14, 105:21, 108:20, 136:11, 139:18, 142:7, 143:12

turning [2] - 106:1, 118:15

TV [6] - 50:23, 132:13, 132:14, 133:14, 133:18, 148:13

twice [3] - 29:16, 114:3, 153:10

Two [1] - 170:23

two [39] - 9:9, 14:3, 16:11, 17:14, 17:25, 21:4, 21:23, 22:23, 32:1, 34:3, 34:25, 53:19, 53:23, 57:2, 57:21, 76:23, 83:11, 83:15, 86:16, 104:19, 111:17, 111:21, 111:25, 112:2, 112:5, 112:12, 113:20, 119:13, 121:7, 126:19, 132:1, 132:7, 146:3, 146:11, 149:4, 152:16, 153:15, 154:25

type [2] - 9:9, 113:3

typed [2] - 3:23, 153:4

Typewritten [3] - 3:12, 3:15, 4:1

typing [1] - 9:6

## U

U.S [6] - 1:23, 35:1, 54:16, 157:1, 157:16, 160:24

under [11] - 8:6, 28:12, 29:3, 32:24, 34:19, 99:24, 100:3, 100:11, 101:24, 170:3, 170:7

understood [1] - 57:21
unfortunately [1] - 62:7
United [22] - 7:25, 34:21, 35:6, 35:12, 36:11, 37:16, 39:3, 43:13, 55:25, 61:16, 62:12, 98:3, 98:4, 128:20, 131:22, 146:22, 152:3, 158:1, 158:5, 161:14, 161:24, 163:21
UNITED [1] - 1:1
unless [1] - 5:5
unruliness [1] - 12:9
unruly [2] - 11:19, 41:22
unzipped [3] - 30:10, 30:13, 32:11
unzipping [1] - 58:22
up [55] - 8:11, 11:11, 12:9, 17:17, 31:12, 37:25, 48:16, 49:12, 50:22, 51:21, 52:2, 52:13, 52:15, 52:23, 54:11, 57:10, 59:23, 65:14, 71:22, 76:18, 79:14, 80:14, 86:1, 88:12, 95:24, 95:25, 105:24, 109:12, 111:18, 114:12, 114:19, 115:21, 117:6, 120:10, 120:23, 120:24, 121:5, 121:6, 121:22, 123:18, 123:19, 124:10, 124:13, 125:10, 125:13, 125:16, 127:4, 127:7, 127:13, 143:22, 143:24, 145:22, 148:18, 148:24
upset [7] - 121:20, 122:23, 123:14, 124:19, 153:16, 153:23, 154:3
uses [1] - 157:18
Uzies [1] - 138:5

V

Valerie [5] - 128:23, 129:5, 129:8, 129:19, 129:24
vampire [2] - 118:21, 120:1
VCR [5] - 133:14,

133:16, 133:18, 148:13
versus [1] - 5:22
Viard [4] - 56:21, 97:20, 164:19, 165:1
victim [1] - 93:14
victims [17] - 18:12, 89:11, 89:13, 89:24, 93:14, 96:14, 96:15, 97:9, 97:12, 97:14, 98:16, 98:17, 100:9, 147:18
Victor [4] - 88:24, 89:1, 92:9, 97:20
video [7] - 130:24, 131:4, 131:10, 131:19, 132:3, 132:18, 132:25
Videographer [1] - 2:7
VIDEOGRAPHER [2] - 109:6, 109:10
videographer [1] - 109:15
videos [5] - 132:7, 133:7, 133:12, 134:2, 134:13
VIDEOTAPED [1] - 1:15
Ville [4] - 133:8, 147:7, 154:18, 157:1
violent [1] - 41:1
visa [5] - 160:25, 161:2, 161:9, 161:11, 161:16
visas [1] - 161:12
visible [1] - 114:5
visit [1] - 23:16
vodka [3] - 130:2, 130:11, 130:20
voice [3] - 84:11, 84:13, 84:15
voices [1] - 85:3
Volcy [1] - 155:9
voluntarily [2] - 44:12, 44:13
voluntary [3] - 69:23, 88:8, 88:10

W

W-A-N-E-S [1] - 158:25
wait [3] - 9:12, 9:16, 20:11
waiting [3] - 96:1, 96:2, 96:3
waiver [1] - 168:16
walk [2] - 52:1, 148:21
walked [2] - 52:2, 111:8

walker [19] - 60:9, 63:13, 63:15, 63:19, 64:12, 67:22, 68:10, 68:14, 72:19, 72:25, 75:1, 80:24, 87:4, 92:19, 92:23, 93:3, 95:23, 126:21, 139:9
WALKER [104] - 2:4, 5:20, 6:19, 6:22, 7:4, 7:7, 8:17, 8:20, 8:23, 19:2, 19:16, 19:21, 20:3, 20:8, 24:1, 24:22, 25:4, 25:19, 30:25, 31:15, 34:10, 34:17, 43:25, 44:6, 45:18, 45:22, 58:25, 59:3, 59:13, 61:18, 62:17, 67:13, 67:15, 69:3, 69:6, 69:10, 70:5, 70:11, 70:14, 70:17, 71:21, 72:4, 73:7, 75:10, 75:23, 76:4, 76:14, 77:10, 80:12, 81:2, 81:6, 81:15, 81:23, 83:2, 84:24, 85:2, 98:14, 103:7, 104:12, 104:18, 105:8, 105:10, 109:8, 115:15, 120:20, 121:12, 121:23, 122:1, 122:6, 122:9, 122:12, 122:24, 123:3, 123:6, 123:10, 129:18, 129:20, 132:9, 135:21, 136:3, 137:2, 137:17, 138:10, 138:14, 138:19, 139:3, 140:4, 141:12, 149:3, 150:2, 151:2, 151:10, 152:8, 152:21, 153:1, 153:23, 158:16, 160:4, 160:9, 160:16, 161:6, 165:23, 166:6, 170:19
Walker [3] - 3:5, 5:25, 64:23
walking [3] - 51:11, 51:25, 117:3
wall [1] - 111:11
wallet [1] - 58:25
walls [1] - 50:22
Walnes [1] - 158:24
wants [5] - 43:21, 45:4, 77:12, 82:10, 138:2

wash [1] - 41:23
watch [6] - 34:18, 130:23, 131:7, 133:4, 133:8, 133:14
watched [1] - 132:7
watching [1] - 132:4
water [2] - 27:16, 63:11
wealthy [1] - 148:16
wearing [2] - 145:13
websites [1] - 73:13
week [1] - 64:14
weeks [4] - 34:3, 83:11, 83:15, 152:16
Welfare [5] - 13:1, 13:4, 13:5, 13:8, 37:12
west [1] - 10:3
Western [4] - 90:7, 90:14, 90:17, 95:21
whacked [4] - 111:19, 111:20, 114:12, 114:19
WHEREOF [1] - 167:17
Whiley [1] - 150:13
whisper [1] - 144:8
white [17] - 116:19, 116:22, 117:1, 117:24, 118:4, 118:5, 118:11, 118:18, 118:20, 118:21, 118:25, 119:1, 119:25, 132:21, 141:3, 162:2, 162:18
whole [16] - 30:18, 30:24, 51:15, 53:8, 54:8, 57:6, 57:23, 76:11, 76:16, 86:2, 110:17, 140:7, 150:8, 151:15, 167:6
wife [1] - 119:20
willing [2] - 53:24, 53:25
Wilson [2] - 2:8, 6:20
WILSON [1] - 5:8
Winchell [3] - 6:1, 6:4, 170:20
Wings [3] - 34:5, 141:7, 141:10
wire [1] - 11:16
wish [2] - 8:8, 168:6
WITH [2] - 1:4, 170:16
within-named [1] - 167:5
witness [4] - 69:14, 70:15, 153:17, 170:7
WITNESS [2] - 167:17, 170:2

witnessed [1] - 168:12
witnesses [2] - 69:16, 69:17
woke [2] - 49:12, 145:21
woman [1] - 134:13
word [2] - 77:1, 81:10
word(s [1] - 168:6
wording [1] - 122:15
words [9] - 23:10, 76:9, 76:25, 121:9, 123:1, 123:24, 152:5, 153:10, 166:4
works [2] - 9:6, 143:8
world [3] - 43:18, 88:6, 162:6
worse [1] - 42:12
wounded [5] - 111:24, 112:12, 112:16, 114:24
wounding [2] - 111:16, 112:5
wounds [2] - 112:2, 114:4
wrist [1] - 109:6
write [15] - 18:7, 18:10, 45:2, 59:6, 102:17, 102:19, 102:22, 102:24, 103:3, 115:9, 117:10, 119:6, 124:22, 151:24, 154:10
writing [6] - 3:25, 18:6, 46:11, 102:21, 103:5, 117:14
written [7] - 103:8, 115:10, 116:16, 117:13, 118:17, 125:3, 147:13
wrote [12] - 17:24, 44:22, 58:3, 102:25, 103:18, 110:8, 115:7, 116:10, 116:17, 125:2, 166:4, 166:5

Y

year [11] - 9:19, 14:25, 17:8, 36:13, 36:14, 84:1, 87:4, 108:11, 125:8, 128:13, 149:17
years [15] - 10:10, 11:10, 13:15, 14:3, 23:4, 23:11, 23:12, 23:13, 33:4, 40:9, 99:19, 125:19, 135:13, 135:20,

146:25

**yesterday** [13] - 19:9, 71:8, 71:11, 71:14, 72:6, 72:19, 73:15, 74:6, 91:12, 93:10, 127:16, 136:24, 138:4

**young** [5] - 78:12, 78:13, 89:18, 118:20, 143:16

**yourself** [5] - 18:9, 26:24, 84:7, 132:17, 163:18

**Yvon** [4] - 11:25, 128:15, 128:17, 129:3

**yvon** [1] - 13:12

## Z

**zoom** [3] - 48:17, 108:22, 109:4